| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| C.D. Michel - SBN 144258 <br> Sean A. Brady – SBN 262007 <br> Konstadinos T. Moros – SBN 306610 <br> MICHEL & ASSOCIATES, P.C. <br> 180 E. Ocean Blvd, Suite #200 <br> Long Beach, CA 90802 <br> T: (562) 216 - 4444 | |
| ATTORNEY(S) FOR: Plfs. May, Miranda, Hans, Brennan et al. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Reno May, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), <br> v. <br> Robert Bonta <br> Defendant(s) | CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiffs, Reno May, Anthony Miranda, Eric Hans, Gary Brennan et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| N/A | N/A |

| September 12, 2023 | Konstadinos T. Moros |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Reno May, Anthony Miranda, Eric Hans et al.