C.D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer – SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 8:23-cv-01696 CJC (ADSx)<br><br>**NOTICE OF APPEARANCE OF C.D. MICHEL** |

1
NOTICE OF APPEARANCE OF C.D. MICHEL

|    |    |
|----|----|
| 1  | PLEASE TAKE NOTICE that C.D. Michel hereby enters his appearance as counsel for Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Oscar A. Barretto, Jr., Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Andrew Harms, Jose Flores, Dr. Sheldon Hough, DDS, Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., Liberal Gun Owners Association, and California Rifle & Pistol Association, Incorporated. Mr. Michel is a member of the State Bar of California and is admitted to practice in the Central District of California. His contact information is as follows: |

> C.D. Michel
> Michel & Associates, P.C.
> 180 East Ocean Blvd., Suite 200
> Long Beach, CA 90802
> Telephone: (562) 216-4444
> Facsimile: (562) 216-4445
> Email: cmichel@michellawyers.com

Dated: September 28, 2023     **MICHEL & ASSOCIATES, P.C.**

> *s/ C.D. Michel*
> C.D. Michel
> Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF APPEARANCE OF C.D. MICHEL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
   *Attorney for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed September 28, 2023.

*[signature]*
Laura Palmerin