**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | **CASE NO: 8:23-cv-01696 CJC (ADSx)**<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE AND INCREASE WORD LIMITS FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Cormac J. Carney |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiffs' memorandum of points and authorities shall have a 12,500-word limit;
2. Defendant's opposition brief shall also have a 12,500-word limit;
3. Plaintiffs' reply brief will be the standard 7,000-word limit;
4. Plaintiffs shall file their motion for preliminary injunction and supporting documents by September 29, 2023;
5. Defendant shall file his opposition by November 3, 2023;
6. Plaintiffs shall file their reply by November 20, 2023;
7. The matter will be heard by this Court on December 4, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:   September 28, 2023

Hon. Cormac J. Carney
United States District Court Judge