C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:　(562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　December 4, 2023<br>Hearing Time:　1:30 p.m.<br>Courtroom:　　9 B<br>Judge:　　　　Hon. Cormac J. Carney |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that on December 4, 2023, at 1:30 p.m. in Courtroom 9B of the above-captioned court, located at 411 West Fourth Street in Santa Ana California, Plaintiffs of Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Tony Barretto, Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Jose Flores, Andrew Harms, Dr. Sheldon Hough, DDS, The Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., the Liberal Gun Club, Inc., and the California Rifle & Pistol Association, Incorporated (collectively, "Plaintiffs") will move for a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order temporarily enjoining Defendant, his employees, agents, successors in office, and all other public officials or law enforcement officers in California, from enforcing California Penal Code § 26230, subds. (5), (7), (8), (9), (11), (12), (13), (17), (22), (23), and (26) against any individuals with concealed handgun licenses issued pursuant to California Penal Code sections 26150 or 26155.

Plaintiffs bring this motion because California Penal Code § 26230, which will take effect on January 1, 2024, violates the rights of Plaintiffs' members with concealed handgun licenses in two major ways: it prohibits them from carrying firearms in nearly every relevant place besides streets and sidewalks and it denies them due process by not requiring such places to post signs notifying them that guns are not allowed on a particular property. In addition, some Plaintiffs who are business owners raise First Amendment claims as well because § 26230 compels their speech if they desire to allow people to exercise their constitutional right to carry at their business.

This application is made on the grounds set forth in the accompanying memorandum of points and authorities; the signed declarations of each of the plaintiffs; the signed declaration of Clayton Cramer, the signed declaration of Brian

1 | Marvel, the signed declaration of Moris Davidovitz, all pleadings and papers filed
2 | in this action, the argument of counsel, and further evidence as the Court may
3 | consider before ruling on the preliminary injunction requested herein.
4 |     Respectfully Submitted,

Dated:  September 29, 2023     **MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs

Dated:  September 29, 2023     **LAW OFFICES OF DON KILMER**

*/s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff Second Amendment Foundation

### ATTESTATION OF E-FILED SIGNATURES

I, C.D. Michel, am the ECF User whose ID and password are being used to file this PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: September 29, 2023     */s/ C.D. Michel*
C.D. Michel

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

 I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

 I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
 *Attorney for Defendant*

 I declare under penalty of perjury that the foregoing is true and correct.

Executed September 29, 2023.

_____
Laura Palmerin

---

CERTIFICATE OF SERVICE