C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br>                  Plaintiffs, <br>         v. <br><br> ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, <br><br>                  Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx) <br><br> **DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **42 U.S.C. §§ 1983 & 1988** <br><br> Hearing Date:   December 4, 2023 <br> Hearing Time:   1:30 p.m. <br> Courtroom:      9 B <br> Judge:          Hon. Cormac J. Carney |

DECLARATION OF ALAN GOTTLIEB

## DECLARATION OF ALAN GOTTLIEB

1. I, Alan Gottlieb, am the Vice President of Plaintiff Second Amendment Foundation (hereinafter "SAF"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. SAF is a non-profit membership and donor-supported organization classified under IRC section 501(c)(4) and incorporated under the laws the state of Washington with its headquarters in Bellevue, Washington.

3. SAF has over 700,000 members and supporters nationwide, including thousands of members in California. SAF is dedicated to promoting a better understanding about our constitutional heritage to privately own, possess, and carry firearms through educational and legal action programs designed to better inform the public about gun control issues.

4. SAF has been a pioneer in innovative defense of the right to keep and bear arms, through its publications and public education programs like the Gun Rights Policy Conference. SAF also expends significant sums of money sponsoring public interest litigation to defend its own interests to disseminate information to like-minded individuals, in an individualized setting like a gun show, but SAF also seeks to defend the interests of its members in lawsuits like this present effort.

5. Many SAF members in California have valid and current concealed carry weapon ("CCW") permits, which enables them to lawfully carry a concealed firearm in public, so that they can defend themselves (and potentially others) with lethal force in the event of a life-threatening emergency situation.

6. Because SB 2 would prohibit SAF's members in California from carrying in many places where they often carry and are accustomed to concealed carrying a firearm, the utility of their CCWs, and thus their right to be armed for self-defense in public, will be severely curtailed and outright eliminated in many common locations.

1

DECLARATION OF ALAN GOTTLIEB

7. For example, under SB 2 they cannot carry where alcohol for consumption on the premises is served. That means they cannot conceal carry at restaurants they patronize on a regular basis, nor carry in the parking area outside such an establishment.

8. SB 2 also prohibits SAF members in California from concealed carrying in parks and public lands they often frequent. And under SB 2, carry is prohibited at urgent care facilities which SAF members have used in the past for rapid medical attention and would use in the future. Under SB 2, carry is prohibited at financial institutions such as banks that SAF members frequent.

9. Perhaps most significantly, under SB 2, concealed carry is prohibited at any privately owned commercial establishment that does not affirmatively display notice that the establishment tolerates concealed carry at the establishment's premises. There are many local businesses that SAF members frequent that will likely not post such signs, forcing them to either not carry there or stop patronizing them.

10. These are just a few examples of how SB 2 harms our members. Suffice it to say, SAF believes that SB 2 is abhorrent and incompatible with the general right of Americans, including Californians who are SAF members, to carry a firearm in public for self-defense.

I declare under penalty of perjury that the foregoing is true and correct. Executed within in the United States on September 29, 2023.

*Alan M. Gottlieb*
Alan Gottlieb,
Declarant for Plaintiff SAF

2
DECLARATION OF ALAN GOTTLIEB

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
    *Attorney for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed September 29, 2023.

_____
Laura Palmerin

CERTIFICATE OF SERVICE