C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:    (562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiffs,<br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx)<br><br>**DECLARATION OF BARRY BAHRAMI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**42 U.S.C. §§ 1983 & 1988**<br><br>Hearing Date:  December 4, 2023<br>Hearing Time:  1:30 p.m.<br>Courtroom:     9 B<br>Judge:         Hon. Cormac J. Carney |

DECLARATION OF BARRY BAHRAMI

# DECLARATION OF BARRY BAHRAMI

1. I, Barry Bahrami, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of San Diego County, California.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States of America or the state of California. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms in any manner. I am a member of the California Rifle & Pistol Association, another plaintiff in this matter.

4. I have a valid and current California concealed carry weapon ("CCW") permit issued by the San Diego County Sheriff's Department and have carried for over twenty years.

5. I carry on a daily basis, so that I may be armed and be able to defend myself, and *far* more importantly, my children, in the event of a life-threatening emergency situation. Prior to SB 2, I only didn't carry my pistol when planning on going to one of the few places where carry was not legally permitted, such as a school or courthouse, or when I intended to have a drink with dinner.

6. In my 20 years with a CCW permit, I have carried concealed virtually everywhere it is legal to do so including sports events, public parks, public buildings, and on public transit. Not once has there ever been a single issue nor has my gun ever magically jumped out of the holster and started shooting anyone. It is my chosen method to keep myself and my family safe. I am trained and capable of using my concealed firearm to protect my family should it ever become necessary.

7. My son is 10 and my daughter is 9. I am a very active and involved father. It's a job I absolutely love. We go everywhere California has to offer. I do mean everywhere. My son is a massive train fan and he especially loves freight trains. And so we are often near the railroad to watch them go by, at all hours of the

day and (mostly) night.  We are also often by the railyard to watch the freight trains depart and arrive, which is in a fairly troubled part of town where crime happens from time to time. We frequently ride the trains too, and I carry when we do so as allowed by law. This includes weekend trips between Oceanside and San Clemente on the Metrolink to get ice cream by the pier.

    8.  My daughter loves animals, so we are often at zoos, in and around Balboa Park, the cliffs (a state park) and other areas you can probably imagine. Balboa Park itself has crime issues, and so I'm sure to always carry there as well.

    9.  As the father of two children, you can imagine we are also at public parks and playgrounds - a lot. The public park where my son likes to launch his model rocket is next to a school. Children running around are the perfect soft target for deranged and evil individuals. And as a licensed concealed carrier, I have always been armed and ready to protect my children.

    10. Both of my children also enjoy public libraries, and we visit both the local Encinitas Library on Cornish Drive, as well as the San Diego Central Library when we are downtown.

    11. Now, California and our "leadership" under Governor Newsom want to effectively take away my right to defend my children by turning nearly everywhere into a so-called "sensitive place". Governor Newsom, of course, will not be giving up armed security for *his* family or *his* children - "sensitive place" or not - but I am to disarm even though no criminal will obey this foolish law.

    12. Because SB 2 will prohibit me from carrying in many places where I am accustomed to concealed carrying a firearm, the utility of my CCW permit, and thus my right to be armed for self-defense in public, will be outright eliminated in nearly all common contexts. I will be legislated out of my Constitutionally guaranteed right to bear arms and put in a position where I must break the law to protect my children in any meaningful way.  The law will only serve to disarm me and make my entire family defenseless at the crucial moment when we need our second

2

DECLARATION OF BARRY BAHRAMI

amendment right the most.

13. These are, of course, just a few examples of how SB 2 will affect me, and as I go about my daily life, I am sure to discover several more. SB 2 will essentially destroy my constitutional right to carry, as so few of the places I go to on a daily basis will permit carry, and I don't want to expose my firearm to theft by constantly leaving it in my vehicle. But for SB 2 and my fear of criminal prosecution, I would continue to carry in all of these places as I did before the law took effect.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2023.

*Barry Bahrami*

Barry Bahrami
Declarant

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF BARRY BAHRAMI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
  *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 29, 2023.

_____
Laura Palmerin

CERTIFICATE OF SERVICE