C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br>Plaintiffs, <br>v. <br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, <br><br>Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx) <br><br>**DECLARATION OF ERICH PRATT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br>**42 U.S.C. §§ 1983 & 1988** <br><br>Hearing Date:  December 4, 2023 <br>Hearing Time:  1:30 p.m. <br>Courtroom:      9 B <br>Judge:              Hon. Cormac J. Carney |

DECLARATION OF ERICH PRATT

# DECLARATION OF ERICH PRATT

1. I, Erich Pratt, am the Senior Vice President of Gun Owners of America, Inc. ("GOA"), and the Senior Vice President of Gun Owners Foundation ("GOF"); both are Plaintiffs in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. GOA is a California non-stock corporation and a not-for-profit membership organization with its principal place of business in Springfield, Virginia, exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code. GOA was formed in 1976 to preserve and defend the Second Amendment rights of gun owners. GOA has more than 2 million members and supporters across the country, including residents within this judicial district and throughout the State of California.

3. GOF is a Virginia non-stock corporation and a not-for-profit legal defense and educational foundation with its principal place of business in Springfield, Virginia, exempt from federal income taxes under Section 501(c)(3) of the U.S. Internal Revenue Code. GOF was formed in 1983 and is supported by gun owners across the country, within this judicial district, and throughout the State of California who will be irreparably harmed by the implementation and enforcement of SB 2.

4. Many GOA and GOF members and supporters in California have valid and current concealed carry weapon ("CCW") permits, which enable them to lawfully carry a concealed firearm in public so that they can defend themselves (and potentially others) in the event of a life-threatening emergency situation.

5. Because SB 2 would prohibit GOA and GOF members and supporters in California from carrying a concealed firearm in many places where they often carry and are accustomed to carrying such firearms, the utility of their CCWs, and thus their right to be armed for self-defense in public, will be severely infringed,

curtailed, and outright eliminated in many common locations.

6. For example, under SB 2, GOA and GOF members and supporters cannot carry concealed firearms where alcohol is served for consumption on the premises. Accordingly, they cannot conceal carry at restaurants they patronize on a regular basis, nor in the parking area outside such establishments.

7. SB 2 also prohibits GOA and GOF members and supporters in California from carrying concealed firearms in parks and public lands they often frequent. In addition, SB 2 prohibits carry at urgent care facilities which GOA and GOF members and supporters have used in the past for rapid medical attention and would use in the future. And, under SB 2, carry is prohibited at financial institutions such as banks that GOA and GOF members and supporters frequent.

8. Perhaps most significantly, under SB 2, concealed carry is prohibited at any privately owned commercial establishment that does not affirmatively display notice that the establishment tolerates or supports concealed carry on the premises. There are many local businesses that GOA and GOF members and supporters frequent that almost certainly will not bother to post such signs that are politically unpopular in much of California, forcing persons either to not carry there or stop patronizing these locations entirely.

9. These are just a few examples of how SB 2 harms the members and supporters of GOA and GOF. SB 2 renders most of California off-limits and utterly unnavigable to GOA and GOF members and supporters attempting to exercise their enumerated constitutional right to "bear arms" as they go about their daily lives.

10. In other words, GOA and GOF's members and supporters are representative of those affected by SB 2's unconstitutional mandates, which has a ubiquitous and negative effect not only on gun owners across the state but also on the general public, by depriving the public of a responsible, armed citizenry, which contributes to "the security of a free state."

11. Protection of these rights and interests advanced in this litigation is germane

to GOA and GOF's respective missions, which includes efforts to preserve and protect the Second Amendment and the rights of Americans to keep and bear arms. GOA and GOF routinely litigate cases throughout the country on behalf of their members and supporters, and GOA and GOF are capable of fully and faithfully representing the interests of their members and supporters without participation by each such person.

12. Suffice it to say, GOA and GOF believe that SB 2 is abhorrent and incompatible with the general right of Americans, including Californians who are GOA and GOF members and supporters, to carry a firearm in public for self-defense.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 29, 2023.

*Erich Pratt*
_____
Erich Pratt, declarant

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ERICH PRATT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 29, 2023.

*/s/ Laura Palmerin*
Laura Palmerin

CERTIFICATE OF SERVICE