C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,, Plaintiffs, v. ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx)  **DECLARATION OF PETE STEPHENSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**  **42 U.S.C. §§ 1983 & 1988**  Hearing Date: December 4, 2023  Hearing Time: 1:30 p.m.  Courtroom: 9 B  Judge: Hon. Cormac J. Carney |

DECLARATION OF PETE STEPHENSON

**DECLARATION OF PETE STEPHENSON**

1. I, Pete Stephenson, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of Alameda County, California.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States of America or the state of California. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms in any manner. I am a member of the California Rifle & Pistol Association, another plaintiff in this matter.

4. I have a valid and current California concealed carry weapon ("CCW") permit issued by the Alameda County Sheriff's Department.

5. I am a married father of two children that lives and works in the City of Livermore. I was born and raised in California and am a veteran who was honorably discharged with the E-4 rank in the mid-2000s. I applied for an Alameda County CCW permit on the night of the *Bruen* ruling and was issued the permit earlier this year. I regularly carry for self-defense of myself and my family wherever it is lawful to do so.

6. While I live in Livermore, I am a frequent visitor to San Francisco with my family. We visit Fisherman's Wharf, museums, parks, and other popular destinations. While there, I and my family will visit banks (e.g. to withdraw cash from an ATM), dine in restaurants, go shopping, and otherwise enter typical privately-owned businesses that are open to the public like shops, galleries, and so forth, just as we do back home in Livermore.

7. On these regular trips to San Francisco, the easiest way to travel is often by BART from the Dublin/Pleasanton station near Livermore to stations in San Francisco and back. SB 2 will make this impossible if I want to exercise my right to carry, because it bans carry on public transportation.

8. Prior to SB 2, I only didn't carry my pistol when planning on going to one of the few places where carry was not permitted, such as a school or courthouse, or when I intended to have a drink with dinner.

9. Because SB 2 will prohibit me from carrying in many places where I am accustomed to concealed carrying a firearm, the utility of my CCW permit, and thus my right to be armed for self-defense in public, will be outright eliminated in nearly all common contexts. All of the places I listed above will be off-limits for carry now, with the exception perhaps of any businesses that choose to put up a sign affirmatively allowing those with CCW permits to carry within them (which will certainly not be common here in a region quite hostile to gun rights).

10. SB 2 will essentially destroy my constitutional right to carry, as so few of the places I go to on a daily basis will permit carry, and I don't want to expose my firearm to theft by constantly leaving it in my vehicle. And when I am using public transportation, there is no vehicle to store it in anyway. But for SB 2 and my fear of criminal prosecution, I would continue to carry in all of these places as I did before the law took effect.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2023.

Pete Stephenson
Declarant

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF PETE STEPHENSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 29, 2023.

_____
Laura Palmerin