C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br> Plaintiffs, <br> v. <br><br> ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, <br><br> Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx) <br><br> **DECLARATION OF RICHARD MINNICH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **42 U.S.C. §§ 1983 & 1988** <br><br> Hearing Date:   December 4, 2023 <br> Hearing Time:   1:30 p.m. <br> Courtroom:       9 B <br> Judge:                Hon. Cormac J. Carney |

DECLARATION OF RICHARD MINNICH

## DECLARATION OF RICHARD MINNICH

1. I, Richard Minnich, am the Treasurer of the California Rifle & Pistol Association, Incorporated (CRPA), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. CRPA is a non-profit membership organization classified under section 501(c)(4) of the Internal Revenue Code and incorporated under the laws of California, with its headquarters in Fullerton, California.

3. Founded in 1875, CRPA seeks to defend the Second Amendment and advance laws that protect the rights of individual citizens. CRPA works to preserve the constitutional and statutory rights of gun ownership, including the rights to self-defense, the right to hunt, and the right to keep and bear arms. CRPA is also dedicated to promoting the shooting sports, providing education, training, and organized competition for adult and junior shooters. CRPA's members include law enforcement officers, prosecutors, professionals, firearm experts, and members of the public.

4. CRPA's membership includes thousands of individuals who possess current and valid California issued CCW licenses to carry a concealed firearm in public.

5. Because SB 2 would prohibit CRPA's members from carrying in many places where they often carry and are accustomed to concealed carrying a firearm, the utility of their CCWs, and thus their right to be armed for self-defense in public, will be severely curtailed and outright eliminated in many common locations.

6. For example, under SB 2 they cannot carry where alcohol for consumption on the premises is served. That means they cannot conceal carry at restaurants they patronize on a regular basis, nor carry in the parking area outside such an establishment.

7. SB 2 also prohibits CRPA members in California from concealed carrying in parks and public lands they often frequent. And under SB 2, carry is prohibited at

1

urgent care facilities which CRPA members have used in the past for rapid medical attention and would use in the future. Under SB 2, carry is prohibited at financial institutions such as banks that CRPA members frequent.

8. Perhaps most significantly, under SB 2, concealed carry is prohibited at any privately owned commercial establishment that does not affirmatively display notice that the establishment tolerates concealed carry at the establishment's premises. There are many local businesses that CRPA members frequent that will likely not post such signs, forcing them to either not carry there or stop patronizing them.

9. These are just a few examples of how SB 2 harms our members. Suffice it to say, CRPA believes that SB 2 is abhorrent and incompatible with the general right of Americans, including Californians who are CRPA members, to carry a firearm in public for self-defense.

I declare under penalty of perjury that the foregoing is true and correct. Executed within in the United States on September 29, 2023.

_____
Richard Minnich
Declarant

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF RICHARD MINNICH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
    *Attorney for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed September 29, 2023.

*(signature)*
Laura Palmerin

---

CERTIFICATE OF SERVICE