C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiffs,<br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx)<br><br>**PLAINTIFFS' NOTICE OF ERRATA RE: CERTIFICATE OF COMPLIANCE FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  December 4, 2023<br>Hearing Time:  1:30 p.m.<br>Courtroom:     9 B<br>Judge:         Hon. Cormac J. Carney |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

The memorandum of point and authorities in support of Plaintiffs' Motion for Preliminary Injunction, filed on September 29, 2023 [Dkt. 13-1], inadvertently omitted the word count attestation required by Local Rule 11-6.2. Counsel regrets the error. It should have read as follows:

### Local Rule 11-6.2 Certificate of Compliance

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains 12,489 words, which complies with the word limit set by this Court's order on September 28, 2023 [Dkt. 12].

Dated: October 2, 2023

**MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs

# CERTIFICATE OF SERVICE
### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

   I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

   I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF ERRATA RE: CERTIFICATE OF COMPLIANCE FOR MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
   *Attorney for Defendant*

   I declare under penalty of perjury that the foregoing is true and correct.

Executed October 2, 2023.

*(signature)*
Laura Palmerin