| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| C.D. Michel, Esq., Bar #144258<br>Michel & Associates, P.C.<br>180 East Ocean Blvd, Suite 200<br>Long Beach, CA 90802<br>Telephone No: 562-216-4444    FAX No: 562-216-4445 | | | | |
| Ref. No. or File No.: | | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | |
| Plaintiff: Reno May, et al. | | | | |
| Defendant: Robert Bonta, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>823CV01696CJCADSX |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to US Judges; Notice to Counsel Re Consent to Proceed Before a US Magistrate Judge; Notice to Parties of Court-Directed ADR Program.

3. a. Party served:            Robert Bonta, in his official capacity as Attorney General of the State of California

4. Address where the party was served:     Attorney General's Office
                                            1300 "I" Street
                                            Sacramento, CA  95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Sep. 26, 2023 (2) at: 3:00PM

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John M. Adams                          d. **The Fee** for Service was:

   **1500 W. El Camino Avenue, #510**        e. I am: (3) registered California process server
   **Sacramento, CA 95833**                       (i)   Independent Contractor
   **855-5VALPRO, Fax (866) 900-4665**            (ii)  Registration No.:    2014-45
   Valpro  **www.ValproAttorneyServices.com**     (iii) County:              Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Sep. 26, 2023

   Judicial Council Form                    PROOF OF SERVICE          (John M. Adams)       michel.65531
   Rule 2.150.(a)&(b) Rev January 1, 2007