**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case Nos. SACV 23-01696-CJC (ADSx)                          Date: October 3, 2023
            SACV 23-01798-CJC (ADSx)

Title: <u>RENO MAY, *et al.* v. ROBERT BONTA</u>
       <u>MARCO ANTONIO CARRALERO, *et al.* v. ROBERT BONTA</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Daniel Tamayo for Rolls Royce Paschal</u> | <u>   N/A   </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                               None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER COORDINATING CASES AND CONTINUING HEARING ON MOTIONS FOR PRELIMINARY INJUNCTION**

     In these cases, Plaintiffs—California residents with licenses to carry a concealed weapon and organizations with such members—allege that SB 2 and California Penal Code Section 26230(a), which it enacts, are unconstitutional under the Second Amendment because they over designate "sensitive places" where carrying firearms is restricted. Plaintiffs in the first case, *May, et. al. v. Bonta*, SACV 23-01696-CJC (ADSx) ("*May*"), filed a motion for preliminary injunction enjoining enforcement of Section 26230, subds. (5), (7), (8), (9), (11), (12), (13), (17), (22), (23), and (26), with a hearing noticed for December 4, 2023. (*May* Dkt. 13.) Plaintiffs in the second case, *Carralero v. Bonta*, SACV 23-01798-CJC (ADSx) ("*Carralero*"), filed a motion for preliminary injunction enjoining enforcement of Section 26230, subds. (7), (8), (9), (10), (12), (13), (15), (16), (17), (19), (20), and (26), with a hearing noticed for October 30, 2023. (*Carralero* Dkts. 6, 15.) In the interests of judicial economy and efficiency, the Court believes these cases should be coordinated. Accordingly, the hearing on both motions for preliminary injunction will occur on **December 20, 2023, at 1:30 p.m.** The briefing schedule and word limits in *May* shall apply to both cases. (*See May* Dkt. 12.) Specifically, the government's opposition briefs, with a 12,500 word limit, shall be filed by November 3, 2023, and Plaintiffs' reply briefs, with the standard 7,000 word limit, shall be filed by November 20, 2023.