ROB BONTA
Attorney General of California
MATTHEW WISE
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENO MAY, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                    Defendant. | Case No. 8:23-cv-01696-CJC-ADSx<br><br>**STIPULATION TO FILE COMBINED OPPOSITION BRIEF RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: September 26, 2023 |

Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Tony Barretto, Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Jose Flores, Andrew Harms, Dr. Sheldon Hough, DDS, the Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., the Liberal Gun Club, Inc., and the California Rifle & Pistol Association, Incorporated (collectively, Plaintiffs) and Defendant Rob Bonta, in his official capacity as Attorney General of California (Defendant, and together with Plaintiffs, the Parties), hereby stipulate and agree as follows:

**WHEREAS**, on October 3, 2023, this Court issued an order (Dkt. No. 16) coordinating this case and *Carralero, et al., v. Bonta*, Case No. 8:23-cv-01798-CJC-ADSx (the *Carralero* Action), in "the interests of judicial economy and efficiency";

**WHEREAS**, the Parties in this Action (as well as those in the *Carralero* Action) believe that those interests would be best served by Defendant filing a single opposition brief of 17,500 words, and the same declarations in support thereof, in response to the motions for preliminary injunction filed in both cases;

**WHEREAS**, the Parties in this action further agree, in light of the pending Motion for Preliminary Injunction and the efforts needed from Defendant to oppose it, that, with the Court's approval, Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint should be continued until 21 days after a ruling from this Court on the Motion for Preliminary Injunction;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission:

- Defendant shall file a single opposition brief, with a 17,500-word limit, in response to the motions for preliminary injunction filed in both cases;
- Plaintiffs will still be allowed to file their individual reply brief; and

- Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint shall be continued until 21 days after a ruling from this Court on the Motion for Preliminary Injunction.

Dated: October 10, 2023                    Respectfully submitted,

                                                            ROB BONTA
                                                            Attorney General of California
                                                           MARK R. BECKINGTON
                                                           Supervising Deputy Attorney General

                                                           <u>/s/ Robert L. Meyerhoff</u>
                                                           ROBERT L. MEYERHOFF
                                                           Deputy Attorney General

                                                           *Attorneys for Rob Bonta, in his official capacity as Attorney General for the State of California*

Dated: October 10, 2023                    Respectfully submitted,

                                                           /s/Konstadinos Moros
                                                           KONSTADINOS MOROS

                                                           Michel & Associates, P.C.

                                                           *Attorneys for Plaintiffs*