# CERTIFICATE OF SERVICE

Case Name:   **May, et al. v. Bonta**                    No.   **8:23-cv-01696**

I hereby certify that on October 11, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO FILE COMBINED OPPOSITION BRIEF RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIONAND TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 11, 2023, at Los Angeles, California.

|  |  |
|---|---|
| Robert Leslie Meyerhoff | *Robert M* |
| Declarant | Signature |