ROB BONTA
Attorney General of California
MARK R. BECKINGTON
R. MATTHEW WISE
Supervising Deputy Attorneys General
TODD GRABARSKY
JANE REILLEY
LISA PLANK
ROBERT L. MEYERHOFF
Deputy Attorneys General
State Bar No. 298196
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6177
 Fax:  (916) 731-2144
 E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta, in his Official Capacity as*
*Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENO MAY, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, and Does 1-10,**<br><br>Defendants. | Case Nos. 8:23-cv-01696 CJC (ADSx)<br>8:23-cv-01798 CJC (ADSx)<br><br>**DECLARATION OF DR. JEANNE KISACKY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Date:          December 20, 2023<br>Time:          1:30 p.m.<br>Courtroom:  9B<br>Judge:         Hon. Cormac J. Carney |
| **MARCO ANTONIO CARRALERO, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | |

## DECLARATION OF DR. JEANNE KISACKY

I, Dr. Jeanne Kisacky, declare under penalty of perjury that the following is true and correct:

1.      I have been retained by the Office of the Attorney General of the California Department of Justice to provide expert opinions and testimony regarding the history of medical facilities and hospitals in America.  Specifically, I have been asked to opine regarding the similarities and differences between hospitals as they existed in the Founding era (in and around the year 1791) and the Reconstruction era (in and around the year 1868) and hospitals as they exist in the modern era.

2.      This declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## BACKGROUND AND QUALIFICATIONS

3.       I am an Historian and Independent Scholar with a background in architectural practice. My chosen professional name is Jeanne Susan Kisacky. In 2017, my book <u>Rise of the Modern Hospital: An Architectural History of Health and Healing,</u> won the Fred B. Kniffen Book Award for best authored publication from the International Society of Landscape, Place, and Material Culture. In 2009, I received an individual award from the National Institutes of Health (Grant G13LM 009479) through the National Library of Medicine's Grant for Scholarly Works in Biomedicine and Health program, which supported the preparation of that book. From 2003 to 2012, I taught variously as Lecturer, Adjunct Assistant Professor, and Assistant Professor at Cornell University, Syracuse University, and Binghamton University. Before undertaking my historical research, I trained in architectural design and between 1987 and 1993, I worked as an architectural intern at the Children's Hospital in St. Louis, Kohn Pederson Fox Architects in New York City, and Ford, Farewell, Mills, and Gatsch in Princeton, New Jersey. My

1    educational background includes a Ph.D. and M.A. in History from Cornell

2    University, where my Thesis was on the architectural transformation of American

3    hospital design from the eighteenth century to the early twentieth century with

4    special attention to social, medical and cultural influences. Prior to that, I received

5    an M. Arch. from Princeton University, and a B.A. from Washington University in

6    St. Louis. A true and correct copy of my current curriculum vitae is attached as

7    **Exhibit 1** to this declaration.

8                              **RETENTION AND COMPENSATION**

9            4.     I am being compensated for services performed in the above-entitled

10    case at an hourly rate of $225.  My compensation is not contingent on the results of

11    my analysis or the substance of any testimony.

12              **BASIS FOR OPINIONS AND MATERIALS CONSIDERED**

13            5.     The opinions that I provide in this declaration are based on my

14    education, expertise, and research in the field of the history of American hospitals,

15    through the lens of architectural design. My opinions are informed by the

16    knowledge that I have gained over the course of more than 25 years of archival

17    research, including my analysis of numerous primary and secondary sources.

18                                        **OPINIONS**

19          **I.    Hospitals As They Exist In The Modern Era**

20            6.     Hospitals as they exist in the United States in the modern era are the

21    preferred location for receipt of pay-for-service, expert, technologically supported

22    medical treatment for persons in medical need. They are understood to have

23    specialized facilities designed to accommodate medical diagnosis, treatment, and

24    care.[1] Based on the 2010 edition of the Guidelines for Design and Construction of

25    _____

26          [1] Examples of books detailing the history and details of hospital facilities design include,
      for example, Stephen Verderber, Innovations in Hospital Architecture, (New York, Routledge,
27    2010); Richard L. Miller, Earl S. Swensson, J. Todd Robinson, Hospital and Healthcare Facility
      Design, 3rd ed. (New York/London, W.W. Norton & Company, 2012); Cor Wagenaar, Ed., The
      Architecture of Hospitals. (Belgium, NAI Publishers, 2006).

28

1  <u>Hospitals</u>, examples of diagnostic facilities include examination rooms, imaging

2  suites (such as x-ray, MRI, and CAT scanners), and clinical laboratories for

3  specimen acquisition and analysis (such as hematology, pathology, and cytology).

4  Examples of treatment facilities include surgical suites, outpatient departments,

5  emergency units, and special units devoted to specific medical specialties (such as

6  otolaryngology, oncology, pediatrics, and cardiology). Examples of care facilities

7  include inpatient units, critical care units, isolation units, and palliative care units

8  each of which accommodates patient rooms as well as nursing stations and service

9  areas.[2] For best functioning, all these different units are interconnected by extensive

10  circulation infrastructure for persons, items, and information (including corridors,

11  elevators, pneumatic tube delivery systems, phone, intercom, and computer inter-

12  and intra-net interconnections).[3] Hospitals have specialized requirements for

13  mechanical systems, including negative and positive air pressure rooms, high-

14  voltage and explosion-proof electrical outlets, and plumbing systems that provide

15  pure water, sterilizing systems, and centralized suction.[4]

16      7.      Generally, when seeking medical treatment at a modern-era hospital in

17  the United States, a patient moves throughout the different parts of the hospital—

18  from admission through a series of diagnostic and treatment facilities (e.g.

19  hematology, X-ray, MRI, CAT Scan, ultrasound, surgery, endoscopy, dialysis,

20  physical therapy). Inpatients often move from one unit (and bed) to another as their

21  conditions change from acute (critical care, observation unit, cardiac care unit, or

22  _____

23  [2] The most current version of the guidelines was published in 2022, but the 2010 edition has been made publicly available: The Facility Guidelines Institute, with assistance from the U.S. Dept. of Health and Human Services, <u>Guidelines for Design and Construction of Health Care Facilities</u>, FGI, 2010, https://www.fgiguidelines.org/wp-content/uploads/2022/03/2010_FGI_Guidelines.pdf.

25  [3] An overview of current literature on hospital circulation zones provides an idea of the complexity and depth of research on this design feature. <i>See</i> S. Jiang. and S. Verderber, "On the Planning and Design of Hospital Circulation Zones: A Review of the Evidence-Based Literature." <u>HERD: Health Environments Research & Design Journal</u> 10:2 (January 2016), 124-146.

27  [4] <u>Guidelines for Design and Construction of Health Care Facilities</u>, 2010, <u>op. cit.</u> 63-88, 373-393.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

surgical recovery unit) to moderate-risk (general or intermediate care unit) to stable (rehabilitation unit or chronic care units).[5]

8. Hospital facilities in the modern era are subject to intensive regulations, guidelines, and minimum standards. The passage in 1946 of the Hospital Survey and Construction Act (Public Law 725, 79th Congress, commonly referred to as the Hill-Burton Act) resulted in the establishment of Federal standards for hospital design in 1947 by the Public Health Service.[6] These have been regularly updated.[7] State and local building codes are now also layered onto hospital facilities.[8] These standards influence hospital layouts, hospital details, and selection of hospital construction materials. For example, in inpatient units, recent hospital design standards specify the size of patient rooms, recommend only one

[5] The promotion of Progressive Patient Care facility designs in 1959 and 1962 by the Public Health Service encouraged the movement of inpatients through a sequence of specially designed inpatient units (such as critical care, intermediate care, and minimal care) as they progressed on their recovery. See Elements of Progressive Patient Care, Division of Hospital and Medical Facilities, Public Health Service, U.S. Dept. of Health Education and Welfare, Public Health Service Publication #930-C-1, 1962. See also D. Kirk Hamilton, Jeanne Kisacky, and Frank Zilm, "Critical Care 1950 to 2022: Evolution of Medicine, Nursing, Technology, and Design," Critical Care Clinics 39:3 (July 2023) 603-625 doi:10.1016/j.ccc.2023.01.002. On the patient's journey through the hospital, see also R Gualandi, C Masella, D Viglione, D Tartaglini, "Exploring the hospital patient journey: What does the patient experience?" PLoS One. 14:12 (Dec 5 2019), e0224899, doi: 10.1371/journal.pone.0224899 and Muriel R. Gillick, Old and Sick in America: The Journey through the Health Care System (Chapel Hill, NC: University of North Carolina Press, 2017).

[6] Federal Register 12:30 (Wednesday, February 12, 1947) "Appendix A.—General Standards of Construction and Equipment," 985-1001.

[7] The Facility Guidelines Institute webpage "Earlier Editions of the Guidelines," links to or lists many of the earlier editions of hospital design guidelines (https://www.fgiguidelines.org/guidelines/earlier-editions/). Up to 1987, the guidelines were published by the Public Health Service under the Department of Health, Education and Welfare, see, for example, Federal Register 29:252 (Tuesday, December 29, 1964) Public Health Service: Rules and Regulations, 18447-18474; Minimum Requirements of Construction & Equipment for Hospital & Medical Facilities, United States, HEW Publication No. (HRA) 74-4000, U.S. Government Printing Office, Washington, D.C., 1974. From 1987 to 2006, the guidelines were published by the American Institute of Architects (AIA) with assistance from the U.S. Department of Health and Human Services, see, for example, Guidelines for Construction and Equipment of Hospital and Medical Facilities, AIA Committee on Architecture for Health with assistance from the U.S. Dept. of Health and Human Services, 1987. In 2010, the guidelines were published by the Facility Guidelines Institute with assistance from the U.S. Department of Health and Human Services.

[8] As just one relevant example, see Codes and Regulations, California Department of Health Care Access and Information, https://hcai.ca.gov/construction-finance/codes-and-regulations/.

bed per room, specify the required number of airborne infection isolation rooms, outline the necessary details of protective environment rooms, and determine the number of visitor lounges. [9] Extensive design features for physical safety (including handrails, non-slip floors, and call buttons and cords) and infection control (including positive and negative pressure ventilation, antibacterial material choices, and handwashing stations) protect an inherently at-risk population.[10]

9.      Hospital practice in the modern era is also intensely regulated by multiple agencies and institutions which provide codes, standards, certification, licensing, and accreditation for hospitals and hospital practitioners.[11] The Medicare Conditions of Participation set the standards necessary for payments to be made to an institution. [12] In many states, including California, hospital patients have rights as to how they may be treated and by whom.[13]

10.      The Hill-Burton Act also established the American expectation of proximate and equal access to a hospital for all communities and citizens in all locations. The Act supported the construction of more than 7,000 hospital facilities

---

[9] Guidelines for Design and Construction of Health Care Facilities, FGI, 2010, op. cit. 89-95.

[10] Guidelines for Design and Construction of Health Care Facilities, FGI, 2010, op. cit. 43-44, 57-63.

[11] The American College of Surgeons initiated minimum hospital standards and accreditation processes in 1917, with the process being taken over by the Joint Commission on Accreditation of Hospitals in 1951 (see timeline at the JCAH website: https://www.jointcommission.org/-/media/tjc/documents/tjc-history-timeline-through-2022.pdf and Kisacky, Rise of the Modern Hospital, 229-232, 260-264). Current overview of hospital standards and accreditation process are available at: https://www.jointcommission.org/standards/about-our-standards. The American Hospital Association also publishes standards and guidelines for hospital practice ("Standards/Guidelines," https://www.aha.org/taxonomy/term/134; Nurse standards and certification influence hospital care (American Nurses Association, Nursing: Scope and Standards of Practice, 4th ed., 2021). The Academy of Architecture for Health, of the American Institute of Architects, through the Center for Health Design, provides evidence-based design accreditation and certification (https://www.healthdesign.org/certification-outreach).

[12] Medical Conditions of Participation, 42 CFR Part 482, https://www.ecfr.gov/current/title-42/chapter-IV/subchapter-G/part-482?toc=1

[13] California Department of State Hospitals, "Patient's Rights," https://www.dsh.ca.gov/About_Us/Patients_Rights.html

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

over its 30-year period, a majority of which were built in smaller communities, underserved, and rural areas.[14]

11.     In sum, in the United States today, hospitals are widespread, highly regulated, technologically advanced treatment centers that are considered to be the preferred location for the receipt of medical care.

## II.    Hospitals As They Existed In The Founding Era (In And Around The Year 1791)

12.     Only a handful of hospitals existed in the United States by the year 1791; all of them were in the larger cities.[15] They were not the preferred location of medical care. House calls, where the doctor treated patients in their own homes, were the standard of medical care, but were accessible only to persons with homes and with disposable income to afford the doctor's fees.[16] Initially, the sick poor were either given "outdoor relief" (the delivery of direct money or services to the needy in their places of residence) or sent to an almshouse or poorhouse (to which the closest modern equivalent would be a homeless shelter).[17] In the mid-1700s, interest in creating hospitals to separate the medically sick (who could potentially

---

[14] Lave, J. R. and L. B. Lave (1974). The Hospital Construction Act: An Evaluation of the Hill-Burton program, 1948-1973. Washington, D.C., American Institute for Public Policy Research.

[15] Kisacky, Rise of the Modern Hospital: An Architectural History of Health and Healing, University of Pittsburgh Press, 2017. Charity Hospital in New Orleans was founded in 1721 (John Salvaggio, New Orleans' Charity Hospital: A Story of Physicians, Politics, and Poverty, Baton Rouge/London: Louisiana State University Press, 1992). Pennsylvania Hospital in Philadelphia was founded in 1751, opened in a temporary facility in 1752, and moved to its permanent location in 1756 (Thomas G. Morton and Frank Woodbury, The History of the Pennsylvania Hospital; 1751-1895, Philadelphia: Times Printing House, 1895) https://digirepo.nlm.nih.gov/ext/dw/68130800R/PDF/68130800R.pdf. The New York Hospital in New York City was founded in 1771 but only opened and began admitting patients in 1791 (Eric Larrabee, The Benevolent and Necessary Institution: The New York Hospital 1771-1971, Garden City, NY: Doubleday and Company, 1971).

[16] Charles E. Rosenberg, The Care of Strangers: The Rise of America's Hospital System, New York: Basic Books, 1987; Oscar Reiss, Medicine in Colonial America, Lanham: University Press of America, 2000; Paul Starr, Social Transformation of American Medicine, New York: Basic Books, 1982.

[17] Gary Nash, "Poverty and Politics in Early American History," In Down and Out in Early America, (University Park, Pa.: Pennsylvania State University Press, 2004. See also Britannica Online s.v. "Almshouse"; https://www.britannica.com/topic/almshouse.

be cured and returned to productive lives) from the other inmates (described variously as vagrants, beggars, etc.) developed.[18] City administrators also believed that these hospitals would offer a more efficient solution: Benjamin Franklin believed that hospital care would cost only one-tenth as much as private home care.[19]

13.    There were no hospital design standards or guidelines in 1791. These earliest American hospitals occupied structures based on the sparse existing



descriptive literature on hospital design (mostly written by European doctors and reformers) and on the personal experience of European hospitals brought back by American doctors who had done medical training abroad.[20] At a time before germ theory, bad air was considered the cause of many diseases and to prevent airborne spread of disease between patients, the literature emphasized design features

Figure 1: View of Ward in Massachusetts General Hospital in 1845. Showing the placement of beds in a large open room. The central fireplace was unusual. Figure from John D. Thompson and Grace Goldin, The Hospital: A Social and Architectural History, (New Haven, Conn.: Yale University Press, 1975.

---

[18] David J. Rothman, The Discovery of the Asylum: Social Order and Disorder in the New Republic, (Boston: Little, Brown and Company, 1971).

[19] Benjamin Franklin, Some Account of the Pennsylvania Hospital from its First Rise to the beginning of the fifth Month called May, 1754, (Philadelphia: B. Franklin and D. Hall, 1754) https://digirepo.nlm.nih.gov/ext/mhl/2554043R/PDF/2554043R.pdf, 21.

[20] See, e.g., John Aikin, Thoughts on Hospitals, ([London] 1771); Samuel Bard, A Discourse Upon the Duties of a Physician, with Some Sentiments, on the Usefulness and Necessity of a Public Hospital . . . (New York: A. & J. Robertson, 1769) https://digirepo.nlm.nih.gov/ext/mhl/2542034R/PDF/2542034R.pdf; and Dr. John Jones, Plain, Concise, Practical Remarks on the Treatment of Wounds and Fractures; To Which is Added, a Short Appendix on Camp and Military Hospitals . . . (New York: John Holt, 1775) https://digirepo.nlm.nih.gov/ext/mhl/2559023R/PDF/2559023R.pdf.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

(narrow, well-windowed rooms and widely spaced beds) that provided voluminous fresh air between patients.[21]

14. Hospitals in the 1790s primarily consisted of "wards" – large open rooms which housed from 10 to 30 patients. [See Figures 1 and 2.] For the most cost-effective care, one head nurse and a couple assistants cared for all the patients within one ward; each ward had a handful of adjacent basic service spaces, such as bathrooms, stores, washrooms, kitchen, and a nurses' room. Other than wards, hospital buildings typically held only an administrative office, an apothecary room (pharmacy), central kitchen, central laundry, and apartments for the staff (nurses, superintendent, matron, etc.) who were provided housing as part of their employment.[22]



Figure 2: Floor Plan of Pennsylvania Hospital in 1896. In 1791, only the East Wing (the left third of this image) was completed. Figure from Pennsylvania Hospital, Annual Report, 1896, frontispiece.

---

[21] The science of ventilation at the time was limited to the use of natural ventilation (winds through openings) or to temperature differentials (the updraft created by chimneys or fireplaces). See Jeanne Kisacky, "Restructuring Isolation," Bulletin of the History of Medicine, 79:1 (2005) 1-49 DOI: 10.1353/bhm.2005.0029; Jeanne Kisacky, "Breathing Room: Calculating an Architecture of Air," in Anthony Gerbino, Ed., Geometrical Objects: Architecture and the Mathematical Sciences 1400-1800, Switzerland: Springer, 2014.

[22] I base these general observations about hospital design and practice on archival research in the collections of the New York Hospital, the Presbyterian Hospital, Mount Sinai Hospital, the National Library of Medicine, the University of Pennsylvania archives, and the New York Academy of Medicine, which included analysis of available hospital annual reports published between 1751 and 1945 for over 100 hospitals.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

15.     With their almshouse pedigree, persons of means rarely became patients in hospitals; travelers caught ill away from home were the notable exception. Admission to the hospital required personal application to a governor (a prominent community member on the board of governors), a hospital surgeon, or a hospital physician.[23] For both the Pennsylvania Hospital and the New York Hospital, applicants who resided in the State but not in the City, had to be recommended to the hospital "by a justice of the peace and an overseer or overseers of the poor in the township wherein they reside."[24] If the applicant was deemed a worthy case, the governor would give the applicant a note of recommendation that could be presented to the visiting committee at the hospital. The applicant would then be examined by hospital doctors to determine if their condition were treatable. Persons in need of immediate emergency treatment could be admitted immediately, and the interview and determination of eligibility would follow later.[25]

16.     At the Pennsylvania Hospital, it was expected that if a patient could pay for some or all of their stay, they would do so, and that the income would be used to offset the charitable care provided to other patients.[26] Pay patients could choose (and pay for) a specific doctor; charitable patients received care from one of the appointed institutional doctors.[27] The bulk of the care was provided by house doctors, young practitioners starting out on their careers who lived in the hospital.

---

[23] The admission process is outlined in multiple locations as each party's responsibilities (governor, doctor, patient) was spelled out separately (Society of the New York Hospital, A Brief Account of the New York Hospital, [New York City: Isaac Collins & Sons, 1804), https://digirepo.nlm.nih.gov/ext/mhl/2572040R/PDF/2572040R.pdf, pp. 21-22, 27-28, 34, 36). The Pennsylvania Hospital had similar admission procedures (Some Account of the Pennsylvania Hospital . . ., 1754, op. cit. 26).

[24] A Brief Account of the New York Hospital, 1804, op.cit. p. 34; Some Account of the Pennsylvania Hospital . . ., 1754, op. cit. 225-6.

[25] Some Account of the Pennsylvania Hospital op. cit., 26, 1754, op. cit.; A Brief Account of the New York Hospital, 1804, op.cit. pp. 21-22

[26] Some Account of the Pennsylvania Hospital . . ., 1754, op.cit. 26; A Brief Account of the New York Hospital, 1804, op.cit. p. 32-34

[27] Some Account of the Pennsylvania Hospital, 26-27.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

The attending physicians volunteered their service and visited the hospital a couple times a week, and on a rotating monthly schedule.[28]

17.    There were no separate rooms for paying patients. Patients were assigned to a ward based on gender (whether they were male or female) and whether they were a medical or surgical patient. Pregnant women in the New York Hospital were assigned to a specific lying-in ward.[29] Mentally ill patients who could be disruptive of ward order were often placed apart, in a basement or remote ward.[30] Beyond those distinctions, patients were assigned randomly to available beds in one of the large wards. Once admitted, patients stayed in the same bed in the same ward for the duration of their stay, which was typically measured in weeks or even months.[31]

18.    Patients surrendered bodily autonomy with their admission. The Rules for patients of both the Pennsylvania Hospital and the New York Hospital make this explicit. At the New York Hospital, "any patient misbehaving by going out without leave, getting drunk, swearing, or be [sic] guilty of other disorderly conduct," could be confined or discharged regardless of condition.[32] Smoking or playing at cards, dice or other games of chance, or begging were also grounds for discharge.[33] According to historian Charles E. Rosenberg, misbehaving patients could be

---

[28] A Brief Account of the New York Hospital, op. cit., 1804, 28-31. Rosenberg, Care of Strangers, op. cit. 15-46. By 1837, Bellevue Hospital noted that each attending doctor had the care of an average of 400 patients (Report of the Special Committee upon the Memorial, Remonstrance, &c., of Sundry Physicians, Relative to a new Organization of the Hospital Department of the Alms House. Document No. 108 New York City Board of Assistant Alderman [New York City: T. Snowden, 1837]).

[29] Society of the New York Hospital, An Account of the New-York Hospital, (New York: Collins & Co., 1811), https://digirepo.nlm.nih.gov/ext/mhl/2572041R/PDF/2572041R.pdf, 6.

[30] At the Pennsylvania Hospital, the directors added cells in the basement for the mentally ill (Morton and Woodbury, The History of the Pennsylvania Hospital; 1751-1895, op. cit., 128-129).

[31] In 1844, the directors of the Massachusetts General Hospital pointed out that private patients stayed in the hospital an average of 3 weeks and 6 days, while charity (free) patients stayed an average of 7 weeks and 1 day (Massachusetts General Hospital, Annual Report 1844, p. 4).

[32] A Brief Account of the New York Hospital, 1804, op. cit. p. 26-27. Similar rules were also in Some Account of the Pennsylvania Hospital, pp. 25-27.

[33] A Brief Account of the New York Hospital, 1804, op. cit. p. 35.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

punished, whether by being prescribed a 'low diet,' transferred to a less desirable ward, or even given cold showers. "In most hospitals, authorities withheld the patients' clothes so as to control their comings and goings."[34] The Pennsylvania Hospital's ward design included "clothing rooms" for safekeeping but this also enabled control of a patient's street clothes and personal effects.  [See Figure 2.]

19.    Patients were not allowed to enter the kitchen or any of the servants' apartments; this in effect confined them to the ward.[35] To leave the hospital grounds even for a short time, house staff, nurses, and domestic servants as well as patients



had to request a "pass."[36]  Hospitals had walls around them, with a gatehouse and gate keeper to control who could enter and leave. [See Figure 3.] By the early 1800s, the governors of the New York Hospital added bars to the windows of one of the ward buildings to reduce unofficial comings and goings. Visitors to patients (such as family and friends) were strictly regulated. At the

Figure 3: View of Pennsylvania Hospital in 1799 by Wm. Birch showing the hospital wall. https://www.loc.gov/item/2002718889/

Pennsylvania Hospital visiting hours were limited to the one hour between noon and one o-clock on every day but Sunday. [37] The physician at the New York Hospital could prohibit visitors entirely to asylum (mentally ill) patients.[38] As they recovered, patients were expected to assist in menial chores—typically sweeping,

---

[34] Rosenberg, Care of Strangers, op. cit. 36.
[35] A Brief Account of the New York Hospital, 1804, op. cit. p. 35.
[36] Rosenberg, Care of Strangers, op. cit., p. 35
[37] Rosenberg, Care of Strangers, op. cit., p. 35
[38] An Account of the New-York Hospital, New York: Collins & Co., 1811, p. 52.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

1    simple washing, or helping feed the bedridden.[39] At the New York Hospital, once a

2    week one of the patients was required to read the Bible to the other patients.[40]

3        20.    Nurses were untrained and poorly paid, and nursing was difficult,

4    onerous, and dangerous work. Many were recovered former patients or persons

5    with prior experience in housekeeping positions.[41] The rules created for Nurses

6    indicate some of the problems experienced. At the New York Hospital the

7    superintendent had license to "discharge such of them as may be guilty of swearing,

8    drunkenness, or other bad conduct, or of clandestinely bringing spirituous liquors

9    into the house for the use of themselves or the patients."[42] Typically the nurses

10   worked in two shifts with multiple day nurses but only one night nurse or even a

11   hired untrained 'watcher' for a ward, or perhaps multiple wards.[43]

12       21.    The ward was a public space: the patients were in it all day and night,

13   coughing, talking, and (before painkillers) groaning or even screaming. Hospital

14   managers, the superintendent, matron, doctors, house doctors, medical students and

15   staff visited the ward regularly, at their convenience, at all times of day. Without

16   separate examination or treatment rooms, the house doctors and attending doctors

17   provided whatever care was needed (even surgery) within the ward space itself.[44]

18   There was no privacy; each patient could see and hear the examination and

19   treatment of the surrounding patients. [See Figure 1.] Medical treatments of the age

20   still followed the ancients (Hippocrates and Galen) and included bloodletting,

21   purges, emetics, and restoratives (such as alcohol) as well as practical care such as

22   restorative diets and rest.[45]

23

---

24   [39] A Brief Account of the New York Hospital, 1804, op. cit., p. 35.
     [40] A Brief Account of the New York Hospital, 1804, op. cit., 32-33.
25   [41] Rosenberg, Care of Strangers, op. cit., 38-39
     [42] A Brief Account of the New York Hospital, 1804, op. cit., p. 32.
26   [43] Rosenberg, Care of Strangers, op. cit., 38-39.
     [44] Rosenberg, Care of Strangers, op. cit., 15-46.
27   [45] John Parascandola, "Drug Therapy in Colonial and Revolutionary America," Am J Hosp Pharm. 33:8 (Aug 1976) 807-810. PMID 782235.

28

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

22.     There were no operating rooms in hospitals in 1791; most surgical treatments were performed in the ward, without anesthesia (which would not be discovered until 1846); antisepsis (which would not be discovered until 1868); and penicillin (which would not be discovered until 1928 and only put into broad use in the 1940s).[46] Treatments and care for existing wounds (such as bonesetting and wound care) were regularly performed, but surgery as an intervention was infrequent and a last resort. The event was traumatic not only for the patient, but for the others in the room who had to hear and experience the event.[47]

23.     Hospitals were also dangerously subject to cross-infections within the wards. In the surgical wards, post-surgical septic infections affected a majority of patients; in 1776, Dr. John Jones described 'laudable' pus as a normal step in wound healing.[48] Statistics listed in hospital annual reports of the 1790s and 1800s regularly counted a 10-15% patient mortality rate for all patients. According to Dr. Jones, during times of internal outbreaks, 20-40% of patients in the hospital might die from diseases they caught after admission, and amputations were so deadly (40-60% of amputees died) that doctors often chose not to perform them.[49] In the medical wards, though hospitals barred admission to any patient with an infectious ailment, many entered with latent illness and internal epidemics of typhus, erysipelas, and other infections occurred regularly.[50]

---

[46] Kisacky, "Restructuring Isolation," op. cit.; Kisacky, "Consequences of Migrating U.S. Contagious Facilities Into General Hospitals, 1900-1950," Health Environments Research & Design Journal, 15:1 (Jan 2022) 75-96; Owen H. Wangensteen and Sarah D. Wangensteen, The Rise of Surgery: From Empirc Craft to Scientific Discipline (Minneapolis, Minn.: University of Minnesota Press, 1978).

[47] Atul Gawande, "Two Hundred Years of Surgery," New England Journal of Medicine, 366:18 (2012) 1716-1723. DOI 10.1056/NEJMra1202392.

[48] Jones, Plain, Concise, Practical Remarks, op. cit., 5.

[49] Jones, Plain, Concise, Practical Remarks, op. cit., 5; Owen H. Wangensteen, Sarah D. Wangensteen, Charles F. Klinger, "Surgical cleanliness, hospital salubrity, and surgical statistics, historically considered." Surgery 71:4 April 1972 477-493; J. W. Alexander, "The contributions of infection control to a century of surgical progress," Annals of Surgery 201:4 (April 1985) 423-428, doi: 10.1097/00000658-198504000-00004.

[50] Graham A. J. Ayliffe, Hospital Infection: From Miasmas to MRSA, Cambridge/New York: Cambridge University Press, 2003; George Hayward, "History of the Erysipelatous Inflammation that Recently Appeared in the Massachusetts General Hospital," New England

### III.  Hospitals As They Existed In The Reconstruction Era (In And Around The Year 1868)

24.     For the first half of the nineteenth century, hospitals remained few in number (particularly compared to overall population growth) in the United States.[51] During this period of intense immigration and urbanization, the hospitals that were in operation were often overcrowded. [52] It was a simple thing to put more beds into a large open ward, but the crowding increased the problems of internal disease spread and of social control of the wards by overburdened nurses. The wards could become uncontrolled, unsavory, and dangerous locations. Sensational newspaper articles about Bellevue Hospital in New York City in 1860 detailed the horrors of rats in the wards.[53] The patient statistics in the civil hospitals clearly indicated a majority of hospital patients were recent immigrants who had no other options for medical care.[54]

25.     Between 1859 and 1863, the writings and experiences of Florence Nightingale initiated professional nursing and provided basic guidelines for hospital construction and hygiene. [55] These were rapidly adopted worldwide; in the United

---

Medical Review and Journal 16:3 (1 Jul 1827) 284-294. "McCready, "Address," in Alms House, New York City, Annual Report 8 [1856] 14-15; Kisacky, "Restructing Isolation," op.cit.

[51] US Bureau of the Census, Historical Statistics of the United States, Colonial Times to 1970 (Washington, D.C.: Department of Commerce, 1975), https://www2.census.gov/library/publications/1975/compendia/hist_stats_colonial-1970/hist_stats_colonial-1970p1-chB.pdf, 78.

[52] For example, "A Crowded Hospital," New York Times, Saturday July 15, 1854, p. 4 stated the City hospital had 50 more patients in the female wing than beds to give them. See also Rosenberg, The Care of Strangers, op. cit., pp. 97-114.

[53] "Rats at Bellevue Hospital" New York Times, April 27, 1860, Page 8.

[54] This observation is based on research encompassing dozens of hospital annual reports in this era, which typically cited patient statistics including nationality, ethnicity, gender, etc.

[55] Florence Nightingale, Notes on Nursing: What it Is and What it Is Not, New York: D. Appleton and Company, 1860, https://digirepo.nlm.nih.gov/ext/dw/68161120R/PDF/68161120R.pdf; and Nightingale, Notes on Hospitals, London: Longman, Green, Longman, Roberts, and Green, 1863, https://babel.hathitrust.org/cgi/pt?id=hvd.32044019953553&seq=6 .

States during the Civil War, both the Union and the Confederacy based their military hospital designs and programs on Nightingale's writings. [56]



Figure 4: Lincoln General Hospital, Washington D.C. (a Civil War military hospital) circa early 1860s. All buildings in the outer echelon were ward buildings, the buildings on the central axis provided service and administration. From George F. Hammond, A Treatise on Hospital and Asylum Construction, Cleveland [published for author] 1891.

26.     Nightingale placed significant emphasis on cleanliness, sunlight, and fresh air, which she considered more curative than medical intervention. Nightingale advocated a hospital layout called the "pavilion plan," which was designed to maximize fresh air and minimize the transfer of air between patients as a means of reducing the spread of airborne disease. [57] [See Figure 4]. A number of small independent pavilions (holding one large ward and all the necessary patient services) were arranged on large natural landscaped sites. The wards were much the same as those in 1791, with anywhere from 20 to 30 patients per ward overseen by one head and several assistant nurses.

---

[56] Frank R. Freemon, Gangrene and Glory: Medical Care During the American Civil War, Madkson, N.J.: Fairleigh Dickinson University Press, 1998; Robert S. Lanier, The Photographic History of The Civil War in Ten Volumes, New York: The Review of Reviews Co, 1911.

[57] Nightingale, Notes on Hospitals, London: Longman, Green, Longman, Roberts, and Green, 1863.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

27.     Nightingale indicated that pavilion plans would make hospitals safe-- the extensive ventilation would prevent airborne disease spread, while the professional nurses would make the ward a controlled, clean, moral environment and provide basic care.[58] This enabled the growth of hospitals and by the 1870s, cities across the country began to add more hospitals built along Nightingale's guidelines.[59]

28.     Nightingale's reformative efforts, however, were a refinement of the existing charitable institution, not a transformation of the hospital to a location of specialized medical care for all citizens. Hospitals of the 1860s were essentially sanitized, more orderly versions of the hospitals of the 1790s. They held mostly large (10-to-30 bed) wards, with the necessary ward services (including kitchen, laundry, and administration). As locations for moral as well as physical care, many hospitals included chapels. St. Luke's Hospital in New York City included 200 beds but no operating rooms. At its center was a chapel that accommodated 350 persons, and the building was arranged so that all patients could hear the services from their beds. [See Figure 5.]



Figure 5: St. Luke's Hospital in New York City, floor plans, ca. 1860. From St. Luke's Hospital, Annual Report 1860.

[58] Charles E. Rosenberg, "Florence Nightingale on Contagion: The Hospital as Moral Universe," in Healing and History: Essays for George Rosen, ed. Rosenberg (New York: Science History Publications, 1979), 118.
[59] Kisacky, Rise of the Modern Hospital, op. cit., 22-77.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

29.     While hospitals still did not include extensive specialized surgical or medical treatment facilities, many did include a surgical amphitheater or a rudimentary pathological laboratory to increase the value of medical education in the hospital. While the development of anesthesia in 1846 increased the value of a separate room for administration of and recovery from anesthesia, it also allowed doctors to perform longer, more complex surgeries without any concomitant improvement in strategies to prevent or treat infections. The survival rate of surgical patients in hospitals was abysmal.[60] A high percentage of patients survived the operation, but soon died of post-operative complications, such as what we would now know as shock or simple decline, but most often of septic infections.[61] In 1872, after spending time as a house surgeon at Bellevue Hospital, Dr. Thomas K. Cruse called it a "slaughter pen of the wounded," and noted that even the long-time doctors could not remember a patient recovering from a thigh amputation in the hospital.[62] Lister's series of articles on germ theory and the success of antiseptic surgery appeared in 1867, but were initially received by US doctors with as much skepticism as acceptance.[63] The transformations of germ theory, of antiseptic surgery, and eventually aseptic surgical practices, occurred in the late 1870s and afterwards.

---

[60] Bellevue Hospital listed mortality rates for amputation cases at 48 percent in 1872 and 1837 and for lying-in (obstetric) patients at 40 percent in May of 1874 (State Charities Aid Association, Visiting Committee, Bellevue Hospital, New York City, Annual Report 3 [1875] 10; Edward D. Churchill, "The Pandemic of Wound Infection in Hospitals: Studies in the History of Wound Healing," Journal of the History of Medicine, 20 (Oct 1965), 391-404, https://www.jstor.org/stable/24621509; Kisacky, Rise of the Modern Hospital, op. cit., pp. 78-104.

[61] "Bellevue Hospital," New York Times 18 June 1873.

[62] Thos. K Cruse, "The Treatment of Compound Fractures of the Leg, at Bellevue Hospital," Medical Record 7 (15 April 1872), pp. 140.

[63] Lister, "On the Antiseptic Principle in the Practice of Surgery," British Medical Journal 2:351 (Sept 21 1867) 246-248, https://www.bmj.com/content/2/351/246; Thomas P. Gariepy, "The Introduction and Acceptance of Listerian Antisepsis in the United States," Journal of the History of Medicine and Allied Sciences 49:2 (April 1994) 167-206., DOI: 10.1093/jhmas/49.2.167.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

30.     The inclusion of separate private rooms for paying patients, which made the hospital a pay-for-service medical institution, began in very small scale in the 1840s and 1850s, and increased in the 1860s.[64] The private rooms were well used during boom times, like the late 1860s, but the economic downturn of 1873 saw the private rooms sit empty while the wards were again overcrowded.[65] Home medical care remained the norm for patients who could afford it, and the vast majority of hospital patients were primarily the sick poor or emergency patients.

**CONCLUSIONS**

31.     American Hospitals of 1791 and 1868 were primarily charitable rather than medical institutions, serving a patient clientele of poor, sick persons in cities. Hospitals intermixed large numbers of patients with a variety of ailments and backgrounds in one room, which contributed to high rates of cross-infection and patient mortality and created a patient experience vastly different from the modern hospital expectations of today. Nurses provided basic care (including feeding, bathing, and administration of drugs) and struggled to keep often overcrowded wards as clean and orderly as they could. They did not provide or assist in the extensive physiological interventions (such as i/v lines, heart rate monitors, oxygen, catheterization, and blood pressure cuffs) so common in today's hospital practice. Similarly, physicians and surgeons provided basic wound care and treatment, prescribed drugs as well as specific diets (such as alcohol and rest), but did not practice antisepsis or asepsis and had no access to anything comparable to the diagnostic and therapeutic technologies (such as x-rays, clinical labs, MRIs, CAT scans, endoscopy, radiation, and chemotherapy) that are commonplace in today's hospitals. Hospitals were few and far between and were limited to large cities, and unlike today, there was no expectation that every community and every person should have direct access to a hospital.

---

[64] Kisacky, <u>Rise of the Modern Hospital</u>, <u>op. cit.</u>, pp. 67-76
[65] Kisacky, <u>Rise of the Modern Hospital</u>, <u>op. cit.</u>, pp. 67-76.

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

1    32.    Hospitals of 1791 and 1868 were the last, not the first, place persons

2  would choose to go when injured and sick.

3    I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5    Executed on October 27, 2023, at Ithaca, New York.

6    Jeanne Kisacky    Digitally signed by Jeanne Kisacky
        Date: 2023.10.27 09:52:02 -04'00'

7    _____

8    Dr. Jeanne Kisacky

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Dr. Jeanne Kisacky
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

# Exhibit 1

Exhibit 1
Page 21

### *Jeanne S. Kisacky*

111 Brandon Place,  Ithaca, NY  14850, USA.  607-592-2802   jeannekisacky@gmail.com

**EDUCATION**

| | | |
|---|---|---|
| 2000 | Ph.D. | Cornell University, Ithaca, New York, History of Architecture and Urban Design |
| 1995 | M.A. | Cornell University, Ithaca, New York, History of Architecture and Urban Design |
| 1990 | M.Arch. | Princeton University, Princeton, New Jersey |
| 1988 | B.A. | Washington University, St. Louis, Missouri, magna cum laude |

**GRANTS**

1/2009-9/2011    Grant G13LM 009479, National Library of Medicine/National Institute of Health, Grant for Scholarly Works in Biomedicine and Health, Individual Award for preparation of book manuscript: <u>From Pavilions to Hospitals: A History of Healthy Hospital Design.</u>

**PROFESSIONAL EXPERIENCE**

GRANT MANAGEMENT/ADMINISTRATIVE

| | |
|---|---|
| 2022-present | <u>Grant and Contract Officer.</u> Cornell University. Pre- and post-award non-financial research administration. |
| 2020-2022 | <u>Communications Assistant</u> and <u>Temp Administrative Assistant</u>, Cornell University. |
| 2014-2020 | <u>Administrative Assistant to Prof. Susan McCouch</u>, Cornell University. Assist Prof. McCouch in managing approximately $18M of research grants. |

TEACHING/ACADEMIC

| | |
|---|---|
| Oct-Dec 2012 | <u>Instructor</u>, Syracuse University. Department of Architecture. I finished teaching two already-in-progress courses for an instructor who was placed on emergency medical leave. |
| Spring 2012 | <u>Instructor</u>, Syracuse University. Department of Architecture. |
| Summer 2009 | <u>Participating Historian</u>, "Ellis Island 1891-1924: Immigration, Public Health and the American Workforce," NEH Landmarks in American History and Culture Workshop for Teachers at the Ellis Island Institute. |
| Fall 2008 | <u>Visiting Lecturer</u>, Cornell University. Department of City and Regional Planning. |
| Summer 2008 | <u>Participating Historian</u>, "Ellis Island 1891-1924: Immigration, Public Health and the American Workforce." As described above. |
| Fall 2007 | <u>Adjunct Professor</u>. Syracuse University. Department of Architecture. |
| 2005-2006 | <u>Assistant Professor</u>. Syracuse University. Department of Architecture. |
| Spring 2005 | <u>Lecturer</u>. Syracuse University. Department of Architecture. |
| Spring 2005 | <u>Adjunct Assistant Professor</u>, Binghamton University, Dept. of Art History, |
| 2003-2004 | <u>Lecturer</u>. Syracuse University. Department of Architecture |

Exhibit 1
Page 22

| Fall 2002 | Visiting Lecturer, Cornell University. Department of Architecture; |
|---|---|
| 2001-2004 | Visiting Scholar.  Cornell University. Department of Science and Technology Studies. |
| 1994-1996 | Teaching Assistant, Cornell University, Architecture Department |
| Fall 1989 | Assistant in Instruction, Princeton University, Architecture Department |

PUBLISHING

| 1999-2001 | Managing Editor of Isis, the Journal of the History of Science Society, (then affiliated with the Dept. of Science and Technology Studies, Cornell University). |
|---|---|
| Fall 1997, 1998-1999 | Book Review Assistant, or Manuscript Assistant for Isis. |

ARCHITECTURAL DESIGN/PRACTICE

| 1990-1993 | Architectural Intern, Ford, Farewell, Mills, and Gatsch, Architects (formerly Short and Ford and Partners, Architects)  Princeton, New Jersey |
|---|---|
| Summer 1989 | Architectural Intern, Kohn Pederson Fox Architects, New York, NY |
| 1987-1988 | Architectural Assistant to Vice President of Facilities Management, Children's Hospital, St. Louis, Missouri, under Roger E. Becker, AIA. |

## PUBLICATIONS

Books

Jeanne Kisacky, *The Rise of the Modern Hospital: An Architectural History of Health and Healing* (Pittsburgh: University of Pittsburgh Press, 2017).
        Recipient of the 2017 Fred B. Kniffen Book Award for best authored publication from the International Society of Landscape, Place, and Material Culture.

Articles

D. Kirk Hamilton, Jeanne Kisacky, Frank Zilm; "Critical Care 1950 to 2022: Evolution of Medicine, Nursing, Technology, and Design," *Critical Care Clinics*, July 2023 39 (3): 603-625. DOI: 10.1016/j.ccc.2023.01.002

Jeanne Kisacky,   "Consequences of Migrating US Contagious Facilities into General Hospitals, 1900-1950," *HERD-Health Environments Research & Design Journal*, Jan 2022 15:(1) 75-96. DOI: 10.1177/19375867211049818

Jeanne Kisacky      "An Architectural History of US Community Hospitals," *AMA J Ethics* 21:3 (March 2019) E288-296. doi: 10.1001/amajethics.2019.288.

Jeanne Kisacky      "When Fresh Air Went Out of Fashion at Hospitals," Smithsonian.com, Jun 14, 2017, http://www.smithsonianmag.com/history/when-fresh-air-went-out-fashion-hospitals-180963710/

Jeanne Kisacky      "How Hospital Rooms Went from Airy Temples to "Inhuman" Machines: Architecture Used to Pamper Patients. Then Designers Began Prizing Efficiency," June 7, 2017 on http://www.zocalopublicsquare.org/2017/06/07/hospital-rooms-went-airy-temples-inhuman-

Exhibit 1
Page 23

machines/ideas/nexus/

Jeanne Kisacky      "Illuminations of Theme: How Critique can Teach Us What Our Work Is Trying to Say," in *Author in Progress: A No-Holds Barred Guide to What it Really Takes to Get Published*, (New York: Writer's Digest Books, 2016)

Jeanne Kisacky      "Breathing Room: Calculating an Architecture of Air." In *Geometrical Objects: Architecture and the Mathematical Sciences 1400-1800*, edited by Anthony Gerbino. (Archimedes 38, New Studies in the History and Philosophy of Science and Technology) Switzerland: Springer, 2014.

Jeanne Kisacky      "Germs are in the Details: Aseptic Design and General Contractors at the Lying-In Hospital of the City of New York, 1897-1901," *Construction History*, 28:1 (2013) 83-106.

Jeanne Kisacky      "The Color of Surgery," in Marilyn Delong and Barbara Martinson, eds., *Color in Design*, London/New York: Berg, 2012

Jeanne Kisacky      "Restructuring Isolation: Hospital Architecture, Medicine, and Disease Prevention" *Bulletin of the History of Medicine*, 79:1 (Spring 2005), 1-49.

Jeanne Kisacky      "History and Science: Julien-David Leroy's Dualistic Method of Architectural History," *Journal of the Society of Architectural Historians*, *60*: 3 (Sept 2001), 260-289.

<u>Book Reviews:</u>
Annmarie Adams, *Medicine by Design: The Architect and the Modern Hospital, 1893-1943.* (Minneapolis/London: University of Minnesota Press, 2008). *Winterthur Portfolio*, 44: 2/3, (Summer/Autumn 2010), 248-250.

Carla Yanni, *The Architecture of Madness: Insane Asylums in the United States.* (Minneapolis/London: University of Minnesota Press, 2007) reviewed in *The Journal of the History of Medicine and Allied Sciences*, 65: 1 (Jan. 2010), 135-137.

Carla Yanni, *The Architecture of Madness: Insane Asylums in the United States*. (Minneapolis/London: University of Minnesota Press, 2007) reviewed in *The Register of the Kentucky Historical Society*, 105:4 (Autumn 2007)

**ACADEMIC PRESENTATIONS**

| | |
|---|---|
| June 2023 | "Design of Critical Care Facilities," Precorded collaborative presentation (with Frank Zilm and D. Kirk Hamilton) presented at CHCC (China Hospital Construction Conference), Western China International Expo City, Chengdu, June 17-19,2023. |
| December 2021 | "Critical Care Design: The History and Future," collaborative webinar presentation (with Frank Zilm, D. Kirk Hamilton, and Julie Fairman), AIA |

Exhibit 1
Page 24

| | |
|---|---|
| | Webinar presented through the Academy of Architecture for Health, December 14, 2021. |
| August 2021 | "What Nineteenth Century Hospital Designers Knew about Minimizing Airborne Transmission and Why It's Been Forgotten," Cecil Striker Society for the History of Medicine Webinar Lecture, University of Cincinnati (by zoom), August 26, 2021. |
| April 2022 | "Open and Shut: A Brief History of the Changing Expectations of the Hospital Window," Centro Interuniversitário de História das Ciências e da Technologia (CIUHCT), Lisbon, Portugal, web conference, April 22, 2022. |
| March 2020 | "Open and Shut: A Brief History of Hospital Windows and Shifting Perceptions of Institutional Efficiency," George Washington Corner Society Lecture, Rochester Academy of Medicine, NY, March 11, 2020. |
| January 2020 | Commentary at "Feeling Dis/Ease—New Perspectives on Contemporary History, Max Planck Institute for Human Development, Berlin, January 29-31, 2020. |
| April 2019 | "The Changing Design of the Minimum Effective Hospital (And Its Consequence) 1900-1950," American Association of Historians of Medicine, Columbus April 25-28, 2019. |
| May 2017 | Poster Presentation "The Long History of Evidence-Based Design," American Association of Historians of Medicine, Nashville, May 4-7, 2017. |
| May 2013 | "How Group Practice Influenced Early Twentieth-Century American Hospital Design," American Association of Historians of Medicine, Atlanta, May 16-19, 2013 |
| March 2007 | "Breathing Room." Paper read at 'Geometrical Objects,' Oxford University, March 18-20, 2007. Oxford. |
| April 2005 | "Breathing Room: Measuring the Immaterial Requirements of Architecture" Society of Architectural Historians, Vancouver, B.C., Canada |
| 28 Oct 2004 | "From Chasing Air to Corralling Germs: Architectural Strategies of Disease Prevention in the New York Hospital to the 1930s" Invited Lecturer, Heberden Society, New York Hospital, New York, NY |
| June 2003 | Poster Presentation "How to Get Light and Air" International Network of Hospital Historians, Montreal, QC, Canada |
| April 2003 | "The Body as Source of Utilitarian Dimensions or as Source of Putrid Effluvia: Changing Expectations of Hospital Ward Design." Society of Architectural Historians, Denver, CO |
| April 2002 | "Making the Hospital Urban: Choosing a Site for the New York Hospital, 1850-1932" Society of Architectural Historians, Richmond, VA |
| Sept 2001 | "Walls of Light and Air: Ventilation, Health, and Nineteenth-Century Hospital Architecture" Invited Lecturer, Dept. of Science, Technology, and Society, Pennsylvania State University, State College, PA |

Exhibit 1
Page 25

| April 2001 | "Redefining Isolation: Hospital Diseases, Hospital Architecture, and the New York Hospital" American Association for the History of Medicine, Charleston, SC |
| --- | --- |
| Nov. 2000 | "Redefining Function: From Hygienic to Efficient Hospital Form" Department of Science and Technology Studies, SSRG Graduate Research Group; Cornell University, Ithaca, NY |
| April 1998 | "Apportioning the Hospital: Changing Categorization in Nineteenth-Century Hospital Design" American Association for the History of Medicine, Toronto, ON, Canada |
| April 1996 | "The Architecture of Medicine: Hospitals in Nineteenth-Century Philadelphia" Society of Architectural Historians, St. Louis MO |

**FELLOWSHIPS/AWARDS**

| 1998-1999 | Robert D. Macdougall Memorial Fellowship, Cornell University |
| --- | --- |
| 1996-1997 | Graduate Fellowship, Cornell University |
| 1993-1994 | Sage Graduate Fellowship, Cornell University |
| 1990-1992 | Graduate Fellowship, Princeton University |
| 1984-1988 | Chancellor's Scholarship, Washington University |
| 1984-1988 | Quaker State Scholarship |
| 1984 | High School Valedictorian |

Exhibit 1
Page 26