1  ROB BONTA
   Attorney General of California
2  MATTHEW WISE
   MARK R. BECKINGTON
3  Supervising Deputy Attorneys General
   TODD GRABARSKY
4  JANE REILLEY
   LISA PLANK
5  ROBERT L. MEYERHOFF
   Deputy Attorneys General
6  State Bar No. 298196
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
8    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
9  *Attorneys for Rob Bonta, in his Official Capacity as*
   *Attorney General of the State of California*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13
   **RENO MAY, an individual, et al.,**          Case Nos. 8:23-cv-01696 CJC (ADSx)
14                                                          8:23-cv-01798 CJC (ADSx)
                              Plaintiffs,
15                                               **DECLARATION OF ZACHARY**
          v.                                     **SCHRAG IN SUPPORT OF**
16                                               **DEFENDANT'S OPPOSITION TO**
   **ROBERT BONTA, in his official**             **PLAINTIFFS' MOTIONS FOR**
17 **capacity as Attorney General of the**       **PRELIMINARY INJUNCTION**
   **State of California, and Does 1-10,**
18                                               Date:        December 20, 2023
                              Defendants.        Time:        1:30 p.m.
19                                               Courtroom:   9B
                                                 Judge:       Hon. Cormac J. Carney
20

21
   **MARCO ANTONIO CARRALERO, an**
22 **individual, et al.,**

23                            Plaintiffs,

24        v.

25 **ROBERT BONTA, in his official**
   **capacity as Attorney General of**
26 **California,**

27                            Defendant.

28

                                        1
                                                      Declaration of Zachary Schrag
                                              (Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

**DECLARATION OF ZACHARY SCHRAG**

Pursuant to 28 U.S.C. § 1746, I, Zachary Schrag, declare under penalty of perjury that the following is true and correct:

1.     I am a professor of history at George Mason University. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to those facts.

2.     I have been retained by the California Department of Justice to render expert opinions in this case. I am being compensated for my work on this declaration at a rate of $75 per hour. My compensation is not contingent on the results of my analysis or the substance of any testimony.

**Background and Qualifications**

3.     In 2002 I earned my PhD in history at Columbia University. Since then I have been employed full-time as a history professor. In 2004 I joined the history faculty at George Mason University, where I now serve as a professor of history. A true and correct copy of my curriculum vitae is attached as **Exhibit 1** to this declaration.

4.     I am the author of three books on the history of the United States: *The Great Society Subway: A History of the Washington Metro* (The Johns Hopkins University Press, 2006), *Ethical Imperialism: Institutional Review Boards and the Social Sciences, 1965-2009* (The Johns Hopkins University Press, 2010), and *The Fires of Philadelphia: Citizen-Soldiers, Nativists, and the 1844 Riots over the Soul of a Nation* (Pegasus Books, 2021), as well as multiple journal articles, book chapters, essays, and other publications on history.

5.     I am also the author of *The Princeton Guide to Historical Research* (Princeton University Press, 2021), a peer-reviewed work that explains the methods used by historians to understand the past. To write that book, I examined other historians' practices, as well as drawing on my decades of experience conducting

my own research, teaching undergraduate and graduate courses on research methods, and supervising doctoral dissertations.

### The Historian's Role

6.      In his majority opinion in *New York State Rifle & Pistol Association, Inc. v. Bruen*,[1] Justice Thomas declares that in order to justify a firearms regulation, "the government must demonstrate that the regulation is consistent with this Nation's historical tradition of firearm regulation. Only if a firearm regulation is consistent with this Nation's historical tradition may a court conclude that the individual's conduct falls outside the Second Amendment's 'unqualified command.'"[2] In his dissent, Justice Breyer asks how this is to be determined. While judges are experienced in weighing a laws objectives against its methods, he argues, they are "far less accustomed to resolving difficult historical questions. Courts are, after all, staffed by lawyers, not historians." "I am not a historian," he continues, "and neither is the Court."

7.      Conversely, I am neither a lawyer nor a judge, but I am a historian. As one who has taught and written about the process of historical research, I have been asked by the California Department of Justice to explain the work required to answer the difficult historical questions to which Justice Breyer alludes. It is not my purpose in this declaration to determine the "Nation's historical tradition" of firearms regulation or even to scope out in detail the tasks that might be required to fairly describe that tradition. Rather, I seek to explain in general the process of historical research, and the reasons that it is unpredictable, labor-intensive, and time-consuming.

### Questions

8.      The *Bruen* opinion presents us with a general topic: the "Nation's historical tradition" of firearms regulation, including "historical analogies."

---

[1] 597 U.S. ___, 142 S. Ct. 2111, 2126 (2022).
[2] *Bruen*, 142 S. Ct. at 2177 (Breyer, J., dissenting).

Translating such a *topic* into a research *question* is the historian's most consequential task, and one of the most difficult.

9.     A first task is to determine the geographical scope of a historical question. Historians work at every level, telling some stories of individual buildings and others of planetary change. *Bruen*'s reference to the "Nation's historical tradition" suggest an emphasis on the history of the United States. But *Heller*'s references to English history led many to think that the court was interested in that subject as well, leading to the participation of historians of Britain in an amicus brief by professors of history and law.[3] Similarly, any plan for historical research in response to post-*Bruen* litigation will need to determine the relevance of events outside of North America. Even within one continent, historians must make choices about geographical scope, for firearms have been at times regulated by local, colonial, state, federal, and Tribal bodies, and they have been controlled by non-state actors as well.

10.     A second major task is to determine the chronological scope of an investigation. We can see hints of a periodization debate in Justice Barrett's concurrence to *Bruen*, in which she notes that "the Court avoids another 'ongoing scholarly debate on whether courts should primarily rely on the prevailing understanding of an individual right when the Fourteenth Amendment was ratified in 1868' or when the Bill of Rights was ratified in 1791."[4] As part of any historical investigation of California's current laws, historians and lawyers would need to decide what periods of history they would like to explore.

11.     The third and most important scoping choice concerns people. For centuries, most historical research posed questions about powerful men with official positions: monarchs, generals, and cabinet ministers. But generations of historians have worked to expand our understanding of the past by including other groups:

---

[3] Brief for Professors of History and Law as Amici Curiae in Support of Respondents, *Bruen*, 141 S. Ct. 2111 (No. 20-843).
[4] *Bruen*, 141 S. Ct. at 2163 (Barrett, J., concurring).

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

artists and intellectuals, business leaders and engineers, women, workers, members of minority groups, and so forth. Conceivably, a history of firearms regulation could embrace not only the stories of legislators and jurists, but also firearms manufacturers, users, victims, advocates, and opponents.

### Sources

12.     Once historians have defined the questions they wish to answer, they must identify the sources they will use to do so.

13.     The first step is to read existing scholarship, also known as secondary sources. Historians use a range of tools to determine what others have written. Bibliographic databases, published book reviews, and databases with the full text of journal articles are good places to start. Historians will often seek help at this stage from other scholars, including librarians. They will also read the footnotes of any scholarship they consult, leading to a lengthening chain of citation.[5] Existing scholarship will answer many questions, refine others, and pose new ones. In order to expand our understanding of the past, historians go beyond that scholarship and explore primary sources: documents or other material created by participants in or witnesses to the events one wishes to study.

14.     Legal historians and courts are appropriately interested in statutory and case law. An act of legislation or a court order records a decision, but not necessarily the reasoning behind that decision. To be sure, legislative debates, accompanying reports, and court opinions sometimes help us understand the reason for a decision, but we often must look to unofficial sources as well. For example, to understand how New York and Massachusetts developed their immigration policy in the 1850s (then mostly a state, rather than federal, responsibility), Hidetaka Hirota considers not only the actions of courts and legislatures, but also the actions of immigration officials, shipmasters, immigration officials, guardians of the poor,

---

[5] Alexandra Chassanoff, "Historians and the Use of Primary Source Materials in the Digital Age," *American Archivist* 76 (September 2013): 460.

foreign consuls and immigrants themselves. To do so, he consulted many published statutes and court opinions from various years and states, which he then contextualized using official reports, newspapers, and some archival papers, such as the records of the mayor of New York City.[6] All of this helps us understand why the legislatures passed the statutes they did.

15.    Even then, we must do more to understand the effect of those statutes on the lives of Americans, and their enforcement not only by agents of the state but also by community norms. Historians have demonstrated that both state and federal governments have relied on voluntary compliance or coercion, and the aid of non-state actors, to achieve their ends. To understand how, for example, conscription functioned in the world wars, we must look beyond the statute books and published regulations to newspapers, journals, institutional histories, soldiers' letters, and even the lyrics of popular songs.[7] In my own work, I cite two examples of firearms regulation that took place not in the statehouse, but on the street. On May 7, 1844, the day after a lethal riot, the mayor of Philadelphia noticed a man at a rally sitting on a double-barreled gun and ordered a police officer to confiscate it, though it was later returned. Two months later, the sheriff of Philadelphia County led a search of a Catholic church, during which he confiscated a great many more arms of various types.[8] These events eventually featured in criminal cases that were reported in newspapers, months after the confiscations, suggesting the need to look beyond the statutes to understand how Americans understood state police power.[9]

---

[6] Hidetaka Hirota, *Expelling the Poor: Atlantic Seaboard States and the Nineteenth-Century Origins of American Immigration Policy* (Oxford University Press, 2017), chapter 3.

[7] Christopher Capozzola, *Uncle Sam Wants You: World War I and the Making of the Modern American Citizen*, 1 edition (New York; Oxford: Oxford University Press, 2010), chapter 4; James T. Sparrow, *Warfare State: World War II Americans and the Age of Big Government* (New York: Oxford University Press, 2011), chapter 6.

[8] Zachary M. Schrag, *The Fires of Philadelphia: Citizen-Soldiers, Nativists, and the 1844 Riots over the Soul of a Nation* (New York: Pegasus, 2021), 114, 207.

[9] Alexander Elkins, "'At Once Judge, Jury, and Executioner': Rioting and Policing in Philadelphia, 1838-1964," *Bulletin of the German Historical Institute* 54

(continued…)

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

16.     The digitization of primary sources has sped up research a good deal, but the process is still time-consuming. To explore nineteenth-century newspapers from a single state, one may need to consult multiple commercial databases, each of which offers different holdings, and requires different query formats for a search. For example, to study antebellum Pennsylvania, I consulted digitized Pennsylvania newspapers in at least seven databases.[10] For each, one may need to enter multiple, related terms. For instance, a search for "shotguns" in one decade might not turn up any, if people of that period referred to such weapons as "fowling pieces." Having found that term in one database, one might return to search for it in all the others.

17.     These digital databases rely on computerized, optical character recognition, usually performed not on original print copies but rather on often blotchy microfilm. Because of the small typefaces and cramped layouts of eighteenth- and nineteenth-century texts, this is a highly unreliable process; a historian searching for a particular keyword may get fewer than half of the relevant results. As Tim Hitchcock has written of one digitized collection of eighteenth-century newspapers, "52 per cent of the Burney Collection and a similar proportion of other resources are entirely unfindable, and as importantly it will always be the same 52 per cent, determined by typeface, layout, bleed through and a host of other factors no one has thoroughly investigated. If you want to use these materials to trace tabular data, or advertisements that include graphical elements, or any text normally represented in italics, you are largely out of luck." A historian must spend time comparing results to page images in order to understand what results are and are not showing up, and to devise search strategies to compensate.

(Spring 2014): 67–90; Gary Gerstle, *Liberty and Coercion: The Paradox of American Government from the Founding to the Present* (Princeton University Press, 2017), chapter 2.

[10] This includes America's Historical Newspapers, Chronicling America, GenealogyBank.com, Newspapers.com, Nineteenth Century U.S. Newspapers, Pennsylvania Historic Newspapers, and the Villanova Digital Library. Additional titles do not existing in digital form, so I consulted them on microfilm or in the original print. And titles from other states and countries required additional database searches.

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

18.     In *The Princeton Guide to Historical Research*, I take two chapters, totaling fifty pages, to simply list the many types of sources commonly used by historians, so I will not try to repeat that here. Briefly put, historians rely primarily on textual sources, which may exist as books, serials, government documents, unpublished manuscripts, or other formats. In addition, they sweep in non-textual sources, such as quantitative data, maps, photographs, images, and physical artifacts. These non-textual sources could be of interest in exploring the differences among various kinds of urban spaces or the physical attributes of firearms and the wounds they inflict, both of which may be significant to firearms regulation.

19.     Because the sources a historian consults depends on the questions they seek to answer, I cannot say in advance what kinds of sources a government might explore to determine whether its laws conform to "this Nation's historical tradition." What I can say is that choosing those sources will be a weighty and time-consuming task.

**Access**

20.     Having identified the kinds of sources they are seeking, historians must figure out how to access them. The electronic databases developed in the past quarter century are amazing but also seductively easy. In recent years, journalists have made embarrassing missteps by failing to consider the ways that a simple text search can yield profoundly misleading results, if one fails to consider the ways that terminology shifts over time.[11] Moreover, one may need to run the same search in multiple databases. For example, no single database sweeps in all of the nineteenth-century US newspapers that have been digitized. To thoroughly understand an event or debate, one might need to search multiple newspaper databases, along with digitized books, laws, and other documents.

---

[11] Karin Wulf, "What Naomi Wolf and Cokie Roberts Teach Us about the Need for Historians," *Washington Post*, June 11, 2019; Lauren MacIvor Thompson, "Women Have Always Had Abortions," *New York Times*, December 13, 2019.

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

21.    And digitized sources represent only a small fraction of the available evidence. While digitization projects, such as Google Books and HathiTrust, have made it easier than ever to access texts published before 1923, they do not cover all publications, and they typically offer only glimpses of works that may still be protected by copyright. And they do not sweep in the bulk of non-textual sources, such as maps, artworks, and photographs, though other databases may reproduce these.

22.    The most time-consuming form of historical research is archival research, which refers to the examination of original documents preserved by specialized institutions. As noted above, Hirota explored city, state, and federal archives (as well as some in the United Kingdom) to document official actions and deliberations not recorded in published sources. Other historians use official archives to demonstrate how a law operated in practice. To show how white assailants of Black victims "could act beyond the law," Adam Malka cites a pardon record in the Maryland State Archives.[12] On a larger scale, our current understanding of Reconstruction depends in part on the letters to Southern governors that Eric Foner first read in the 1970s. As he has explained, those letters had been stuffed in boxes for a century, and many of them were "total junk." But scattered among the total junk were accounts of the actual operations of Reconstruction governments.[13]

23.    Unpublished unofficial sources also show us how previous generations of Americans, including those without official positions, understood the rules— official or not—that governed their lives. For example, Rosemarie Zagarri combines both unpublished and published personal letters to understand women's

_____

[12] Adam Malka, *The Men of Mobtown: Policing Baltimore in the Age of Slavery and Emancipation*, Illustrated edition (University of North Carolina Press, 2018), 170.
[13] Eric Foner, "Black History and the Reconstruction Era," *Souls* 8 (2006): 198.

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

roles in the politics of the early republic.[14] Lisa Tolbert relies on letters and

diaries—as well as the testimony given in a murder trial—to understand how white

women, white men, and enslaved Black men navigated similar urban spaces very

differently, and gives us a far more complete understanding than would print

sources created by and for white men alone.[15] My own understanding of the

antebellum militia benefited greatly from reading the unpublished diary of Colonel

Augustus Pleasonton, preserved by the Historical Society of Pennsylvania.

Elizabeth Kelly Gray recently described how she and her students are transcribing

*Memoirs of a Thief*, a manuscript written about 1800, which could give new insight

to the working of criminal justice in the years after the passage of the Bill of

Rights.[16]

    24.    Just locating archival sources is a task in itself, for archival sources

often reside in unexpected places. For example, one might expect the work of a

federal body to be preserved in the U.S. National Archives, an institution

specifically created to preserve materials created by the federal government. In fact,

as the Archives explains, it only preserves between 1 and 3 percent of those

materials, so historians must often look elsewhere to trace even a federal story.[17] To

understand the work of the National Commission for the Protection of Human

Subjects of Biomedical and Behavioral Research, for example, I had to spend long

hours at the Bioethics Research Library at Georgetown University, which preserves

materials prepared for the commission's meetings. I also traveled to the Graduate

Theological Union in California to review additional materials deposited their by

---

[14] Rosemarie Zagarri, *Revolutionary Backlash: Women and Politics in the Early American Republic* (University of Pennsylvania Press, 2011).
[15] Lisa C. Tolbert, *Constructing Townscapes: Space and Society in Antebellum Tennessee* (Chapel Hill: The University of North Carolina Press, 1999), chapters 4-6.
[16] "Lesson Plan: Primary Documents as Material Culture: Encouraging Students to See a Source from All Sides," *The Panorama* (blog), August 17, 2022, http://thepanorama.shear.org/2022/08/17/lesson-plan-primary-documents-as-material-culture-encouraging-students-to-see-a-source-from-all-sides/.
[17] "What Is the National Archives and Records Administration?," National Archives, August 15, 2016, https://www.archives.gov/about.

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

1    one of the commission members. In both cases, private institutions are preserving

2    public records. While this example concerns a federal body, I have faced the same

3    challenges at the state and local level.

4        25.    As the above example suggests, relevant materials on a single topic

5    may be scattered from coast to coast. Thanks to the work of countless archivists and

6    networks, such as OCLC, Inc., identifying relevant collections may now be easier

7    than ever before, though finding the right search terms remains an iterative process.

8    But accessing archival materials is not simple. These materials do not circulate, so a

9    researcher must travel to the archive, or hire a local assistant. Many reading rooms

10   are open for limited hours. The Library of Virginia, for example, which holds the

11   official records of the Commonwealth, has an Archives Research Room that is open

12   only twenty-six hours most weeks.[18]

13       26.    Most significantly, archival research often resembles panning for

14   gold—seeking the glint of treasure amid much larger volumes of worthless dirt. A

15   box of documents may have a single page of relevant material, or none at all, or

16   duplicates of material one has already seen, which can be even worse than finding

17   nothing since they consume the time needed to check that they are, in fact,

18   duplicates. Handwriting may be hard to decipher. Bound volumes may be missing

19   pages, or runs of serials may be missing issues. Historians try to work around such

20   gaps by finding comparable information elsewhere, but this takes additional time.

21       27.    In some cases, historians make copies of the materials they find—

22   downloading electronic versions, or scanning or photographing printed materials.

23   For collaborative work, citation-management systems such as Zotero can help

24   groups share resources. But this is still preliminary to the more important work of

25   reading and analyzing the material they have gathered.

26

27

28   _____

[18] "Library of Virginia Visitors Guide," accessed August 3, 2022,
https://www.lva.virginia.gov/about/visit.asp.

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

## Findings

28.     Having gained access to the sources one will consult, the next step is to read them (or, in the case of non-textual sources, to view, listen to, or otherwise extract information from them). And while historians are experimenting with computer-aided methods of analysis, to a large extent they still rely on the time-consuming work of thorough reading.[19]

29.     A major challenge in this process is to identify patterns that emerge from the evidence, and to devise interpretations that best fit the available facts. Historians seek to understand complexity, considering both the major trends of a period and important exceptions. We know, for instance, that in the eighteenth and nineteenth centuries, the vast majority of long-term romantic relationships that received community approval involved heterosexual, cisgender couples. But historians have also documented exceptions involving people who today would likely be understood as queer or transgender.[20] Good history requires the ability to acknowledge such anomalies as anomalies while still appreciating their significance to our understanding of the past.

30.     Another key task is to read evidence critically, rather than taking sources at face value. Historians understand that people create sources with an agenda, whether they are trying to win votes, sell a product or service, persuade loved ones to act in a certain way, gather information, or craft an artistic rendering of the world around them. To divine such agendas, historians consider the intended audience, and the explicit or implicit messages a source conveys. They consider a source's credibility, its stylistic nuances, and the context in which it was created.

---

[19] Mats Fridlund, Mila Oiva, and Petri Paju, eds., *Digital Histories: Emergent Approaches within the New Digital History* (Helsinki University Press, 2020); Robert A. Caro, *Working* (Knopf Doubleday Publishing Group, 2019), 11.

[20] Rachel Hope Cleves, *Charity and Sylvia: A Same-Sex Marriage in Early America* (New York: Oxford University Press, 2014); Jen Manion, *Female Husbands: A Trans History* (New York: Cambridge University Press, 2020).

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

1   And they compare sources to one another, especially looking for evidence of

2   change or continuity over time.

3      31.   Historians take pride in their role as storytellers, and they will aim to

4   choose vivid examples, striking quotations, and perhaps even intriguing characters

5   to craft narratives that answer the questions they have posed. And they will offer

6   interpretive thesis statements, explaining why one interpretation of events helps us

7   understand the evidence better than alternatives. The best history writing marries

8   storytelling and analysis, making the two complementary.

9      32.   All of this takes time, and collaborative work only adds to the burden,

10  since it requires the coordination of efforts, the sharing of drafts, and eventually the

11  compilation of multiple documents into a single, coherent format. Since an

12  investigation of the relevant historical traditions of firearms regulation will likely

13  require collaboration of multiple scholars with distinct approaches and expertise,

14  we can expect any report to go through multiple iterations before it is ready to be

15  shared with a court.

16                              **Timing**

17     33.   As Justice Breyer's dissent in *Bruen* notes, historians have worked

18  hard to provide amicus briefs for cases headed to the Supreme Court, but the *Bruen*

19  majority imposes novel tasks on lower courts and litigants and, by extension, the

20  historians who might assist them.

21     34.   To answer the questions raised by the *Bruen* majority will require

22  attention to a wider range of sources than those typically found in legal databases.

23  Again, a historian would start with the existing scholarship, to learn what other

24  historians have already found about a given topic and what sources they used to

25  develop those findings. To build on that work, they would dive into primary

26  sources, including print and digital sources, and perhaps archival manuscript

27  sources as well. And the entire process is iterative. Just as a footnote in a scholarly

28  source can lead one to a primary source, so might reading a primary source spark

questions—Who is this person? What is the event being referred to here?—that are best answered by a return to published scholarship.

35.     I estimate that I write roughly 100 - 125 words of finished product per hour of research and writing, so that each thousand words of finished research (not including footnotes) would require between eight and ten hours. Thus, a 7,500-word essay (comparable to an amicus brief) might be expected to take about 75 hours to write, possibly parceled out among a team of historians. That estimate (which does not include preliminary work to identify source materials), is complicated by the possible need to conduct a different kind of historical research to meet the new approach suggested by the *Bruen* majority, which could require more primary-source research than is typical in party and amicus briefs, and which generally takes longer to complete than research using secondary sources.

36.     On top of this, most historians with PhDs work as professors, whose schedules are determined by their teaching duties.[21] The best time for them to be able to contribute their expertise would be between semesters: December, January, and the summer months. A deadline in the middle of a fall or spring semester risks depriving the court of their most comprehensive work.

**Conclusion**

37.     History is for everyone. Asking what choices in the past led to our present circumstances is a basic human characteristic, and we all share stories of ourselves, our families, our communities, and our countries. At the same time, the most reliable histories require methodical investigation of the sort taught most frequently in graduate programs in history. Historians must craft worthy research questions that they will refine as they proceed, assess existing scholarship on a subject, identify and access primary sources that can help answer their questions, read those sources with care and curiosity, and report their findings in clear prose.

---

[21] Emily Swafford and Dylan Ruediger, "Every Historian Counts," *Perspectives on History*, September 2019.

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

1  Each step takes patience, deliberation, and a willingness to go down paths that may

2  turn out to be dead ends. To do their best work, historians cannot be rushed.

3      I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5      Executed on October 31, 2023, at Arlington, Virginia.

_____
Zachary M. Schrag

October 31, 2023

Declaration of Zachary Schrag
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

# Exhibit 1

Exhibit 1
Page 16

**ZACHARY M. SCHRAG**

Professor of History • George Mason University
MSN 3G1, 4400 University Drive, Fairfax, VA 22030
703/594-1844 • zschrag@gmu.edu
@zacharyschrag.bsky.social
ORCID: 0000-0003-1420-551X
zacharyschrag.com • historyprofessor.org

## Education

Columbia University. Ph.D. (History), 2002. M. Phil., 1999. M.A., 1997.

Harvard University. A.B. *magna cum laude* (Social Studies), 1992.

## Employment

George Mason University. Department of History and Art History.
Professor, 2012 to present.
Associate Professor, 2009-2012. Assistant Professor, 2004-2009.

Columbia University. Department of History.
Assistant Professor (term appointment). 2003-2004.

Baruch College, City University of New York. Department of History.
Substitute Assistant Professor. 2002-2003.

## Books

2021    *The Princeton Guide to Historical Research*.
Princeton: Princeton University Press.

• American Historical Association. James Harvey Robinson Prize.

2021    *The Fires of Philadelphia: Citizen-Soldiers, Nativists, and the 1844 Riots Over the Soul of a Nation*. New York: Pegasus Books.

2010    *Ethical Imperialism: Institutional Review Boards and the Social Sciences, 1965-2009*.
Baltimore: Johns Hopkins University Press.

• Korean translation by Panmun Co. Ltd, 2014.

• Chinese translation by Wu-Nan Book Inc., 2016.

• Paperback edition, Johns Hopkins University Press, 2017.

2006    *The Great Society Subway: A History of the Washington Metro*.
Baltimore: Johns Hopkins University Press.

• Paperback edition, with new preface, Johns Hopkins University Press, 2014.

## Refereed Journal Articles

2021    Scott W. Berg and Zachary M. Schrag, "It Takes Two: Combining English and History to Team Teach Narrative Writing," *Journal of American History* 107, no. 4 (March 2021): 968–73.

2020    "Interviewing Everyman: William Sheridan Allen, Theodore Rosengarten, and the Allure of Pseudonymous History," *Rethinking History* 24 (2020): 69–93.

Exhibit 1
Page 17

2009    "How Talking Became Human Subjects Research: The Federal Regulation of the Social
        Sciences, 1965-1991." *Journal of Policy History* 21 (Winter 2009): 3-37. [Material later
        incorporated into *Ethical Imperialism*.]

        • Journal of Policy History. Ellis Hawley Prize.

2000    "'The Bus is Young and Honest': Transportation Politics, Technical Choice, and the
        Motorization of Manhattan Surface Transit, 1919-1936," *Technology and Culture* 41
        (January 2000): 51-79.

**Invited Journal Articles and Book Chapters**

2022    "'Things That Should Look Permanent Forever': The Challenges of Preserving the
        Washington Metro." *APT Bulletin: The Journal of Preservation Technology* 53, no. 1
        (2022), 21-29.

2019    "Vexed Again: Social Scientists and the Revision of the Common Rule, 2011-2018."
        *Journal of Law, Medicine & Ethics* 47 (2019): 254-263.

2016    "Ethical Pluralism: Scholarly Societies and the Regulation of Research Ethics," in *The
        Ethics Rupture: Exploring Alternatives to Formal Research-Ethics Review*, edited by Will
        C. van den Hoonaard and Ann Hamilton. Toronto: University of Toronto Press, 2016.

2014    "What Is This Thing Called Research?" in *Human Subjects Research Regulation:
        Perspectives on the Future*, edited by I. Glenn Cohen and Holly Fernandez Lynch.
        Cambridge: MIT Press, 2014.

2013    "'Rather Strong Advisory': William Walton's Commission and the Challenge of the FBI
        Building," in *Civic Art: A Centennial History of the U.S. Commission of Fine Arts*, edited
        by Thomas Luebke. University of Massachusetts Press, 2013.

2012    "Transportation and the Uniting of the Nation," in *To Promote the National Welfare: The
        Case for Big Government*, edited by Steve Conn. New York: Oxford University Press,
        2012.

2011    "The Case Against Ethics Review in the Social Sciences." *Research Ethics* 7 (2011):
        120–131.

2009    "The Making of an Auto-Dependent Edge City: The Case of Fairfax County, Virginia," in
        *Redefining Suburban Studies: Searching for New Paradigms*, edited by Daniel Rubey.
        Hempstead, New York: Center for Suburban Studies at Hofstra University, 2009.
        [Adapted from *The Great Society Subway*, chapter 9.]

2004    "The Freeway Fight in Washington, D.C.: The Three Sisters Bridge in Three
        Administrations," *Journal of Urban History* 30 (July 2004): 648-673. [Material later
        incorporated into *The Great Society Subway*, chapter 5.]

2001    "Mapping Metro, 1955-1968: Urban, Suburban, and Metropolitan Alternatives,"
        *Washington History* 13 (Spring/Summer 2001): 4-23, 90-92. [Material later incorporated
        into *The Great Society Subway*.]

**Reports, Essays, and Journalism**

2021    "Martyrs to the Nation," *Slate Magazine*, September 1, 2021.

        "Autobiography with Scholarly Trimmings," *Perspectives Daily* (blog), July 13, 2021.

        "When Philadelphia Became a Battlefield, Its Surgeons Bore Witness," *Nursing Clio*
        (blog), June 22, 2021, nursingclio.org

Exhibit 1
Page 18

"In 1844, Nativist Protestants Burned Churches in the Name of Religious Liberty,"
*History News Network*, May 30, 2021, hnn.us

"Tucker Carlson's Cries about Immigrants Have a Disturbing 19th-Century Parallel,"
*Washington Post: Made by History* (blog), May 17, 2021.

"5 Paragraphs in Defense of 5 Paragraphs," *Inside Higher Ed*, April 28, 2021.

2018   "Lewis Levin Wasn't Nice," *Tablet Magazine*, October 22, 2018.

"Subway Stories: DC Metro and the Problem of Maintenance," *AHA Today*, January 4,
2018.

2016   "How Congress Undercut Its Own City's Subway System," *POLITICO Magazine*, March
16, 2016.

2015   "Will the Federal Government Finally Deregulate Oral History?," *American Historian*,
November 2015, 20-22.

2014   "You Can't Ask That." *Washington Monthly*, September/October 2014.

2012   "Regulation of Research on Human Subjects: Academic Freedom and the Institutional
Review Board." Report of a subcommittee of the American Association of University
Professors Committee A on Academic Freedom and Tenure. With Judith Jarvis
Thomson, Catherine Elgin, David A. Hyman, Jonathan Knight, and B. Robert Kreiser.
Published, September 2012. Final version, March 2013.

2012   "The Ethical Imperialism of Moral Science," *Bioethics Forum*, January 4, 2012.

2011   "Virginia's History Textbooks Still Aren't Accurate—The Publishers Need to Get
Historians Involved," *History News Network*, October 3, 2011.

"Obama's Impossible Request," *Bioethics Forum*, January 19, 2011.

2010   "Milestone: Peter S. Craig," *Washington History* 22 (2010): 97-98.

"Belmont's Ethical Malpractice," *Bioethics Forum*, November 30, 2010.

2009    "UIC IRB Asserts Power Over Oral History," *Illinois Academe*, Spring 2009.

2007   "Thinking Big: Lessons from the Washington Metro," *TR News* 249 (March-April 2007):
18-20.

"Ethical Training for Oral Historians," *Perspectives: Newsletter of the American Historical
Association*, March 2007.

2006   "How Metro Shapes D.C.," *Washington Post*, May 7, 2006.

**Awards and Grants**

2022   American Historical Association. James Harvey Robinson Prize.

2022   George Mason University. Rick Holt Active Transportation Advocate Award.

2010   *Journal of Policy History*. Ellis Hawley Prize.

2009   Library of Congress. Kluge Fellowship.

2008   George Mason University. Mathy Junior Faculty Award.

2003   Society for American City and Regional Planning History. John Reps Prize.

Exhibit 1
Page 19

2001    National Science Foundation, Program in Science and Technology Studies. Dissertation Grant.

Gerald R. Ford Foundation. Travel Grant to Gerald R. Ford Library.

2000    Columbia University. Public Policy Fellowship.

1997    Columbia University. President's Fellowship.

1996    Columbia University. Richard Hofstadter Fellowship.

**Editorial Positions**

2013    *Journal of Empirical Research on Human Research Ethics*. Appointed to advisory board, July 2013

2011    *Journal of Policy History.* Guest editor of volume 23, issue 1 (January 2011). Special issue on human subjects regulations in several countries.

2009    Historical Society of Washington, D.C.
Editor, *Washington History,* volumes 21 and 22 (2009 and 2010). Editorial board member, 2005-2014.

2008    *Journal of Urban History.* Editorial board member. 2008-2013.

**New Media**

2011    HistoryProfessor.Org: Zachary Schrag's Guidelines for History Students.

2006    Institutional Review Blog, http://institutionalreviewblog.com/. Active 2006-2017.

2005    The Mason Historiographiki, http://chnm.gmu.edu/courses/schrag/wiki/. Active 2005-2022.

2001    "Building the Washington Metro: An Online Exhibit." Center for History & New Media, George Mason University, http://chnm.gmu.edu/metro.

**Reference Entries**

2014    "Subways." *Oxford Encyclopedia of the History of Science, Medicine, and Technology in America*, edited by Hugh Richard Slotten. New York: Oxford University Press, 2014.

2013    "Nativist Riots of 1844," Encyclopedia of Greater Philadelphia, http://philadelphiaencyclopedia.org/archive/nativist-riots-of-1844/.

2008    "Designing the Washington Metro," in *Architecture: Celebrating the Past, Designing for the Future*, edited by Nancy B. Solomon. New York: Visual Reference, 2008.

2002    "Washington, D.C.," in *Dictionary of American History,* 3rd edition, edited by Stanley I. Kutler. New York: Charles Scribner's Sons Reference Books, 2002.

"Urban Mass Transit in the U.S.," in *EH.Net Encyclopedia,* edited by Robert Whaples, http://www.eh.net/encyclopedia/contents/schrag.mass.transit.us.php.

"Harry Weese," in *The Scribner Encyclopedia of American Lives,* vol. 5, edited by Kenneth T. Jackson. New York: Charles Scribner's Sons Reference Books, 2002.

2001    "Metrorail System (Metro)," in *Capital IA: Industrial Archeology of Washington, D.C.,* edited by Sara Amy Leach. Washington: Society for Industrial Archeology, Montgomery C. Meigs Original Chapter, 2001.

Exhibit 1
Page 20

1999   "Stephen D. Bechtel," in *The Scribner Encyclopedia of American Lives,* vol. 2, edited by Kenneth T. Jackson. New York: Charles Scribner's Sons Reference Books, 1999.

**Reviews**

2020   "Outsourcing Ethics," review of *Regulating Human Research: IRBs from Peer Review to Compliance Bureaucracy* by Sarah Babb. *Academe,* Fall 2020, 55-58.

    *Last Subway: The Long Wait for the Next Train in New York City***,** by Philip Mark Plotch**.** *Transport Reviews* 40 (2020): 810-811.

2018   *Privacy and the Past: Research, Law, Archives, Ethics*, by Susan C. Lawrence. *Journal of the History of Medicine and Allied Sciences* 73 (January 2018): 118-120.

2017   *Balanced Ethics Review: A Guide for Institutional Review Board Members*, by Simon N. Whitney. *Oral History Review* 44 (Summer/Fall 2017): 433-435.

2015   *The Ethics Police?: The Struggle to Make Human Research Safe*, by Robert L. Klitzman. *Society* 52 (2015): 503-506.

2012   *Behind Closed Doors: IRBs and the Making of Ethical Research*, by Laura Stark. *American Journal of Sociology* 118 (September 2012): 494–496.

    *The Seduction of Ethics: Transforming the Social Sciences*, by Will C. van den Hoonaard. *Contemporary Sociology: A Journal of Reviews* 41 (September 2012): 678–679.

2011   *Urban Mass Transit: The Life Story of a Technology*, by Robert C. Post *Transfers: New Mobility Studies* 1 (Spring 2011): 155-157.

2008   *Generation on Fire: Voices of Protest from the 1960s: An Oral History*, by Jeff Kisseloff. *Oral History Review* 35 (Summer-Fall 2008): 229-231.

    *The Pentagon: A History*, by Steve Vogel. *Virginia Magazine of History and Biography* 116 (2008): 205-207.

2007   *Transport of Delight: The Mythical Conception of Rail Transit in Los Angeles*, by Jonathan Richmond. *Journal of Transport History* 28 (September 2007): 328-330.

    *The Merchant of Power: Sam Insull, Thomas Edison, and the Creation of the Modern Metropolis*, by John F. Wasik. *Technology and Culture* 48 (January 2007): 218-219.

2006   *Capital Drawings: Architectural Designs for Washington, D,C,, from the Library of Congress*, by C. Ford Peatross, ed. H-DC, H-Net Reviews, August 2006.

    "America on the Move," permanent exhibit, Smithsonian Institution, National Museum of American History, Behring Center, *CRM: The Journal of Heritage Stewardship* 3 (Winter 2006): 116-117.

2005   *The Electric Vehicle: Technology and Expectations in the Automobile Age*, by Gijs Mom. *Enterprise and Society* 6 (December 2005): 710-712.

    Washington as It Was: Photographs by Theodor Horydczak, 1923–1959 <http://memory,loc,gov/ammem/thchtml/thhome,html>, created and maintained by the Prints and Photographs Division, Library of Congress, Washington, D,C, *Journal of American History* 92 (September 2005): 710-711.

    "The L'Enfant Plan Artistically Considered" (reviews of Iris Miller, *Washington in Maps*, James M. Goode and Laura Burd Schiavo, *Washington Images*, and Joseph R.

Exhibit 1
Page 21

Passonneau, *Washington through Two Centuries*). *Journal of Planning History* 4 (August 2005): 280-285.

*Neon Metropolis: How Las Vegas Started the Twenty-First Century*, by Hal Rothman. *American Studies* 46 (Summer 2005): 208-209.

2004    *From Warfare to Welfare: Defense Intellectuals and Urban Problems in Cold War America*, by Jennifer S. Light. *Technology and Culture* 45 (October 2004): 885-886.

*Places of Their Own: African American Suburbanization in the Twentieth Century*, by Andrew Wiese. *Journal of Economic History* 64 (September 2004): 903-905.

2003    *Tunneling to the Future: The Story of the Great Subway Expansion That Saved New York*, by Peter Derrick. *Urban History* 30 (May 2003): 155-157.

*The Human Tradition in Urban America*, by Roger Biles, ed. H-Urban, H-Net Reviews, May 2003.

*The Notebook of an Amateur Politician: And How He Began the D.C. Subway*, by Gilbert Hahn, Jr. H-DC, H-Net Reviews, February 2003.

*Concrete and Clay: Reworking Nature in New York City*, by Matthew Gandy. *Technology and Culture* 44 (January 2003): 211-12.

2002    *The Bulldozer in the Countryside: Suburban Sprawl and the Rise of American Environmentalism*, by Adam Rome. *Technology and Culture* 43 (October 2002): 802-803.

*Capital Transit: Washington's Street Cars, The Final Era 1933-1962*, by Peter C. Kohler H-DC, H-Net Reviews, June 2002.

*Montgomery C, Meigs and the Building of the Nation's Capital*, by William C. Dickinson, Dean A. Herrin, and Donald R. Kennon, eds. H-DC, H-Net Reviews, April 2002.

2000    *Chicago Transit: An Illustrated History*, by David Young. *Technology and Culture* 41 (July 2000): 638-640.

*The American Cities and Technology Reader: Wilderness to Wired City*, by Gerrylynn K. Roberts, ed. H-Urban, H-Net Reviews, March 2000.

1998    *Subway City: Riding the Trains, Reading New York*, by Michael W. Brooks. H-Urban, H-Net Reviews, January 1998.

**Invited Lectures**

2022    Eastern State Penitentiary, Philadelphia. "Immigration, Violence, and the Search for Justice."

2021    Association for Preservation Technology International, College of Fellows keynote. "'Things That Should Look Permanent Forever': The Challenges of Preserving the Washington Metro." Online.

American Catholic Historical Society, Philadelphia. Annual Fall Lecture. "The Fires of Philadelphia."

George Washington University Museum, D.C. Mondays. "A History of the Washington Metro." Online.

2019    Alexandria Historical Society. "Thinking Big: Lessons from the Washington Metro."

2016    Electric Railroaders Association. "Thinking Big: Lessons from the Washington Metro."

Exhibit 1
Page 22

         Anacostia Community Museum. "The Home Rule Subway."

2014    D.C. Public Library. "Thinking Big: Lessons from the Washington Metro."

         Federal Transit Administration. "Thinking Big: Lessons from the Washington Metro."

2014    University of Utah, Symposium on Field Research and US Institutional Review Board Policy, Keynote address: "'The Freedoms We Are Committed to Protect': Political Science, Academic Freedom, and Institutional Review Boards in Historical Perspective."

2013    Washington Metropolitan Area Transit Authority. "How to Repeat the Past: Learning from Metro's Founding Generations."

         Brigham Young University Department of Anthropology. "Ignorance Is Strength: Pseudo-Expertise and the Regulation of Human Subjects Research."

2012    National Institutes of Health, Inter-Institute Bioethics Interest Group. "Blunder at Belmont: The 1970s Origins of IRB Mission Creep."

         University of Michigan, Center for Bioethics and Social Sciences in Medicine. "Ethical Imperialism."

2011    Virginia Tech Science and Technology in Society (STS), "Outside Authority," graduate student conference. Keynote address: "Ignorance Is Strength: Pseudo-Expertise and the Regulation of Human Subjects Research."

         Northwestern University, Feinberg School of Medicine, Medical Humanities and Bioethics Program. "Blunder at Belmont: The 1970s Origins of IRB Mission Creep."

2010    National Building Museum, Power, Architecture, and Politics: The Design of Washington and the U.S. Commission of Fine Arts Symposium. "'Rather Strong Advisory': The 1960s and the Challenge of the FBI Building."

         George Mason University, Vision Series. "Fire and Be Damned: The Militia in Nineteenth Century Riots."

2009    Library of Congress. Kluge Center. "Militias and Mobs in Antebellum America."

2008    University of Connecticut. Geography Colloquium. "Thinking Big: Lessons from the Washington Metro."

         Virginia Tech Urban Affairs and Planning Program, New Metropolis Lecture Series. "Thinking Big: Lessons from the Washington Metro."

2006    New York Transit Museum. "The Great Society Subway."

         National Building Museum. "Metro's Many Creators."

         Woodrow Wilson International Center for Scholars. "The Great Society Subway."

2005    Chicago Historical Society, Urban History Seminar. "Mr. Weese Goes to Washington: A Chicago Architect Designs the Great Society Subway."

         Catholic University of America, School of Architecture and Planning. "Grid to Diagrid: A Vision for Transforming the Metro in the Virginia Landscape." With John di Domenico and Laura Heim.

2004    University of Virginia. Science, Technology, and Society Colloquium. "Engineering the Great Society: Experts, Citizens, and the Building of the Washington Metro."

2003    University of California Transportation Center, Berkeley. Transportation History Lecture. "Reading Between the Lines: Planning the Washington Metro, 1955-1968."

Exhibit 1
Page 23

2002     National Capital Transportation Agency Reunion, Washington, D.C..
"In Praise of Fanaticism: The Legacy of Darwin Stolzenbach."

Latrobe Chapter, Society of Architectural Historians, Washington, D.C.
"How Metro Got Its Vaults: Federal Modernism, Harry Weese, and Rapid Transit in Washington, D.C."

2001     Historical Society of Washington, D.C.
"Jackson Graham and the Building of the Washington Metro."

**Conference Participation**

2023     Society for the History of Technology, Los Angeles, California. Organized panel: "Is Prometheus OK? Postmodern Infrastructure after 1970." Paper: "Not your Father's Metrorail: The Dulles Corridor Metrorail Project and the Burden of History."

2023     Women's issues in Transportation (WIiT) Witness Seminar. Université Gustave Eiffel/ Université Paris 1/George Mason University. Moderator.

2023     American Historical Association. Philadelphia. Panelist: "Turning the Page: Improving Reading Skills in the History Classroom."

2022     American Historical Association. Online. Panelist and organizer: "Taking Notes and Teaching Note-Taking in the 21st Century."

2019     Society for American City and Regional Planning History, Arlington, Virginia. Chair and comment: "Land Use and the Built Environment."

2018     Reimagining Human Subject Protection for the 21st Century: A Critical Assessment of the Revised Common Rule. Seton Hall Law School.

2017     Eleventh Annual Virginia IRB Consortium Conference, Fairfax. Panelist, Social and Behavioral Education Research.

Society for Historians of the Early American Republic, Philadelphia. "Waving the Yellow Handkerchief: Philadelphia's Nativist Riots in Transnational Perspective."

2016     Urban History Association, Chicago. Chair and comment, "Capital Cities as National Projects: A Comparative Perspective."

St. John's College, University of Oxford. What's in a Name? Should We Anonymise Identities? "Interviewing Everyman: William Sheridan Allen, Theodore Rosengarten, and the Allure of Pseudonymous History."

Participant, "Exploring American Democracy, with Alexis de Tocqueville as Guide," NEH Summer Seminar, University of Virginia.

2015     Annual Conference on D.C. Historical Studies. Moderator for session: "D.C.'s Home Rule Decade: Context, Policy and Politics in the Campaign for Local Autonomy."

Revising and Expanding the Scope of the Common Rule. CTSA Consortium Coordinating Center, Evanston, Illinois. Invited presentation: "Exclusions, Exemptions, and Determination Process."

2014     Annual Conference on D.C. Historical Studies. Commentator for Plenary Session: "Washington D.C.: From Company Town to Global Business Center.".

Historical Society of Pennsylvania, Philadelphia. Participant on panel, "Leaving the Emerald Isle: Trials and Tribulations of Irish Immigrants in 19th Century Philadelphia."

Exhibit 1
Page 24

Urban History Association, Philadelphia. "Three Men in a Riot: Telling the Story of Philadelphia in 1844" and chair and comment on panel, "Airports and the Metropolitan Landscape."

New America Foundation, Washington, D.C. "America's Worst Colleges." Panelist.

National Capital Planning Commission, Washington, D.C. "Residents to Presidents: Pennsylvania Avenue's Role in the 21st Century." Moderator.

American Historical Association. Washington, D.C. Comment on panel, "Riotous Democracy and American Political Culture in the Nineteenth Century."

2013  Society for American City and Regional Planning History. Toronto. Chair of panel, "Trials and Tribulations of Airport Planning in Late Twentieth Century North America."

2012  Ethics Rupture: An Invitational Summit about Alternatives to Research-Ethics Review. Fredericton, New Brunswick. "Ethical Pluralism: Scholarly Societies and the Regulation of Research Ethics."

The Future of Human Subjects Research Regulation. Petrie-Flom Center for Health Law Policy, Biotechnology, and Bioethics at Harvard Law School. "What Is This Thing Called Research?"

American Historical Association. Chicago. "'They Are Not Your Brothers': Divided Loyalties and the Pennsylvania National Guard in the Summer of 1877."

2011  Society for American City and Regional Planning History. Baltimore. Comment on panel, "The Impact of Transportation on Urban Form."

New England Library Association. Burlington. Panel participant, "Who's Monitoring Your Research?"

Association for Practical and Professional Ethics. Cincinnati. "*Ethical Imperialism*: Author Meets Critics." Respondent.

2010  Urban History Association. Las Vegas. Chair and comment on panel, "Contests over Public Space." Chair of panel, "Ways and Means of Transportation."

Policy History Conference. Columbus, Ohio. "No Passive Obedience: Militia Loyalties and Civil Disorder in Early America, 1747-1812."

Organization of American Historians. Washington, D.C. "Fire and Be Damned: The Militia in Nineteenth Century Riots."

2008  Urban History Association. Houston. "'Poison the Women Gently': The Social Meanings of Tear Gas, 1915-1940."

American Association for the Advancement of Science. Washington, D.C. Invited participant in topical meeting on IRB's, Qualitative Research, and Scientific Freedom & Responsibility.

Organization of American Historians. New York City. "How Talking Became Human Subjects Research: Charles McCarthy and the Regulation of the Social Sciences."

2007  Oral History Association. Oakland, California. "Expedited Review: The Federal Regulation of Survey and Interview Research, 1966-1981."

Society for the History of Technology. Washington, D.C. "'To Punish Them Without Loss of Life': Gilded-Age Efforts at Non-Lethal Riot Control, 1877-1910."

Exhibit 1
Page 25

Transportation Research Board. Washington, D.C. "History of the Washington, D.C., Metro System"

2006    University of Maryland. Colloquium in the History of Technology. "Silent Gatlings and Blank Cartridges: Gilded Age Attempts at Non-Lethal Riot Control."

Organization of American Historians. Washington, D.C. Comment on panel, "Capital, Community and Contest: Washington, D.C., in the Modern Era."

American Historical Association. Philadelphia. Participant in roundtable discussion: "Oral History and Institutional Review Boards: What Historians Need to Know Before Doing It."

2005    Society for the History of Technology. Minneapolis. Comment on panel, "Everyday Technology in Transition: Subways, Bicycles and Railroads, 1870-1960."

Society for American City and Regional Planning History. Miami. Comment on panel, "Highways."

Business History Conference. Minneapolis. Comment on panel, "Restructuring Transport and Cities in the 20th-Century United States."

2004    Columbia University Public Policy Consortium. Symposium on Public Policy and the Academy. "Who Cares About Transportation History?"

Transportation Research Board. Washington, D.C. Comment on panel, "Technological Determinism or Social Choice: Moments in the History of Transportation."

2003    Business History Conference. Lowell, Massachusetts. Comment on panel, "Metropolitan Economies."

2002    Urban History Association. Pittsburgh. "The Dienbienphu of the Freeway Fight: The Case of the Three Sisters Bridge."

2001    American Studies Association. Washington, D.C. "The Ten-Billion Dollar Map: The Washington Metro and the Cartography of Local Identity."

Society for American City and Regional Planning History. Philadelphia. "A New Renewal? The Transit-Oriented Redevelopment of Washington's Mid-City."

Society for the History of Technology. San Jose, California. "The Ordeal of Jackson Graham: Engineers, Citizens, and the Building of the Washington Metro, 1967-1976."

Hofstra University. Redefining Suburban Studies conference. "Sprawl or Corridor? The Politics of Land Use Planning around Washington Metro Stations, 1967-2000."

2000    Washington, D.C., Historical Studies Conference. Washington, D.C. "The Evolution of Metro Architecture."

1997    Northeast Popular Culture Association. Boston. "Mayor Hylan's War Against the Streetcar: New York City, 1919-1924."

Princeton University. Graduate History Conference. "The Bus is Young and Honest: Transportation Politics, Technical Choice, and the Motorization of Manhattan Surface Transit, 1919-1924."

**Dissertations Supervised**

2021    Jordan Patty, "Transit, Labor, and the Transition to Public Ownership in Atlanta and Oakland."

Exhibit 1
Page 26

Richard Hardesty, "Magic in 'a Tragic City': The Orioles and the Redevelopment of Baltimore, 1954-1992."

2020   Alan S. Brody, "Peculiar Capitalism: Fast-Food Franchising and Entrepreneurship in Postwar America."

Roger Connor, "Rooftops to Rice Paddies: Aerial Utopianism, Helicopters, and the Creation of the National Security State."

2018   Alan Capps, "The Antecedents of the U.S. Border Patrol, 1812-1940."

2017   Ray Clark, "A Public Airport for the District of Columbia: The History of Washington Dulles International Airport."

2014   Mary Sullivan Linhart, "Up to Date and Progressive: Winchester and Frederick County, Virginia, 1870-1980."

**Selected Press Appearances**

2021   Thomas Koening, "The Narrow Path That We're Walking," *Philadelphia Citizen*, July 7, 2021, thephiladelphiacitizen.org

John Turner, "Fires of Philadelphia: Religion and Mob Violence, 1844," *Anxious Bench* (blog), June 10, 2021, www.patheos.com/blogs/anxiousbench/

Jeff Nilsson, "America's Long Tradition of Rioting," *Saturday Evening Post*, June 7, 2021, www.saturdayeveningpost.com

2019   "Debunking the Georgetown Metro Myth"  Kojo Nnamdi Show, WAMU-FM, 15 August 2019.

2016   WAMU, Metropocalypse (podcast). Multiple episodes, including Episode 18: Full Throttle into the Past with Zachary Schrag. 10 October 2016.

2014   "Old Wounds & Oral History: The Aftermath of the Belfast Project." Kojo Nnamdi Show, WAMU-FM, 7 July 2014.

Duggan, Paul. "The Silver Line Story: A New Route Is Born after Decades of Faulty Planning, Political Paralysis." *Washington Post*, 23 June 2014.

"The Architecture of Metro." Kojo Nnamdi Show, WAMU-FM, 13 January 2014.

2011   "Rethinking the 'Common Rule': The Ethics of Research with Human Subjects." Kojo Nnamdi Show, WAMU-FM. 21 November 2011.

Robert B. Townsend, "Ethical Imperialism: A Conversation with Zachary Schrag," *Perspectives on History*, April 2011, 20-22.

2010   "Historian and Watchdog Says Congress Should Exempt Social Science from IRBs," *Report on Research Compliance*, November 2010.

Dave Hoffman, "Bright Ideas: Zach Schrag's Ethical Imperialism," *Concurring Opinions*, 28 September 2010, www.concurringopinions.com

2009   Arlington Virginia Network, "Arlington's Smart Growth Journey," first aired April 2009.

2008   "'History Behind the Headlines': Expanding and Maintaining Metro." Kojo Nnamdi Show, WAMU-FM. 25 June 2008.

2007   Paul D. Thacker, "Reviewing the Reviewers," *Inside Higher Ed*, 19 January 2007.

2006   Joanne Collings, "Critical Mass of Civility," *Washington D.C. Examiner,* 23 April 2006.

Exhibit 1
Page 27

Vicki Hallett, "Station Agent," *Washington Post Express,* 31 March 2006.

"Washington Metro at Thirty." Kojo Nnamdi Show, WAMU-FM. 23 March 2006.

**Professional Service**

National History Day. Judge, District of Columbia, New York City, Northern Virginia, and national levels, 2000-2005, 2012, 2022, 2023. Administered or assisted with Virginia District 5 competition, 2005-2011.

2016   Organization of American Historians. Ellis Hawley Book Prize committee.

2011   American Association of University Professors. Subcommittee on Academic Freedom and the Institutional Review Board. Appointed, October 2011.

2007   Urban History Association. Board member (elected), 2007-2010.

2006   Society for the History of Technology. Brooke Hindle Post-Doctoral Fellowship Committee. Member, 2006-2008; chair, 2007.

2005   Society for American City and Regional Planning History. Chair of the 2005 John Reps Prize committee.

2001   H-Business. E-mail list on business history. Senior editor, 2003-2004. List editor, 2001-2003.

2000   H-DC. E-mail list on the history of Washington, D.C. Advisory board member, 2000-present. List editor, 2004-present.

**Peer Review**

Book manuscript and proposal reviewer for Bedford/St. Martin's, Blackwell Publishing, Columbia University Press, Georgetown University Press, Harvard University Press, Houghton-Mifflin, Johns Hopkins University Press, Ohio State University Press, Oxford University Press, Rutgers University Press, Temple University Press, University of California Press, University of Chicago Press, University of Pennsylvania Press.

Article and paper reviewer for *Accountability in Research, Administration & Society*, *Bulletin of the History of Medicine*, *Contexts, History of the Human Sciences, International Journal of Social Research Methodology*, *Journal of Ethnic and Migration Studies*, *Journal of Planning History*, *Journal of Policy History, Journal of Transport History, Journal of Urban History*, *Kennedy Institute of Ethics Journal*, *Research Ethics*, *Library & Information Science Research, Science as Culture*, *Sociological Forum*, *Technology and Culture*, and the Transportation Research Board.

Grant and award reviewer for the National Endowment for the Humanities, the National Science Foundation, Smithsonian Institution, and the Swiss National Science Foundation.

Exhibit 1
Page 28