ROB BONTA
Attorney General of California
R. MATTHEW WISE
MARK R. BECKINGTON
Supervising Deputy Attorneys General
TODD GRABARSKY
JANE REILLEY
LISA PLANK
ROBERT L. MEYERHOFF
Deputy Attorneys General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta, in his Official Capacity as
Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENO MAY, et al.,**<br><br>                         Plaintiffs,<br><br>          **v.**<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, and Does 1-10,**<br><br>                         Defendants. | Case Nos. 8:23-cv-01696 CJC (ADSx)<br>                8:23-cv-01798 CJC (ADSx)<br><br>**COMPENDIUM OF HISTORICAL LAWS AND TREATISES CITED IN DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING DECLARATIONS**<br><br>**VOLUME 3 OF 4**<br><br>Date:            December 20, 2023<br>Time:            1:30 p.m.<br>Courtroom:   9B<br>Judge:          Hon. Cormac J. Carney |
| **MARCO ANTONIO CARRALERO, et al.,**<br><br>                         Plaintiffs,<br><br>          **v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                         Defendant. | |

# Exhibit 120

Newspapers
by ancestry
https://www.newspapers.com/image/53607957

Printed on Jun 25, 2023

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 121

Newspapers
by ancestry
https://www.newspapers.com/image/420675083

Meade Globe (Meade, Kansas) · Sat, Nov 28, 1885 · Page 2

Printed on Jun 25, 2023





Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

Newspapers
by ancestry
https://www.newspapers.com/image/420675083

Meade Globe (Meade, Kansas) · Sat, Nov 28, 1885 · Page 2

Printed on Jun 25, 2023

costs are paid or replevied.

[Published Nov., 28th 1885.]

ART. VI. SEC. I.

WEAPONS.

*Sec. 11.* Be it ordained by the mayor and councilmen of Meade Center in the state of Kansas, that it shall be unlawful for any person or persons who are not authorized by the laws of the United States or of the state of Kansas or of the said city of Meade Center, who shall be found within the incorporate limits of said city of Meade Center, carrying on his person a pistol, bowie knife, dirk, or other deadly weapons, shall be subject to arrest upon charge of misdemeanor and upon conviction shall be fined in any sum not exceeding $25, and stand committed until paid or replevied.

[Publishen Nov., 28th 1885.]

ART. VII. SEC. I.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 122

Case 8:23-cv-01696-CJC-ADS  Document 22-3  Filed 11/03/23  Page 8 of 177  Page ID
#:1656



Copyright © 2023 Newspapers.com. All Rights Reserved.



Newspapers
by ancestry
The Caldwell Advance (Caldwell, Kansas) · Thu, May 4, 1882 · Page 2

https://www.newspapers.com/image/365795786

Printed on Jun 25, 2023

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

Newspapers
by ancestry
https://www.newspapers.com/image/365795786

Case 8:23-cv-01696-CJC-ADS Document 22-3 Filed 11/03/23 Page 10 of 177 Page ID
#:1658
The Caldwell Advance (Caldwell, Kansas) · Thu, May 4, 1882 · Page 2

Printed on Jun 25, 2023

one hundred dollars.

Sec. 10. Any person carrying any deadly or dangerous weapon, such as firearms, slung shot, sheath or dirk knife or any other weapon which when used is liable to produce death or great bodily harm, unconcealed, within the corporate limits of the city, shall upon conviction, be fined in a sum not less than ten nor more than one hundred dollars.

Sec. 11. Any person or persons carrying any deadly or dangerous weapons concealed about their person, such as firearms, slung shot, sheath or dirk knife, brass knuckles or any other weapon, which when used are liable to produce death or great bodily harm and injury, shall, upon conviction be fined in a sum not less than fifteen nor more than one hundred dollars for each and every offense.

Sec. 12. Any person who shall within the limits of the city, discharge or shoot off any gun, pistol, or other firearms, shall upon conviction thereof, be fined not less than one nor more than twenty-five dollars.

Sec. 13. Any person who shall

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 123

48

**Repealing Act.** SEC. 8. *Be it further enacted*, That all laws or parts of laws in conflict with this Act be and the same are hereby repealed, and that this Act take effect from and after its passage, the public welfare requiring it.

Passed June 12, 1885.

J. A. MANSON,
*Speaker of the House of Representatives.*

C. R. BERRY,
*Speaker of the Senate.*

Approved June 12, 1885.

WM. B. BATE,
*Governor.*

———

## CHAPTER 8.

An Act to reduce the Acts incorporating the city of Knoxville, and the various amendments thereto, to one Act, and to amend the same.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee*, That the Act incorporating the city of Knoxville, and all the various amendments **Corporate name** thereto, be, and the same are hereby, amended, so as to read as follows: The inhabitants of the city of Knoxville, Tennessee, within the present boundaries of said city, embracing nine wards as at present constituted, are hereby constituted a body politic and corporate, by the name and the style of the Board of Mayor and Aldermen of the city of Knoxville.

SEC. 2. The Board of Mayor and Aldermen of said city of Knoxville shall have perpetual succession; **General power.** shall sue and be sued, implead and be impleaded in all the courts of law and equity, and in all actions whatsoever; may purchase, receive and hold prop-

Generated on 2023-10-25 17:03 GMT / https://hdl.handle.net/2027/umn.31951d02205673l
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

**Compendium
Page 399**

wise, and to provide for the prevention and extinction of fires, and to organize and establish fire companies.

8. To make appropriations to open, alter, abolish, widen, extend, establish, grade, pave, or otherwise improve, clean, and keep in repair streets, alleys and sidewalks, or to have the same done, and to erect, establish and keep in repair, bridges, culverts, sewers and gutters, and make appropriations for lighting the streets, and for the erection of all buildings necessary for the use of the city.

9. To license, tax, and regulate auctioneers, grocers, merchants, retailers, taverns, brokers, coffee-houses, confectioners, retailers of liquors, hawkers, peddlers, livery-stable keepers, and all other privileges taxable by the State law.

10. To license, tax, and regulate hacks, hackney-carriages, carts, omnibuses, wagons and drays; and fix the rate to be charged for the carriage of persons and of property within the city, and to the public works, parks, and property out of the city.

11. To license, tax, regulate and suppress theatricals and other exhibitions, shows, and amusements.

12. To regulate, or prohibit and suppress, all gambling-houses, disorderly houses, and bawdy-houses, houses of ill-fame, and obscene pictures and literature.

13. To regulate, restrain, or prevent the carrying on of manufactories dangerous in causing or producing fires, and to prevent and suppress the sale of fire-arms and carrying of concealed weapons.

14. To regulate the storage of gunpowder, tar, pitch, rosin, saltpetre, gun-cotton, coal-oil and all other combustible, explosive and inflammable material, and the use of lights, candles, lamps and steam pipes in all stables, shops and other places, and to regulate or suppress the use and sale of fire-crackers and toy pistols.

15. To provide for the weighing or measuring of coal, coke, gas, hay, corn, sheaf-oats, and live stock used, consumed or sold for food in the city.

16. To provide for and regulate the inspection of beef, pork, fish, fowls and meat to be sold in the city for food.

17. To regulate the inspection of milk, butter, lard and other provisions, fish and vegetables; to restrain and punish the forestalling and regrading of provisions; to establish and regulate markets.

Generated on 2023-10-25 17:04 GMT / https://hdl.handle.net/2027/umn.31951d02205673l
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

# Exhibit 124

Newspapers.com by ancestry

Border Ruffian (Coolidge, Kansas) · Sat, May 1, 1886 · Page 1

https://www.newspapers.com/image/274137116

Printed on Jun 25, 2023

AN ORDINANCE

Concerning Offenses in the Nature of Misdemeanors.

Be it ordained by the Mayor and Councilmen of the City of Coolidge, Hamilton county, Kansas:

[illegible]

Copyright © 2023 Newspapers.com. All Rights Reserved.



Case 8:23-cv-01696-CJC-ADS  Document 22-3  Filed 11/03/23  Page 16 of 177  Page ID
#:1664

Border Ruffian (Coolidge, Kansas) · Sat, May 1, 1886 · Page 1

Newspapers
by ancestry
https://www.newspapers.com/image/274137116

Printed on Jun 25, 2023

...violating this section shall be deemed guilty of a misdemeanor.

#### CONCEALED DEADLY WEAPON.

SEC. 8. Any person or persons, other than the duly appointed and commissioned officers of this city, or officers of this county or State, carrying concealed deadly weapons, such as pistols, revolvers, slung-shots, dirks or bowie-knives, within the corporate limits of the city, shall, upon conviction, be deemed guilty of a misdemeanor.

#### OPEN LEWDNESS AND DISORDERLY HOUSES.

SEC. 9. If any person shall be guilty of open lewdness or other notorious act of public indecency tending to debauch the public morals, or shall maintain or keep a lewd house or place of fornication, or shall keep a common, ill-governed and disorderly house, to the encouragement of idleness, gaming, drinking, fornication or other misbehavior, or who shall keep and maintain a common bawdy house, or house of ill-fame, shall, on conviction, be deemed guilty of a misdemeanor.

#### DRUNKENNESS.

SEC. 10. If any person shall be drunk in any highway, street, or in any public place or building, or if any person shall be drunk in his own house, or in any private building or place, disturbing his family or others, he shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined in any sum not exceeding twenty-five dollars, or by imprisonment in the calaboose or county jail for a period not exceeding thirty days. Prosecutions under this section must be commenced within thirty days after the said misdemeanor is alleged to have been committed.

#### WEAPONS TO MINORS.

SEC. 11. Any person who shall sell trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung-shot, or other dangerous weapon to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before the Police magistrate, or any Justice of the Peace acting in such capacity, be fined not less than five nor more than one hundred dollars.

#### POSSESSION OF A MINOR

SEC. 12. Any minor who shall have in

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers
POWERED BY
.com

# Exhibit 125

86

## PARK ORDINANCES.

In Board of Park Commissioners, Aug. 20, 1886.

*Voted*, That the following rules, under the title of Ordinances, be adopted for the use and government of the Public Parks. *Provided, however*, that said rules shall not invalidate any pending prosecution or procedure, or any liability of any person for breach of any previous rule.

The Board of Park Commissioners of the City of Boston, by virtue of its authority to make rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden : —

1. To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush, plant or turf, or any other thing or property.

2. To have possession of any freshly-plucked tree, bush or plant, or portion thereof.

3. To throw stones or other missiles ; to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties ; to discharge or carry fire-crackers, torpedoes, or fire-works ; to make fires ; to play musical instruments ; to have any intoxicating beverages ; to sell, offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to make orations, harangues or loud outcries ; to enter into political canvassing of any kind ; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To allow cattle, horses, or other animals, to pass over or stray upon the Park lands ; provided that this shall not apply to

# Exhibit 126

Case 8:23-cv-01696-CJC-ADS Document 22-3 Filed 11/03/23 Page 20 of 177 Page ID #:1668

Newspapers
by ancestry

https://www.newspapers.com/image/587532621

Dade County Advocate (Greenfield, Missouri) · Thu, Jan 21, 1886 · Page 4

Printed on Jun 25, 2023



Ordinance No. 38.

*Additional Penal Ordinance—Deadly or Dangerous Weapons—Malicious Mischief—Shop-lifting.*

Be it ordained by the Board of Aldermen of the City of Greenfield as follows:

Section I. If any person shall carry concealed upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day (whether National, State, School or Municipal, or into any Court room during the setting of Court, ... into any other public assemblage of persons met for any lawful purpose other than for Militia drill or meetings called under the militia laws of the state, having upon or about his person any kind of fire-arms, bowie-knife, dirk, dagger, sling-shot, or other deadly weapon, or shall in the presence of one or more persons exhibit any such weapon in a rude, angry and threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated, or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor, any such weapon, without the consent of the parent or guardian of such minor ... within the limits of the City of Greenfield he shall upon conviction thereof be fined not less than Fifty Dollars, nor more than Two Hundred Dollars, or be imprisoned in the County Jail not longer than six months, or may be punished by both such fine and imprisonment.

Section II. Every person who shall wilfully and maliciously injure or remove any saddle, bridle, halter, hitch-rein, buggy or wagon harness, the personal property of another ... or who shall wilfully and maliciously remove any tar or nut from the axle of any buggy, wagon or other vehicle, or otherwise injure the same, the personal property of another, or who shall wilfully or maliciously remove, deface or otherwise injure anything which is the personal property of another, and without the owner's consent shall tear out, hide or do any act with the personal property of another, wilfully and maliciously which is calculated to annoy, damage or injure another or his property, shall upon conviction thereof be fined therefor in any sum not exceeding Fifty Dollars, or may be imprisoned in the County Jail not longer than six months, or may be punished by both such fine and imprisonment.

Section III. Every person who shall wilfully conceal about his person any article of personal property belonging to another, with intent to convert the same to his own use, or shall wilfully carry away from any dwelling house, shop or store, or from any public house any personal property not his own, or shall be guilty of any petit thievery ordinarily termed "Shop-lifting" shall upon conviction thereof be fined in any sum not exceeding One Hundred Dollars, ... shall be committed to the County Jail for any term not exceeding six months or may be punished by both such fine and imprisonment.

Section IV. This ordinance shall be in full force and effect from and after its passage.

Passed and approved January 4th 1886.
WILL. R. BOWLES, Mayor.
W. B. McREYNOLDS, President Board Aldermen.
ATTEST: SEYMOUR HOYT, City Clerk.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

Compendium
Page 407

# Exhibit 127

HENRY LLOYD, Esquire, Governor.          315

G. L. Copeland; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of Abram Zarks; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of C. E. Gordon; the said sums of money having been paid for State license erroneously issued to said persons by the Clerk of the Circuit Court of Anne Arundel county.

SEC. 2. *And be it enacted,* That this act shall take effect from the date of its passage.          Effective.

Approved April 7, 1886.

---

### CHAPTER 189.

AN ACT to prevent the carrying of guns, pistols, dirk-knives, razors, billies or bludgeons by any person in Calvert county, on the days of election in said county, within one mile of the polls.

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That from and after the passage of this act, it shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly, or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon, and any person violating the provisions of this act, shall be deemed guilty of a misdemeanor, and on conviction thereof by the Circuit Court of Calvert county having criminal jurisdiction thereof, or before any Justice of the Peace in said county, shall be fined not less than ten nor more than fifty dollars for each offence, and on refusal or failure to pay said fine, shall be committed to the Jail of the county until the same is paid.

Unlawful to carry weapons to the polls.

SEC. 2. *And be it enacted,* That the fines collected under this act shall be paid by the offi-

# Exhibit 128

Newspapers
by ancestry
https://www.newspapers.com/image/419606234

The Harper Daily Sentinel (Harper, Kansas) · Tue, Aug 23, 1887 · Page 2
Printed on Jun 25, 2023



Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

The Harper Daily Sentinel (Harper, Kansas) · Tue, Aug 23, 1887 · Page 2

Newspapers
by ancestry
https://www.newspapers.com/image/419606234

Printed on Jun 25, 2023

son therewith.

SEC. 11.   That it shall be unlawful for any person to be found drunk, or in a state of intoxication in any street, alley, public parks or other public place within the incorporate limits of the city of Harper.

SEC. 12.   That it shall be unlawful for any person to carry any deadly or dangerous weapon, such as fire arms, slung shots, sheath or dirk knife, billies, brass or metal knuckles or any other dangerous implement, which, when used, are liable to produce death or great bodily harm, within the incorporate limits of said city.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers
POWERED BY

# Exhibit 129

Newspapers
by ancestry
https://www.newspapers.com/image/379760351

Printed on Jun 25, 2023

## Clerk.

Be it ordained by the Mayor and Councilmen of the City of Kendall, Hamilton County, Kansas:

### SECTION I.
#### DISCHARGING FIREARMS.

If any person shall within the corporate limits of the City of Kendall, fire or discharge any gun, fowling-piece, pistol, revolver, or firearm of any kind or description, or any other thing containing powder or combustibles, or anything made of nitro-glicerine, without first having obtained permission from the Mayor in writing, every such person shall be deemed guilty of a misdemeanor.

### SECTION II.
#### INDECENT DRESS AND LEWD CONDUCT.

Any person who shall appear in any public place within the corporate limits of the city in a state of nudity, or a dress or garb not belonging to his or her sex, or an indecent or lewd dress or shall make an indecent exposure of his or her person, or be guilty of any lewd or indecent behavior, shall be deemed guilty of a misdemeanor.

### SECTION III.
#### OBSCENE BOOKS, &C.—INDECENT PLAYS.

Any person who shall exhibit, sell or offer to sell, or give away, any indecent, lewd or obscene book, picture or other thing or shall exhibit or perform any indecent play or other representation, every such person shall be deemed guilty of a misdemeanor.

### SECTION IV.
#### PLYING THE VOCATION OF A PROSTITUTE.

Any prostitute or lewd woman who shall within the corporate limits of this city, by word, sign, letter, picture, action, or the distribution of cards or other thing, ply her vocation upon the streets, at any door, or window of any house of this city, or at any other place within the limits of the same, shall be deemed guilty of a misdemeanor.

### SECTION V.
#### CRUELTY TO ANIMALS.

Any person who shall inhumanly and unnecessarily beat, injure, or maltreat any dumb animal or animals within the corporate limits of this city, shall be deemed guilty of a misdemeanor.

### SECTION VI.
#### DISPLAY OF DEADLY WEAPONS.

It shall be unlawful for any person or persons to display or make any improper use of any deadly weapon within the corporate limits of this city. And any person violating this section shall be deemed guilty of a misdemeanor, and it shall be the duty of the City Marshall and all police officers of said city to arrest any and all persons found violating this section, with or without process.

### SECTION VII.
#### FIRE CRACKERS, &C.

The explosion of fire crackers, torpedoes,

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

none

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 29 of 177   Page ID
#:1677

Newspapers
by ancestry

https://www.newspapers.com/image/379760351

The Kendall Free Press (Kendall, Kansas) · Wed, Mar 23, 1887 · Page 1

Printed on Jun 25, 2023

OBSCENE BOOKS, &C.—INDECENT PLAYS.

Any person who shall exhibit, sell or offer to sell, or give away, any indecent, lewd or obscene book, picture or other thing or shall exhibit or perform any indecent play or other representation, every such person shall be deemed guilty of a misdemeanor.

### SECTION IV.
PLYING THE VOCATION OF A PROSTITUTE.

Any prostitute or lewd woman who shall within the corporate limits of this city, by word, sign, letter, picture, action, or the distribution of cards or other thing, ply her vocation upon the streets, at any door, or window of any house of this city, or at any other place within the limits of the same, shall be deemed guilty of a misdemeanor.

### SECTION V.
CRUELTY TO ANIMALS.

Any person who shall inhumanly and unnecessarily beat, injure, or maltreat any dumb animal or animals within the corporate limits of this city, shall be deemed guilty of a misdemeanor.

### SECTION VI.
DISPLAY OF DEADLY WEAPONS.

It shall be unlawful for any person or persons to display or make any improper use of any deadly weapon within the corporate limits of this city. Any person violating this section shall be deemed guilty of a misdemeanor, and it shall be the duty of the City Marshall and all police officers of said city to arrest any and all persons found violating this section, with or without process.

### SECTION VII.
FIRE CRACKERS, &C.

The explosion of fire crackers, torpedoes,

street, alley or other public place within the corporate limits of said city, such person or persons shall be deemed guilty of a misdemeanor and fined not less than one nor more than ten dollars, in default of payment of said fine he or they shall be confined in the calaboose not less than ten or more than twenty days.

### SECTION XXII.
CONCERNING THE CITY CLERK, CITY TREASURER, MARSHAL, AND STREET COMMISSIONER.

ART. 1—There are hereby created the offices of City Clerk, City Treasurer, City Marshal and Street Commissioner. The City Clerk shall keep a record faithfully of all proceedings of the Mayor and Council in books provided for that purpose.

ART. 2—The Treasurer shall safely keep all monies, notes, bonds and credits coming into his possession by virtue of his office and shall give a bond of five thousand dollars to the City of Kendall with at least two securities, conditioned that he will faithfully account for all monies, notes, bonds and other credits coming into his possession by virtue of his office, said bond to be approved by the Mayor and Council. He shall pay out money only on the order of the Mayor attested by the City Clerk, which order shall also bear the seal of the city.

ART. 3—The City Marshall shall be the Chief of Police, and shall be charged with the preservation of the peace and good order of the city under the ordinances thereof and under the instructions of the Mayor and Council.

Approved March 18th, A. D., 1887.
[Attest]                         H. S. Bell,
T. A. Johnson,                        Mayor.
Clerk.

Copyright © 2023 Newspapers.com. All Rights Reserved.



# Exhibit 130

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 31 of 177   Page ID
#:1679



doubt.

## ORDINANCE NO. TWELVE,

### Peace, Good Government and General Welfare.

Be it ordained by the Mayor and Councilmen of the city of Mt. Hope Kansas.

SEC. 1. That any person who shall beat, wound or assault another, or obstruct, oppose or resist any city officer in the discharge of his duty, shall upon conviction be fined in any sum not less than three dollars nor more than twenty-five dollars and costs of suit.

SEC. 2. That any person, not an officer or traveler, who shall carry any knives, (except pocket knives) firearms, brass knucks, sling shots or other deadly weapons, concealed, within the corporate limits of the city of Mt. Hope, shall be deemed guilty of an offense, and upon conviction thereof shall be fined for each and every offense, the sum of ten dollars and costs of suit.

SEC. 3. That any person under the age of twenty one years of age, who shall be found carrying any deadly weapon, concealed or otherwise, shall be deemed guilty of an offense, and upon conviction thereof, shall be fined in any sum not more than ten dollars and costs of suit. PROVIDED, this does not apply to any one leaving the city on a hunting expedition, or returning therefrom.

SEC. 4. That whoever disturbs any assembly of people met for a lawful purpose, or shall disturb the peace and quiet of the city, or any neighborhood, family or person, within the corporate limits of the city of Mt. Hope, by any improper conduct, or by loud or unusual noises, vulgar or offensive language, quarreling, fighting or challenging to fight or display any firearms or other deadly weapons, shall be deemed guilty of an offense, and upon conviction thereof be fined in any sum not less than three dollars, nor more than twenty-five dollars and costs of suit.

SEC. 5. That whoever discharges any firearms, or throws any stones or missiles by the hand or by the means of any device, or shall break, mar, deface, injure or destroy, any property, public or private, real or personal, not his own, within the corporate limits of the city of Mt. Hope, shall be deemed guilty of an offense and upon conviction thereof be fined in any sum not less than three dollars, nor more than twenty-five dollars and costs of suit.

Copyright © 2023 Newspapers.com. All Rights Reserved.

SEC. 6. That any tramp or any person found wandering, tramping, loafing or begging about, within the corporate limits of the city of Mt. Hope, without any visible means of support or honestly endeavoring to seek employment shall be deemed guilty of an offense and upon conviction thereof shall be fined in any sum not more than ten dollars and costs of suit.

SEC. 7. That any person who shall be found drunk or intoxicated or who shall be guilty of any disorderly conduct on any public street or alley or in any public place, within the corporate limits of the city of Mt. Hope shall be deemed guilty of an offense, and upon conviction thereof be fined in any sum not less than three dollars nor more than twenty dollars and costs of suit.

SEC. 8. That any person who shall be found gambling, owning directing or conducting any game of chance or gambling device, or playing thereat, and any person who shall let, rent or permit his property to be used as a gaming house club room or place where any game of chance or gambling device is kept, conducted or allowed to be carried on, shall be deemed guilty of an offense and upon conviction thereof shall be fined in any sum not exceeding one hundred dollars and costs of suit. PROVIDED this shall not apply to any game for social amusement, where no bets or charges are made and no stakes are played for.

SEC. 6. That this ordinance shall be in full force and effect after its publication in the Mt. Hope Mentor one issue.

Passed by the city council May 4th, 1887.

E. J. LENHART, City Clerk.

APPROVED.

S. M. JOHNS, Mayor

[*Published in the Mt. Hope Men-tor May 5th, 1887.*]

Copyright © 2023 Newspapers.com. All Rights Reserved.

# Exhibit 131

Newspapers
by ancestry
https://www.newspapers.com/image/863087542

Osceola Advance (Osceola, Missouri) · Thu, Jul 7, 1887 · Page 4

Printed on Jun 25, 2023



Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

Copyright © 2023 Newspapers.com. All Rights Reserved.

# Exhibit 132

Case 8:23-cv-01696-CJC-ADS  Document 22-3  Filed 11/03/23  Page 37 of 177  Page ID #:1685

30 Dec. 1887.
**Gaming and obscenity.**

(7) No person shall engage in any gaming, nor commit any obscene or indecent act in the common.

**Firearms, etc.**

(8) No person shall carry firearms, or shoot in the common, or within fifty yards thereof, or throw stones or other missiles therein.

**Disturbance of fish, birds or animals.**

(9) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the common, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined in a close, nor discharge any fireworks, or affix any bills or notices therein.

**Fireworks. Placards.**

**Injury to trees, shrubbery, statuary, etc.**

(10) No person shall cut, break, or in any wise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the common.

**Dead animals, etc.**

(11) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of Penn's Common.

**Animals at large.**

(12) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the common. Nor shall they be permitted in or around the common, unless accompanied by the owner; and whether accompanied by the owner or not, if any of said animals are found running at large in and about the said common, it shall be lawful for, and the park watchman or any of his assistants shall have full power and authority to impound them, or any of them, and if the said animals or any

**Impounding and disposition of estrays.**

of them are not called for by their respective owners within forty-eight hours after the impounding of the same, it shall be lawful for the city authorities to sell and dispose of the said animals or kill the same.[1]

**Tearing down notices.**

(13) No person shall injure, deface or destroy any notices, rules or regulations for the government of the common, posted or in any other manner permanently fixed by order or permission of the commissioners of Penn's Common, within the limits of the same.

**Leading of horses.**

(14) No person shall be permitted to bring or lead horses within the limits of Penn's Common, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

**Fakirs.**

(15) No person shall expose any article for sale within the common, without the previous license of the commissioners.

**Musical entertainments, etc. Parades or funeral processions.**

(16) No person shall have any musical, theatrical or other entertainment therein, nor shall any military or other parade or procession, or funeral, take place in or pass through the limits of the common, without the license of the common commissioners.

**Public meetings.**

(17) No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the common without the previous permission of the commissioners.

**Games of sport.**

(18) No person shall engage in any play at base ball, cricket, shinney, foot ball, croquet, or at any other games with ball and bat, nor shall [any] foot race or horse race be permitted within the limits of the common, except on such grounds only as shall be specially designated for such purpose.

---

[1] This rule amended as above by ordinance of June 26, 1895, Jour. 1895-96, App. 549.

# Exhibit 133

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 39 of 177   Page ID
#:1687
The Stockton Review and Rooks County Record (Stockton, Kansas) · Fri, Jul 1, 1887 · Page 1
https://www.newspapers.com/image/379709602                              Downloaded on Oct 11, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 40 of 177   Page ID #:1688

Newspapers
by ancestry
https://www.newspapers.com/image/379709602

The Stockton Review and Rooks County Record (Stockton, Kansas) · Fri, Jul 1, 1887 · Page 1
Downloaded on Oct 11, 2022



[SEAL] F. A. CHIPMAN, C. W. SMITH,
City Clerk.           Mayor.

Published July 1, 1887.

## ORDINANCE NO. 76.

AN ORDINANCE PROHIBITING CARRY-
ING DEADLY WEAPONS.

*Be it ordained by the Mayor and
Councilmen of the City of Stockton,
Kansas.*

SEC. 1.—If any person shall carry up-
on or about his person any deadly or
dangerous weapons, or shall go into
any church or place where people have
assembled for public worship, or into
any school room or place where people
have assembled for educational, liter-
ary or social purposes, or to any elec-
tion on any election day, or into any
court room during the sitting of court,
or into any other public assemblage of
persons not met for any unlawful pur-
pose, or shall go upon the public streets
or public places of the city having
upon or about his person any kind of
fire arms, bowie knife, dirk, dagger,
sling shot or other deadly weapon, or
shall in any of the places above named
exhibit such weapon in a rude, angry
or threatening manner, or shall direct-
ly or indirectly, sell or deliver, loan or
barter to any minor, any such weapon
without the consent of the parent or
guardian of said minor, he shall upon
conviction be punished by a fine of not
less than ten nor more than fifty dol-
lars. Provided, this ordinance shall
not apply to peace officers of the city
or state.

SEC 2.–This ordinance shall take effect
from and after its publication in The
Rooks County RECORD.

            Approved, C. W. SMITH,
Attest, F. A. CHIPMAN,           Mayor.
                City Clerk.

Copyright © 2022 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 134

Owens lecture here before she leaves the Co.

AN ORDINANCE —To prohibit intoxication breach of the peace, carrying of deadly weapons, the use of obscene language, the discharge of fire arms, and to close places of amusement on Sunday, in the city of Wallace Kansas, and to repeal certain ordinances in said city.

Be it ordained by the Mayor and Councilmen of the City of Wallace, in the State of Kansas.

Sec. 1. If any person shall be drunk in any highway, street or in any public place or building, or if any person shall be drunk in his own house or private building or place disturbing his family or others, he shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined to any sum not exceeding $25 or by imprisonment in the city jail for a period not exceeding 30 days.

Sec. 2. Any person who shall wilfully disturb the peace or quiet of any person, family or neighborhood, shall upon conviction thereof be fined in a sum not exceeding $100, or by imprisonment in the city jail not exceeding 3 months.

Sec. 3. Any person who shall, while intoxicated be found carrying on his person, a pistol, bowie-knife, dirk or other deadly weapon, shall upon conviction be fined in a sum not exceeding $100, or by imprisonment in the city jail not exceeding 3 months.

Sec. 4. Any person who shall carry concealed or otherwise upon his person, any pistol, bowie-knife, dirk or deadly weapon, shall upon conviction be fined in any sum not exceeding $100, or by imprisonment in the city jail not exceeding 3 months. Provided however, that this shall not apply to any peace officer, of the State, County or Cities of the State, and provided further that if it shall appear to the court trying offences under this section, that the accused was engaged in any legitimate business or calling, that would necessitate the carrying of any such weapon, such person shall be acquitted.

Sec. 5. Any person who shall discharge any fire arms, rockets, powder firework torpedoes or other dangerous or combustible material, upon any streets, lots, grounds, alleys or in the vicinity of any building, shall upon conviction be fined in any sum not exceeding $100, or by imprisonment in the city jail not exceeding 3 months. Provided however, that it shall appear to the court, trying offences under this section, that the offence charged was committed by the accused in defense of his person or property or in celebrating any national holiday, public event, and that the same was done in such a manner as not to endanger the lives or property of another, such person shall be acquitted.

Sec. 6. Any person who shall speak, utter or use any indecent language in any public place in the presence and hearing of any female shall upon conviction be fined in any sum not exceeding $100, or by imprisonment in the city jail not exceeding 3 months.

Sec. 7. Any person who shall on the first day of the week, commonly called Sunday, keep open any billiard room, ball or pin alley, skating rink, bowling ground or other place of amusement, shall upon conviction be fined in any sum not exceeding $100, or by imprisonment, in the city jail not exceeding 3 months.

Sec. 8. Whoever shall aid, assist, or counsel another to commit any of the offences prohibited by this ordinance shall be deemed guilty of the same offence as the principal and equally accountable notwithstanding, the principal may not have been charged with the offence.

Sec. 9. All fines and costs imposed by the Police Judge under this ordinance shall be by commitment of the accused to the city jail until the same is paid and the offences herein denominated and prohibited shall extend to all such acts committed within the corporate limits of the city of Wallace.

Sec. 10. That an ordinance entitled, an ordinance relating to the carrying of deadly weapons, passed Nov. 26th, 1887, and published Dec. 3rd, 1887, and an ordinance, without title passed Nov. 17th, 1887, published Nov. 19, 1887, are hereby repealed, and this ordinance shall take effect and be in force from and after its publication in the Wallace County Register.

Passed and approved. Dec. 22nd, 1887.

Attest : Geo. W. Emery, A. D. Chrysler,
Clerk Protem.    Pres. of Council.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers™

# Exhibit 135

SESSION OF 1888.                    483

such sale or sales has not been already made, executed and delivered, it shall be lawful to make, execute, deliver, record and assign the same, at any time or times hereafter, in the same manner, and with the same effect in every particular, as if the law to which this is a supplement had not been passed; *provided*, that any mortgagee whose mortgage has been heretofore duly registered, and who is now entitled to avail himself of any illegality in any tax or tax sale, may, at any time within six months from the passage of this act, redeem from any such sale upon paying the amount of the tax with interest and costs of the sale. Proviso.

2. *And be it enacted*, That this act shall take effect immediately.

Approved April 24, 1888.

———

CHAPTER CCCXXV.

An Act providing for the formation and government of towns.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That the inhabitants of any town or borough or of any township having a special charter, or of any township which has or hereafter may have a population exceeding six thousand inhabitants, may become a body politic and corporate, in fact and in law, by the name and title of "the town of             , in the county of             ," whenever at a special election, to be called for that purpose as hereinafter provided, it may be so decided by a majority of the electors of said proposed town who shall vote at such special election. Inhabitants of town, borough or township may be incorporated into a town. When decided at special election.

2. *And be it enacted*, That the council, township committee or other governing body of any such town, borough or township, upon the petition in writing of at least fifty resident freeholders, may, by the vote of a majority Governing body of town, etc., upon petition, may pass ordinance for holding election.

Generated on 2023-10-25 17:06 GMT / https://hdl.handle.net/2027/uc1.b3683739
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

burning fluid, nitro-glycerine, dynamite or other inflammable or explosive materials; to raze and demolish any building or erection when necessary to prevent the extension of a conflagration, and to provide for the ascertainment and payment of just damages and compensation to owners of property destroyed in such cases; to regulate or prohibit the use of firearms and the carrying of weapons of any kind; to erect, provide, repair and control a town hall, police and station-houses, fire engines and such other buildings as may be necessary; to regulate, license or prohibit inns, taverns and restaurants and the sale or transfer of spirituous, vinous, malt or other strong or intoxicating liquors; *provided, however*, that no Proviso such license shall be granted to any person who is not a citizen of the United States; and to fix and prescribe the terms and conditions upon which licenses for such purposes shall be granted, and to provide for the revoking and annulling of licenses for violations of such conditions; *provided, however*, that all such conditions shall be Proviso. printed on the license; *and provided, further*, that no Proviso. license shall be granted unless the applicant shall first pay to the town clerk such license fee as may be required by any general law of this state, and if there be no general law, such .fee, not less than fifty dollars, as may be fixed by ordinance, and, if the application is rejected, the deposit shall be returned; to provide that the penalty for a second conviction within six months of a violation of any such ordinance shall be a fine not exceeding one hundred dollars or imprisonment in the county jail not exceeding three months; to license and regulate cartmen, porters, hack, cab, omnibus, stage and truck-owners and drivers, carriages and vehicles used for the transportation of passengers and merchandise, goods or articles of any kind, and to require the owners to mark vehicles in such manner as the council shall designate; and to license and regulate auctioneers, common criers, pawnbrokers, junk shop keepers, sweeps and scavengers, and to prohibit unlicensed persons from acting in such capacities; to license and regulate peddlers, hawkers and hucksters, and to require the payment of a license fee of not exceeding five dollars in all cases, except as herein otherwise provided; and no license granted for any of

Generated on 2023-10-25 17:06 GMT / https://hdl.handle.net/2027/uc1.b3683739
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# Exhibit 136

Case 8:23-cv-01696-CJC-ADS Document 22-3 Filed 11/03/23 Page 47 of 177 Page ID #:1695

[Published by Authority.]

# THE

# REVISED ORDINANCES

OF

# Salt Lake City,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

## FEBRUARY 14, 1888.

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.

1888.

**Compendium
Page 434**

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 48 of 177   Page ID #:1696

# CHAPTER XXVII.

## OF LIBERTY PARK.

1. Mayor to control Park and appoint Keepers.   Keepers given police powers.
2. When gates to be closed.
3. Drays, trucks, etc., not to travel upon drives.
4. Rate of speed.   Racing prohibited.
5. Vending in Park prohibited.
6. Injuring property.   Disturbance.   Animals trespassing, etc. Firearms.
7. Rule in meeting vehicles.
8. Associations, etc., to get permit.
9. Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park, under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter.

*Mayor to control Park and appoint Keepers.*

*Keepers given police powers.*

SEC. 2.  All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor.

*When gates to be closed.*

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park.

*Drays, trucks, etc., not to travel upon drives.*

SEC. 4  All persons are hereby prohibited from riding or driving upon the roads within said

*Rate of speed.*

Compendium
Page 435

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

*Racing prohibited.*

SEC. 5.   No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

*Vending in Park prohibited.*

SEC. 6.   No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor:   1—Let loose any cattle, horses, goats, sheep or swine.   2—Drive a herd of said animals through the grounds.   3—Carry or discharge firearms.   4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided.   6—Catch or kill any birds or fish of any kind.

*Injuring property.*

*Disturbance.*

*Animals trespassing, etc.*

*Firearms.*

SEC. 7.   All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

*Rule in meeting vehicles.*

SEC. 8.   When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

*Associations, etc., to get permit.*

SEC. 9.   Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

*Penalty.*

Compendium
Page 436

# Exhibit 137

OF THE CITY OF SAINT PAUL, FOR 1888.          689

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS OF THE CITY OF SAINT PAUL.

1.  No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.  No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.  No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.  No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.  No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.  No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.  No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.  No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9.  No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.  No person shall go in to bathe within the limits of any Park.

11.  No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.  No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.  Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14  No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,
Superintendent.

**Compendium Page 438**

# Exhibit 138

# ACTS,

# RESOLUTIONS AND MEMORIALS

OF THE

## FIFTEENTH

# LEGISLATIVE ASSEMBLY

OF THE

# TERRITORY OF ARIZONA.

SESSION BEGUN ON THE TWENTY-FIRST DAY
OF JANUARY, A. D. 1889.

PRESCOTT:
OFFICE OF THE COURIER.
1889

Generated on 2023-10-30 17:24 GMT  /  https://hdl.handle.net/2027/uc1.b4374768
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

SEC. 3    This Act shall be in force and effect from and after its passage.

Approved March 18, 1889.

———

No. 13.                        AN ACT

### Defining and Punishing Certain Offenses Against the Public Peace.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION 1.    If any person within any settlement, town, village or city within this Territory shall carry on or about his person, saddle, or in his saddlebags, any pistol, dirk, dagger, slung shot, sword-cane, spear, brass knuckles, bowie knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by a fine of not less than twenty-five nor more than one hundred dollars; and in addition thereto, shall forfeit to the County in which he is convicted, the weapon or weapons so carried.

SEC. 2.    The preceding article shall not apply to a person in actual service as a militiaman, nor as a peace officer or policeman, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on ones own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack upon legal process.

SEC. 3.    If any person shall go into any church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this Territory are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or

Generated on 2023-10-30 17:25 GMT  /  https://hdl.handle.net/2027/ucl.b4374768
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Original from
UNIVERSITY OF CALIFORNIA

**Compendium**
**Page 441**

other firearm, dirk, dagger, slung shot, sword-cane, spear, brass knuckles, bowie knife, or any other kind of a knife manufactured and sold for the purposes of offense or defense, he shall be punished by a fine not less than fifty nor more than five hundred dollars, and shall forfeit to the County the weapon or weapons so found on his person.

Sec. 4.    The preceding article shall not apply to peace officers, or other persons authorized or permitted by law to carry arms at the places therein designated.

Sec. 5.    Any person violating any of the provisions of Articles 1 and 3, may be arrested without warrant by any peace officer and carried before the nearest Justice of the Peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by a fine not exceeding three hundred dollars.

Sec. 6.    Persons traveling may be permitted to carry arms within settlements or towns of the Territory for one-half hour after arriving in such settlements or town, and while going out of such towns or settlements; and Sheriffs and Constables of the various Counties of this Territory and their lawfully appointed deputies may carry weapons in the legal discharge of the duties of their respective offices.

Sec. 7.    It shall be the duty of the keeper of each and every hotel, boarding house and drinking saloon, to keep posted up in a conspicuous place in his bar room, or reception room if there be no bar in the house, a plain notice to travelers to divest themselves of their weapons in accordance with Section 9 of this Act, and the Sheriffs of the various Counties shall notify the keepers of hotels, boarding houses and drinking saloons in their respective Counties of their duties under this law, and if after such notification any keeper of a hotel, boarding house or drinking saloon, shall fail to keep notices posted as required by this Act, he shall, on conviction thereof before a Justice of the Peace, be fined in the sum of five dollars to go to the County Treasury.

Sec. 8.    All Acts or parts of Acts in conflict with this Act are hereby repealed.

Sec. 9.    This Act shall take effect upon the first day of April, 1889.

Approved March 18, 1889.

Generated on 2023-10-30 17:25 GMT / https://hdl.handle.net/2027/uc1.b4374768
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# Exhibit 139

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 57 of 177   Page ID
#:1705

Newspapers
by ancestry
The Citizen (Howard, Kansas) · Wed, May 22, 1889 · Page 3

https://www.newspapers.com/image/419099948

Printed on Jun 25, 2023

[Published May 22, 1889.]

## ORDINANCE NO. 72

**An ordinance to prevent carrying concealed weapons and the discharge of firearms.**

*Be it ordained by the Mayor and Councilmen of the City of Howard:*

Section 1. Any person who shall, within the corporate limits of the city of Howard have or carry concealed or partially concealed upon his or her person any revolver, pistol bowieknife dagger, slungshot or other deadly weapon, shall, on conviction thereof, be fined in any sum not less than one dollar nor more than fifty dollars and costs. Provided, this section shall not apply to peace-officers of the city or state. The carrying of a weapon in a holster exposed to full view shall not be deemed a concealed or partially concealed weapon under this section.

Section 2. Any person who shall, within the corporate limits of the city of Howard, discharge any firearms, except by permission of the Mayor, or when mustered for drill or review, or otherwise acting under the command, or by permission of some commissioned officer, or where done in self-defense, or for the protection of gardens and yards from destructive animals, shall, upon conviction thereof, be fined in any sum not less than One nor more than Fifty Dollars and costs.

Section 3. This ordinance shall take effect and be in force from and after its publication once in the Howard DEMOCRAT.

Passed May 16, 1889.
Approved by me this 16th day of May, 1889.

R. F. GLENN,
Mayor of the city of Howard.

Attest: W. D. BURNS, City Clerk.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 140

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 59 of 177   Page ID
#:1707



Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

Newspapers
by ancestry
https://www.newspapers.com/image/859729118

be imprisoned not exceeding thirty days.

SEC. 10. It shall be unlawful for any person to wear under his clothes, or concealed about his person, any pistol or revolver, colt, billy, slungshot, brass knuckles or knuckles of lead, dirk, dagger, or any knife resembling a bowie knife, or any other dangerous or deadly weapon within the corporate limits of the city of Omaha. And any person guilty of a violation of this section shall, on conviction, be fined not exceeding one hundred dollars for each and every offense; nothing in this section, however, shall be so construed as to prevent the United States marshals and their deputies, sheriffs and their deputies, regular or special police officers of the city, from carrying or wearing such weapons as may be deemed necessary in the proper discharge of their duties. Provided, however, if it shall be proved from the testimony on the trial of any such case, that the accused was, at the time of carrying any weapon as aforesaid, engaged in the pursuit of any lawful business, calling or employment and the circumstances in which he was placed at the time aforesaid were such as to justify a prudent man in carrying the weapon or weapons aforesaid, for the defense of his person, property or family, the accused shall be acquitted.

Whenever any police officer shall make an arrest of a person having concealed on or about his person any weapon or weapons, as specified in this section, it shall be such officer's duty to take from such person arrested the weapon or weapons found upon him at the time of his arrest, and to retain the same, to abide such order concerning the same as may be made by the police judge.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 141

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 62 of 177   Page ID #:1710

hundred feet of any building, and no person shall build any fire upon any lot or on any street and leave the same uncared for, under a penalty of three dollars for each offense.

SEC. 256. No pipe of any stove shall be put up in any house or other building in this City unless it is conducted into a chimney made of brick or stone, without first obtaining consent of the Fire Warden of the district in which said building is situated, nor shall any person at at any time set fire to any chimney for the purpose of cleaning the same, without first obtaining the consent of the said Fire Warden And it shall not be lawful to conduct any stovepipe through any partition, floor or wood-work of any building unless the same is securely fixed with stone or brick-work, or in place thereof a tin or earthen tube or safe, so called, or other metallic fixture; and any person offending against any provision of this section shall forfeit as a penalty the sum of three dollars, and the further penalty of three dollars for every twenty-four hours that the violation shall continue after having been notified by the Fire Warden of the proper district to discontinue such violation.

SEC. 257. Every chimney hereafter erected within the limits of the City of Berlin shall be plastered on the inside with lime and sand morter at the time it is erected, under a penalty of twenty-five dollars, to be collected either of the person or persons for whom such chimney is built, or of the person or persons erecting the same.

ARTICLE VII.—FIRE ARMS, FIRE WORKS AND CANNONS.

SECTION 258. Any person who shall fire or discharge any gun, pistol, fowling piece, or other fire arm, within the limits of the City of Berlin except in the necessary defense of his person or property, shall pay a fine of not less than one dollar, nor more than ten dollars for each offense.

SEC. 259. Any person who shall sell, loan or furnish to any minor, any gun, pistol, fowling piece or other firearm within this City, shall pay a fine of not less than five dollars, nor more than twenty-five dollars for each such offense.

SEC. 260. Any person who shall fire, discharge or set off within the limits of the City of Berlin, any rocket, cracker, torpedo, squib or other fire works or thing containing any substance of explosive nature, shall pay a fine of not less than one dollar nor more than ten dollars for each such offense. Provided that the Mayor may by proclamation permit the use of fire works on the Fourth day of July and on such other days as he may deem proper.

SEC. 261. Any person who shall discharge, or fire off any cannon, or piece of artillery in any street, or avenue, alley, park or place,

Generated on 2023-10-24 17:58 GMT / https://hdl.handle.net/2027/uiuo.ark:/13960/t5619rp4n
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Exhibit 142

34          GENERAL ORDINANCES.

or spirituous liquors, or any composition of which fermented, vinous or spiritous liquors form a part. *Provided,* that this section shall not be so construed as to prevent any druggist from selling or giving away, in good faith, wine for sacramental purposes, or alcohol for art, mechanical or scientific purposes on the applicant therefor, and seller thereof, complying with the laws of this state in such case made and provided; nor to prevent the selling or giving away by druggists of alcohol, or intoxicating liquors, on a written prescription, dated and signed, first had and obtained from some regularly registered and practising physician, and then only when such physician shall state in such prescription the name of the person for whom the same is prescribed and that such intoxicating liquor is prescribed as a necessary remedy in such case.

Sec. 159.   Any person who shall sell or give away, to any person already intoxicated, any intoxicating liquor shall be deemed guilty of a misdemeanor and be fined if a druggist selling or giving away on prescription, not less than twenty-five dollars; if any other person, not less than forty dollars.

Passed May 22, 1890.

## CHAPTER XVII.

### CARRYING CONCEALED WEAPONS—FIRING GUNS, PISTOLS, FIRE CRACKERS, ETC.

*Be it ordained by the Board of Trustees of the Town of Columbia as follows:*

Sec. 160.   Any person who shall fire or discharge, or who shall cause the same to be done by any person under his authority or control, any gun, pistol, cannon, anvil, or any device or contrivance, charged with any explosive, shall be deemed guilty of a misdemeanor and on conviction be fined not less than ten dollars for each offense.

Sec. 161.   Any person who shall ignite or explode any explosive compound, or suffer the same to be done by any person under his control, or who shall fire, or cause to be fired or exploded, or suffer the same to be done by any person under his control, any fire cracker, or crackers, Roman candles, rockets, torpedoes, squibs, or any other kind of fireworks whatever, shall be deemed guilty of a misdemeanor and on conviction be fined not less than five dollars for each offense.

GENERAL ORDINANCES.                    35

Sec. 162.   Any person who shall be guilty of carrying concealed upon or about his person any pistol, bowie knife, dirk, dagger, slung shot, or other deadly or dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction shall be fined not less than twenty-five nor more than one hundred dollars for every such offense.

Sec. 163.   Any person who shall go into any church, or place where people have assembled for religious worship; or into any school room, or place where people are assembled for educational, literary or social purposes; or into any court room, during the sitting of court, or to any election precinct on any election day; or into any other public assemblage of persons met for any lawful purpose, other than for military drill, or meetings, called under the militia laws of this state, carrying concealed or in sight upon or about his person, any fire arms or other deadly or dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction shall be fined not less than one hundred nor more than one hundred and fifty dollars for ever such offense.

Sec. 164.   Any person who shall be guilty of exhibiting any fire arms, or other deadly or dangerous weapon in a rude, angry, or threatening manner; or who shall carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, shall be deemed guilty of a misdemeanor, and shall upon conviction be fined not less than fifty dollars for every such offense.

*Provided,* that the three last preceding sections shall not apply to police officers, nor to any officer whose duty it is to execute process or warrants, or to suppress breaches of the peace, or make arrests, nor to any posse when lawfully summoned and on duty; nor shall section 162 apply to persons moving or traveling peaceably through the state.

Passed May 22, 1890.

# Exhibit 143

Newspapers
by ancestry
https://www.newspapers.com/image/694571590

Secretary.

## Concealed or Deadly Weapons.

The following ordinance in relation to the carrying of concealed or deadly weapons was passed by the council at the regular meeting Tuesday night:

Be it ordained by the Council of the city of Warrensburg as follows:

Sec. 1. If any person shall within this city carry concealed upon or about his person any deadly or dangerous weapon or shall go into any church or place where people have assembled for religious worship, or into any school room, or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any Court room during the sitting of court or into any other public assemblage of persons met for any lawful purpose than for Militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung shot, or other deadly weapons, or shall in the presence of one or more persons, exhibit any such weapons in a rude, angry, or threatening manner or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks or shall directly or indirectly sell or deliver, loan or barter, to any minor without the consent of the parents or guardian of such minor shall upon conviction be punished by a fine of not less than fifty or more than two hundred dollars or by imprisonment not less than five days or more than six months or by both such fine and imprisonment.

Sec. 2. This ordinance shall take effect and be in force from and after its passage and approval by the Mayor.

Passed June 3, 1890.

Approved June 5, 1890.

A. H. Gilkeson Dry Goods Co.

Copyright © 2023 Newspapers.com. All Rights Reserved.


Newspapers

Compendium
Page 454

# Exhibit 144

Case 8:23-cv-01696-CJC-ADS Document 22-3 Filed 11/03/23 Page 69 of 177 Page ID #:1717

# THE

# STATUTES OF OKLAHOMA

## 1890.

Compiled under the supervision and direction of Robert Martin,
Secretary of the Territory,

—BY—

WILL T. LITTLE, L. G. PITMAN and R. J. BARKER,

—FROM—

The Laws Passed by the First Legislative Assembly of the Territory.

GUTHRIE, OKLAHOMA:
THE STATE CAPITAL PRINTING CO.,
PUBLISHERS.
1891.

Compendium
Page 456

(2430) § **6.** Every person who, with intent to extort any money or other property from another, sends to any person any letter or other writing, whether subscribed or not, expressing or implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat. <span style="float:right">Chap. 25.<br>Sending threatening letter.</span>

(2431) § **7.** Every person who unsuccessfully attempts by means of any verbal threat such as is specified in the second section of this article, to extort money or other property from another is guilty of a misdemeanor. <span style="float:right">Attempting to export money.</span>

## ARTICLE 47.—CONCEALED WEAPONS.

| SECTION. | SECTION. |
|---|---|
| 1. Prohibited weapons enumerated. | 6. Degree of punishment. |
| 2. Same. | 7. Public buildings and gatherings. |
| 3. Minors. | 8. Intent of persons carrying weapons. |
| 4. Public officials, when privileged. | 9. Pointing weapon at another. |
| 5. Arms, when lawful to carry. | 10. Violation of certain sections. |

(2432) § **1.** It shall be unlawful for any person in the Territory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided. <span style="float:right">Prohibited weapons enumerated.</span>

(2433) § **2.** It shall be unlawful for any person in the Territory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided. <span style="float:right">Same.</span>

(2434) § **3.** It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article. <span style="float:right">Minors.</span>

(2435) § **4.** Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person. <span style="float:right">Public officials, when privileged.</span>

(2436) § **5.** Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise. <span style="float:right">Arms, when lawful to carry.</span>

(2437) § **6.** Any person violating the provisions of any one of the foregoing sections, shall on the first conviction be adjudged guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or both at the discretion of the court. On the second and every subsequent con- <span style="float:right">Degree of punishment.</span>

Chap. 25.   viction, the party offending shall on conviction be fined not less
than fifty dollars nor more than two hundred and fifty dollars or
be imprisoned in the county jail not less than thirty days nor
more than three months or both, at the discretion of the court.

Public build-
ings and gather-
ings.

(2438) § 7.   It shall be unlawful for any person, except a peace
officer, to carry into any church or religious assembly, any school
room or other place where persons are assembled for public wor-
ship, for amusement, or for educational or scientific purposes, or
into any circus, show or public exhibition of any kind, or into any
ball room, or to any social party or social gathering, or to any elec-
tion, or to any place where intoxicating liquors are sold, or to any
political convention, or to any other public assembly, any of the
weapons designated in sections one and two of this article.

Intent of per-
sons carrying
weapons.

(2439) § 8.   It shall be unlawful for any person in this Terri-
tory to carry or wear any deadly weapons or dangerous in-
strument whatsoever, openly or secretly, with the intent or for the
avowed purpose of injuring his fellow man.

Pointing
weapons at an-
other.

(2440) § 9.   It shall be unlawful for any person to point any
pistol or any other deadly weapon whether loaded or not, at
any other person or persons either in anger or otherwise.

Violation of
section seven.

(2441) § 10.   Any person violating the provisions of section
seven, eight or nine of this article; shall on conviction, be punish-
ed by a fine of not less than fifty dollars, nor more than five hun-
dred and shall be imprisoned in the county jail for not less than
three not more than twelve months.

### ARTICLE 48.—FALSE PERSONATION AND CHEATS.

SECTION.
1.  False impersonation, punishment for.
2.  False impersonation and receiving money.
3.  Personating officers and others.
4.  Unlawful wearing of grand army badge.
5.  Fines, how paid.
6.  Obtaining property under false pre- tenses.

SECTION.
7.  False representation of charitable pur- poses.
8.  Falsely representing banking cor- porations.
9.  Using false check.
10.  Holding mock auction.

Punishment
for false imper-
sonation.

(2442) § 1.   Every person who falsely personates another, and
in such assumed character, either:

First.   Marries or pretends to marry, or to sustain the mar-
riage relation toward another, with or without the connivance of
such other person; or,

Second.   Becomes bail or surety for any party, in any proceed-
ing whatever, before any court or officer authorized to take such
bail or surety; or,

Third.   Subscribes, verifies, publishes, acknowledges or proves,
in the name of another person, any written instrument, with in-
tent that the same may be delivered or used as true; or,

Fourth.   Does any other act whereby, if it were done by the
person falsely personated, he might in any event become liable to
any suit or prosecution, or to pay any sum of money, or to incur
any charge, forfeiture or penalty, or whereby any benefit might
accrue to the party personating, or to any other person.

Compendium
Page 458

# Exhibit 145

to the amount to be raised by taxes in said city; and said portion of the principal so raised shall be paid yearly to the sinking fund commission of the city of Trenton, to be used exclusively for the liquidation of said bonds; *provided, however,* that whenever the amount of moneys in the hands of said commission shall be sufficient for the redemption of said bonds, no further sums shall be raised by taxation.

When to take effect.

9. That this ordinance shall take effect immediately.

### An Ordinance providing for the government and protection of public parks and squares of the city of Trenton.

Vol. 6, p. 181.                                    Approved June 26th, 1890.

*The Inhabitants of the City of Trenton do ordain:*

Rate of speed for driving or riding.

1. No one shall drive or ride in Cadwalader park at a rate exceeding seven miles an hour.

Driving, where allowed.

2. No one shall ride or drive in or upon any of the public squares of this city or upon any other part of said park than upon its avenues and roads.

What vehicles not allowed in park.

3. No vehicle of burden or traffic shall pass through said park.

How persons shall enter.

4. No person shall enter or leave said park or squares except by such gates or avenues as may be for such purpose arranged.

Wagons not to stand in park for hire.

5. No coach or vehicle used for hire shall stand upon any part of said park for the purpose of hire.

No threatening language to be used.

6. No person shall indulge in any threatening, abusive, insulting or indecent language in said park or squares.

No obscene act to be permitted.

7. No person shall engage in any gaming nor commit any obscene or indecent act in the said park or squares.

No person to carry firearms.

8. No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein.

No person to annoy any of the animals.

9. No person shall disturb the fish or water fowl in the pools, ponds or other waters, or birds in any part of said park or squares, or annoy, strike, injure, maim or kill any animal kept by direction of common council or the park committee thereof, either running at large or confined in a close, nor discharge any fireworks nor affix any bills therein.

Not to deface trees or buildings.

10. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the

# Exhibit 146

## ORDINANCES. 141

15. No person shall have any musical or other entertainment in the park, nor shall any parade or procession take place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein without the previous permission of the commissioners. *Parades, etc., prohibited.*

16. No person shall engage in any play at base ball, cricket, shinny, foot-ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners. *Games prohibited.*

17. No person shall introduce any spirituous, malt or brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park. *Liquors prohibited.*

18. No person shall curse or swear or use threatening or abusive language, or fight or throw stones, or behave in a riotous or disorderly manner in said park. *Swearing.*

19. No person shall indulge in any insulting or indecent language, or commit a nuisance in the park. *Nuisances.*

20. No person shall engage in playing cards or gambling in said park. *Gambling.*

21. No person shall carry fire-arms, or shoot in the park, or discharge any fire-works, or throw stones or missiles therein. *Firearms.*

SEC. 2. Any person who shall violate any of said rules and regulations shall be liable to a fine of not less than five dollars nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes. *Penalty.*

SEC. 3. Packer street, where it passes through the park, is hereby abandoned as a public highway and declared to be a part of the park, subject to the rules and regulations adopted for its government and protection. *Street vacated.*

APPROVED—June 18th, 1890.

<div style="text-align:right">

F. H. KELLER,

*Mayor.*

</div>

# Exhibit 147

Case 8:23-cv-01696-CJC-ADS  Document 22-3  Filed 11/03/23  Page 77 of 177  Page ID
#:1725

Newspapers
by ancestry

The Lyons Republican (Lyons, Kansas) · Thu, Sep 10, 1891 · Page 4

https://www.newspapers.com/image/427118938

Printed on Jun 25, 2023



# ORDINANCE NO. 179.

[First published in the Lyons REPUBLICAN, September 10th, 1891.]

An Ordinance relating to carrying concealed weapons, and repealing Ordinance No. 70.

Be it ordained by the Mayor and Councilmen of the City of Lyons, Kansas.

Sec. 1. Any person who is not engaged in any legitimate business, any person under the influence of intoxicating drink, who shall be found within the limits of the City of Lyons, carrying on his person a pistol, bowie knife, dirk or other deadly weapon, shall be subject to arrest upon charge of misdemeanor, and upon conviction shall be fined in a sum not exceeding fifty dollars, or by imprisonment in the city jail not exceeding one month, or by both such fine and imprisonment.

Sec. 2. Ordinance number seventy of the ordinances of the City of Lyons is hereby repealed.

Sec. 3. This Ordinance shall take effect after its publication in the Lyons Republican.

Passed and approved, Sept. 7th, 1891.

[seal]                          E. A. RICHARDS, Mayor.
Attest:—A. E. Magoflin, City Clerk.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 148

Newspapers
by ancestry
https://www.newspapers.com/image/985670827

Printed on Oct 19, 2023

# ORDINANCES.

## CHAPTER VIII.

### DEADLY WEAPONS.

Be it ordained by the City Council of the City of Santa Fe:

Sec. 1. That it shall be unlawful for any person to carry a deadly weapon, either concealed or unconcealed, within the limits of the city of Santa Fe, unles the same be carried in lawful defense of himself, his family or his property, the same being at the time threatened with danger, or unless by order of legal authority, or unless such person be a regular authorized officer of the law in the discharge of his official duties.

Sec. 2. Deadly weapons, within the meaning of the preceding section, shall be construed to mean any and all kinds and classes of guns, pistols and revolvors, slung shots, loaded or sword canes or sand-bags and all kinds and classes of weapons and instruments, by whatever name they may be called, by which a dangerous wound can be inflicted.

Sec. 3. Any person convicted of a violation of sections 1 or 2 of this chapter, shall be punished by a fine of not less than five dollars nor more than fifty dollars, or by imprisonment in the county jail or city prison for a period not less than ten days nor more than sixty days, or by both such fine and imprisonment, in the discretion of the court.

N. T. THORNTON,
Mayor.

Attest: J. D. HUGHES,
Clerk.

Passed August 11, 1891.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 149



**ORDINANCE.—Continued.**

Street Commissioner.

Sec. 12. The road supervisor, whose appointment is provided for in Section 26, of chapter III, of the act of the legislature assembly of 1891, shall be street commissioner of the town of Cerrillos, his duties shall be as prescribed by law for road supervisors and street commissioners and as shall be directed from time to time by the board of trustees.

Sec. 13. The sworn affidavit of any officer and persons shall perform all such other duties and render such other services, not specifically defined by ordinance, as may be required of them by the board of trustees.

Approved: W. E. Dame,
Seal.        Chairman Board of Trustees, Town of Cerrillos.
Attest: C. A. Whited, Clerk.

**CHAPTER III.**

**POLICE JUDGE AND MARSHAL.—**

Be it ordained by the Board of Trustees of the Town of Cerrillos.

Section 1. The police judge shall have sole and exclusive jurisdiction of all violations of any Town ordinance or regulation. He shall keep a docket in which he shall enter a true record of all actions brought before him.

Sec. 2. The police judge shall before proceeding to try any person for the violation of any ordinance or regulation of the Town, cause complaint to be made and a warrant to be issued to arrest such person, and a return to be made upon said warrant.

---

**THE CERRILLOS SUPPLY CO**

—Dealers in—

Hardware,
Stoves,
Tinware
Furniture,
Queensware,
Glassware.

Lamps,
Woodenware,
Paints,
Oils,
Glass,
Miners' Supplies

Giant and Black Powder always in stock.

Studebaker Wagons, single and heavy, Buggies
Road Carts, etc.

# Iron and Steel.

Orders for Machinery and Machine repairs, will receive prompt attention.

Before making your purchase give us a call.

---

**A. L. Kendall,**

**Notary Public.**

—AND—

*Justice of the Peace.*

All notary work given prompt attention and careful execution.

---

# Miller & Legace,

—Dealers in—

## Pure Drugs and Medicines,

Stationery, Toilet Goods, Perfumeries, Paints, Oils, Varnishes Wall Paper, Glass, Cigars and Tobacco.

**PRESCRIPTIONS CAREFULLY COMPOUNDED**

L. G. Jones' New Building.        Cerrillos, N. M.

# Exhibit 150

Case 8:23-cv-01696-CJC-ADS  Document 22-3  Filed 11/03/23  Page 83 of 177  Page ID #:1731

Newspapers

by ancestry

Shelby County Herald (Shelbyville, Missouri) · Wed, Jul 29, 1891 · Page 4

https://www.newspapers.com/image/208831791

Printed on Jun 25, 2023



T. P. MANUEL, Chairman Board of Trustees.
I. N. WATSON, Village Clerk.

## ORDINANCE NO. 23.

AN ORDINANCE CONCERNING THE CARRYING OF DEADLY WEAPONS.

Be it ordained by the Board of Trustees of the inhabitants of the Village of Leonard, Mo., as follows:

SECTION 1. If any person shall carry concealed upon or about his person any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school-room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire-arms, bowie-knife, dirk, dagger, slung-shot or other deadly weapon, or shall in the presence of one or more persons, exhibit any such weapons in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall upon conviction be punished by a fine of not less than fifty nor more than two hundred dollars.

SECTION 2. This ordinance shall be in force from and after its passage and publication.

Passed and approved July 6th, 1891.

T. P. MANUEL, Chairman Board of Trustees.
I. N. WATSON, Village Clerk.

## TRUSTEE'S SALE

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 151

# PARK ORDINANCES.

SPRINGFIELD, MASS., May 2, 1891.

The Board of Park Commissioners of the City of Springfield, by virtue of its author-
ity to make Rules for the use and government of the Public Parks of said city, and for
breaches of such rules to affix penalties, hereby ordains that within the Public Parks,
except with prior consent of the Board, it is forbidden:—

1.  To cut, break, injure, deface, defile, or ill-use any building, fence, or other con-
struction, or any tree, bush, plant, or turf, or any other thing or property of said city,
or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2.  To allow animals of any kind to pass over or stray upon the Park lands, provided
this shall not apply to dogs when closely led by a cord or chain not more than six feet
long.

3.  To throw stones, balls, or other missiles; to discharge or carry firearms, fire-
crackers, torpedoes, or fireworks; to make fires; to play musical instruments; to have
any intoxicating beverages; to sell, offer, or expose for sale any goods or wares; to post
or display signs, placards, flags or advertising devices; to solicit subscriptions or contri-
butions; to play games of chance, or to have possession of instruments of gambling; to
make orations, harangues, or loud outcries; to enter into political canvassing of any
kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene
or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise
annoy other visitors.

4.  To take birds, fish, or any live animal or birds' nest, or in any way interfere with
cages, boxes, places, or inclosures for their protection.

5.  To play ball or any other games in any Public Park except such portions thereof
as may be set apart for that purpose.

6.  To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse, upon any
Park except upon regular carriage roads, and no heavy teaming will be allowed whatso-
ever.

7.  To drive or ride a horse or horses at a rate faster than eight miles an hour.

8.  To drive or ride any horse or animal not well broken and under perfect control of
the driver.

9.  To ride a cycle at a rate faster than eight miles an hour.

10.  To refuse to obey the orders or requests of either of the Commissioners, or of
the Park Police or other agents of the Commissioners, and to refuse to assist them when
required.   Any person willfully doing either of the things above forbidden, shall be
punished by fine not exceeding twenty dollars.

*Compliance with foregoing regulations is a condition of the use of these premises.*

DANIEL J. MARSH, *President,*
ORICK H. GREENLEAF,
JOHN E. TAYLOR,                    *Park*
EVERETT H. BARNEY,            *Commissioners.*
WILLIAM F. CALLENDER, *Secretary,*

# Exhibit 152



# Exhibit 153




DATE DOWNLOADED: Sat Feb  4 11:10:25 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1891-1892 95 .

ALWD 7th ed.
, , 1891-1892 95 .

Chicago 17th ed.
"," Vermont - 12th Biennial Session; Special Session - 1891 : 95-96


AGLC 4th ed.
" Vermont - 12th Biennial Session; Special Session - 1891 95

OSCOLA 4th ed.
" 1891-1892 95

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

SEC. 5.   This act shall take effect on the first day of May, 1893.

Approved November 22, 1892.

---

## No. 84.—AN ACT IN AMENDMENT OF SECTION 4074 OF THE REVISED LAWS, RELATING TO GAMES.

*It is hereby enacted by the General Assembly of the State of Vermont :*

Section four thousand and seventy-four of the Revised Laws is hereby amended by inserting therein, after the word "billiard table," in the first line of said section, the words "pool table."

Approved November 15, 1892.

---

## No. 85.—AN ACT AGAINST CARRYING CONCEALED WEAPONS.

*It is hereby enacted by the General Assembly of the State of Vermont :*

SECTION 1.   A person who shall carry a dangerous or deadly weapon, openly or concealed, with the intent or avowed purpose of injuring a fellow man, shall, upon conviction thereof, be punished by a fine not exceeding two hundred dollars, or by imprisonment not exceeding two years, or both, in the discretion of the court.

SEC. 2.   A person who shall carry or have in his possession while a member of and in attendance upon any school, any firearms, dirk knife, bowie knife, dagger or other dangerous or deadly weapon shall, upon conviction thereof, be fined not exceeding twenty dollars.

Approved November 19, 1892.

---

## No. 86.—AN ACT TO PREVENT FRAUD AT AGRICULTURAL FAIRS AND EXHIBITIONS OF HORSES.

SECTION.
1.   Societies authorized to hold public fairs may offer premiums or purses for competition of horses in respect to speed, and may make rules for the conduct of their exhibitions.

SECTION.
2.   Societies may classify horses respecting previous exhibitions of speed.
3.   Penalty for entering disguised horse, representing animal to be another horse; or entering horse in a class in which he is not elligible.
4.   When to take effect.

*It is hereby enacted by the General Assembly of the State of Vermont:*

SECTION 1.   Agricultural societies, corporations and associations, authorized under the laws of this State to hold public fairs

for the competition of horses or horse kind in respect to speed, are
hereby authorized to offer premiums or purses for success in such
competition, and to conduct and manage their exhibitions in ac-
cordance with their own rules and regulations, publicly advertised,
and not in conflict with the laws of this State.

SEC. 2.   Such societies, corporations and associations are here-
by authorized to establish and designate classes of horses or horse
kind, with respect to the previous exhibitions of speed of such
animals, or to any other reasonable and lawful grounds of classifi-
cation, particularly set forth in such publicly advertised rules or
regulations.

SEC. 3.   Whoever, for the purpose of competing for any purse
or premium, offered by any such society, corporation or association
within this State, shall knowingly and designedly enter or drive
any horse or animal of the horse kind that shall have been painted
or disguised ; or who, for such purpose, shall falsely and fraudu-
lently represent any animal of the horse kind to be another or dif-
ferent animal from the one it really is ; or who knowingly or de-
signedly, for the purpose of competing for any such premium or
purse, shall enter or drive any horse, or animal of the horse kind,
in a class where it is not entitled to be entered, under the said rules
and regulations of the society, corporation or association offering
such premium or purse, shall be deemed guilty of an offense under
section four thousand one hundred and fifty-four (4154) of the
Revised Laws of Vermont ; and upon conviction, shall be pun-
ished by a fine of not more than five hundred dollars, or by im-
prisonment not exceeding six months.

SEC. 4.   This act shall take effect from its passage.

Approved November 16, 1892.

---

## No. 87.—AN ACT TO PREVENT FRAUD IN THE SALE OF LARD.

*It is hereby enacted by the General Assembly of the State of Vermont :*

SECTION 1.   No manufacturer or other person shall sell, deliver,
prepare, put up, expose or offer for sale any lard, or any article in-
tended for use as lard, which contains any ingredient but the pure
fat of swine, in any tierce, bucket, pail, or other vessel or wrap-
per, or under any label bearing the words "pure," "refined,"
"family," or either of them, alone or in combination with other
words, unless every vessel, wrapper or label, in or under which
such article is sold, delivered, prepared, put up or exposed for sale,
bears on the top or outer side thereof, in letters not less than one-
half inch in length and plainly exposed to view, the words "com-
pound lard."

# Exhibit 154

# RULES AND REGULATIONS

FOR THE PROTECTION AND GOVERNMENT OF THE PARKS
OF CINCINNATI, O.

**Adopted by the Board of Park Commissioners May 16, 1892.**

The Board of Park Commissioners, as authorized by law, do hereby establish the following rules for the protection and government of the parks of the city of Cincinnati:

1. The parks will be opened to the public daily, except when special occasion may require any of them to be closed. The hours for opening and closing the different parks to be determined from time to time by the Board of Park Commissioners.

2. Visitors may walk upon any part of the lawns except those from which they are warned by signs.

3. In case of an emergency, such as blasting, or in any other case where life and property are endangered, all persons, if required to do so by the superintendent or his assistants, shall remove from the portion of the grounds specified by him, and shall remain off the same until permission is given to return.

4. No public meeting and no public discussion or debate shall be held within the limits of the parks.

5. No person shall be permitted, unless by the consent of the Board of Park Commissioners, to engage in any picnic or games, to play upon any musical instrument, or to take into or display in the park any flag, banner, target, or transparency; nor shall any military or target company, civic or other procession, or detachment of a procession, be permitted to drill, parade, or perform therein; nor shall any club or party of tricycle or bicycle riders make runs on or have parades therein.

Generated on 2023-10-24 18:02 GMT  /  https://hdl.handle.net/2027/nyp.33433084127376
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

6.  No person shall post or otherwise affix any bill, notice, or other paper upon any structure, tree, or any thing within the limits of the parks, or upon any gates or inclosure thereof, or distribute circulars, handbills, or petitions of any description within the parks.

7.  No person or persons shall be permitted to play at any game of chance nor do any obscene or indecent act whatever within the limits of the parks.

8.  All persons are forbidden to take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or any thing whatever belonging to the parks from any part of the land embraced within the boundaries of the parks.

9.  All persons are forbidden to cut, break, or have in their possession while in the parks any part of a tree, shrub, or flower, or any turf, or in any way to deface the same, or any part of the buildings, fences, or other construction within the parks, or in any way to hinder or interfere with those engaged in its improvement or the animals kept therein.

10.  No person shall expose any thing for sale in the parks unless previously permitted so to do by the Board of Park Commissioners, nor shall any hawking or peddling whatever be allowed therein.  No person shall expose any thing for sale on the sidewalks bounding the parks.

11.  All persons are forbidden to turn cattle, horses, goats, swine, poultry of any kind, or dogs upon the parks.  Any such animal found in the parks shall be impounded by the superintendent.  When the superintendent is satisfied as to the ownership, and the regular fine and fees are paid to him, he will deliver the animal to the owner.

12.  No threatening, abusive, insulting, or indecent language or disorderly conduct of any kind shall be permitted within the parks.

13.  No person shall bring into or discharge within the parks any firearms or other device by which birds or animals may be killed, injured, or frightened; no person shall throw stones or missiles within the parks.

14.  No fireworks shall be brought into the parks except by consent of the Board of Park Commissioners.

Generated on 2023-10-24 18:02 GMT / https://hdl.handle.net/2027/nyp.33433084127376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# Exhibit 155

## ORDINANCES.

The Board of Park Commissioners of the City of Lynn, by virtue of its authority to make rules for the use and government of the Public Parks of said City, and for breaches of such rules to affix penalties, hereby ordains that within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden:

1. To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush or turf, or any other thing or property.

2. To have possession of any freshly-plucked tree or bush.

3. To throw stones or other missiles; to discharge or carry firearms, except by members of the Police Force in the discharge of their duties; to discharge or carry firecrackers, torpedoes or fireworks; to make fires; to have any intoxicating beverages; to sell, to offer or expose for sale, any goods or wares; to post or display signs, placards, flags, or advertising devices; to solicit subscriptions or contributions; to play games of chance, or have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To allow cattle, horses, or other animals to pass over or stray upon the Park lands, provided that this shall not apply to those used for pleasure travel when on the ways or places provided and open for the purpose.

5. To drive a horse or horses at a rate faster than eight miles an hour.

6. To ride a horse at a rate faster than ten miles an hour.

7. To drive or ride any animal not well broken and under perfect control of the driver.

8. To play ball or other games or sports, except on grounds provided therefor.

9. To engage in conversation with men at work, or to obstruct, hinder or embarrass their movements.

24          REPORT OF THE PARK COMMISSIONERS.

10.   To refuse to obey the orders or requests of either of the
Commissioners, or of the Park Police, or other agents of the
Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbid-
den shall be punished by fine not exceeding twenty dollars.

Compliance with the foregoing regulations is a condition of the
use of these premises.

# Exhibit 156

Newspapers
by ancestry
https://www.newspapers.com/image/953638676

The Marceline Mirror (Marceline, Missouri) · Fri, Oct 28, 1892 · Page 8

Printed on Jun 25, 2023



## ORDINANCE NO. 9.

1. Penalty for violations of this ordinance.
2. Assault and battery.
3. Failing to assist in making arrest, etc.
4. Resisting arrest, etc.
5. Permitting games of chance.
6. Betting.
7. Disturbing religious meetings, etc.
8. Carrying concealed weapons into assemblies, etc.
9. Section 8 not to apply to police, etc.
10. Conflicting ordinances repealed.
11. Ordinance to take effect, when.

### In Relation to Miscellaneous Offenses and Their Penalties.

Be it ordained by the Board of Aldermen of the City of Marceline, as follows:

Section 1. It shall be unlawful for any person to commit any of the acts hereinafter mentioned or committed within the corporate limits of the City of Marceline, and any person so offending shall be deemed guilty of a misdemeanor against the ordinances of the city, and for such offense shall be punished as hereinafter provided.

Sec. 2. Every person who shall commit an assault and battery or a common assault upon another, or indecently expose his person, shall, upon conviction, be punished by a fine of not less than one, nor more than one hundred, dollars.

Sec. 3. Every person who, without reasonable cause, shall fail to assist in making an arrest, or committing any person to the city jail when required to do so by any police officer or overcity in the performance of his official duty, shall be guilty of a fine of not less than five, nor more than twenty, dollars, for every such offense.

Sec. 4. Every person who shall resist or attempt to hinder any officer of the city in the performance of his official duty, shall be punished by a fine of not less than ten, nor more than one hundred, dollars.

Sec. 5. Every person who shall suffer or permit any game of chance, upon the result of which any money or property or valuable thing whatever is bet, or be played in any building or room or upon any premises of which such person is the owner or has possession or control, shall be punished by a fine of not less than ten, nor more than one hundred, dollars.

Sec. 6. Every person who shall bet any money or property or valuable thing whatever upon the result of any game of chance shall be punished by a fine of not less than five, nor more than twenty-five, dollars.

Sec. 7. Every person who shall wilfully or contemptuously disquiet or disturb any congregation or assembly of persons met for religious worship, or for social or literary purposes, by making a noise or by rude or indecent behavior, or profane discourse within the place of assembly, or so near the same as to interrupt or disturb the order or solemnity thereof, or who shall wilfully menace, threaten or assault any person there being, shall be punished by a fine of not less than one, nor more than one hundred, dollars.

Sec. 8. Every person who shall carry concealed upon or about his person any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people have assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of fire-arms, bowie-knife, dagger, slung-shot, or other deadly weapon, or shall in the presence of one or more persons exhibit any such weapon in a rude or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drink, or shall directly or indirectly sell or deliver, loan or barter, to any minor any such weapon without the consent of the parent or guardian of such minor, shall, upon conviction, be punished by a fine of not less than fifty, nor more than one hundred, dollars.

Sec. 9. The next preceding section shall not apply to any police officer, nor to any officer or person whose duty it is to execute process or warrants, or to suppress breaches of the peace or make arrests, nor to persons moving or traveling peaceably through this state, and it shall be a good defense to the charge of carrying such weapon if the defendant shall show that he has been threatened with great bodily harm, or has good reason to carry the same in the necessary defense of his person, home or property.

Sec. 10. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Sec. 11. This ordinance shall take effect and be in force from and after its passage.

Read three times and passed and approved this 15th day of March, 1892.          W. A. Gates, Mayor.

[SEAL.]          Aaron Roots, President of Board.

Attest: J. Hemmings, City Clerk.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers™

# Exhibit 157

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 101 of 177   Page ID
#:1749

7.   Neglect to treat all officers and other persons civilly and respectfully on all occasions.

8.   Neglect to wear uniform while on duty according to regulations, or neglect to appear clean and tidy at all times.

9.   Intoxication, disobedience, laziness or inattention to duty, lounging or sleeping while on duty, or any conduct unbecoming a police officer.

The following rules and regulations were adopted by the Park Commissioners of the City of Milwaukee, at the meeting of September 8th, 1891, in pursuance and by virtue of the power and authority contained in Chapter 488, of the Laws of 1889, and Chapter 179 of the Laws of 1891, amendatory thereof, and are published in accordance with the requirements contained in said Chapters:

SECTION 1.   No person shall enter or leave the parks, except by the walks or drives.

SEC. 2.   No animals shall be allowed loose in the parks.

SEC. 3.   All persons are forbidden to carry fire-arms, or to throw stones or other missiles within the parks.

SEC. 4.   All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon the parks.

SEC. 5.   No driving or riding shall be allowed on any part of the parks at a rate exceeding six miles per hour, except on such drives and at such times as may be designated by the Park Commissioners.

SEC. 6.   No vehicle, horse or other animal shall go upon any part of the parks, except the carriage drives, and upon such

Generated on 2023-10-24 17:54 GMT  /  https://hdl.handle.net/2027/uiug.30112051213772
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

# Exhibit 158

**1025** (2766). **The same; opening graves for certain purposes.**—Every person who shall open a grave or other place of interment with intent to move the dead body of any human being for the purpose of selling the same, or for the purpose of dissection, or to steal the coffin or any part thereof, or the vestments or other articles interred with the dead body, or any of them, shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding two years, or in the county jail not more than six months, or by fine of not more than three hundred dollars, or both.

**1026** (2985). **Deadly weapons; carrying of concealed.** (Laws 1888, p. 89).—Any person who carries concealed, in whole or in part any bowie-knife, dirk-knife, butcher-knife, pistol, brass or metallic knuckles, slung-shot, sword, or other deadly weapon of like kind or description, shall be guilty of a misdemeanor, and, on conviction, shall be punished by a fine of not less than twenty-five dollars nor more than one hundred dollars, or be imprisoned in the county jail not less than one month nor more than three months, or both.

**1027. The same; not applicable to certain persons.**—Any person indicted or charged for a violation of the last section may show as a defense—

(a) That he was threatened, and had good and sufficient reason to apprehend a serious attack from an enemy, and that he did so apprehend; or

(b) That he was traveling and was not a tramp, or was setting out on a journey, and was not a tramp; or

(c) That he was a peace officer or deputy in the discharge of his duties; or

(d) That he was at the time in the discharge of his duties as a mail carrier; or

(e) That he was at the time engaged in transporting valuables for an express company or bank; or

(f) That he was in lawful pursuit of a felon.

And the burden of proving either of said defenses shall be on the accused.

The "traveling or setting out on a journey" in the statute means a travel of such distance as to take one beyond the circle of his friends and acquaintances.  McGuirk v. State, 64 Miss., 209.

The pursuit of a fugitive daughter, begun without knowing where it will lead, is "traveling on a journey."  Haywood v. State, 66 Miss., 402.

"Threatened with an attack" does not contemplate mere denunciation, but menace such as to cause a reasonable apprehension of an attack that might properly be resisted with the deadly weapon.  Tipler v. State, 57 Miss., 685.

Even if the accused be "threatened" and entertain the "apprehension," it will be no defense if he carried the weapon for some other reason, and for some other purpose.  McGuirk v. State, 64 Miss., 209.

The threats must not be too remote.  McGuirk v. State, 64 Miss., 210.

The act of 1888, amendatory of the Code, 1880, on the subject of carrying weapons concealed, was ex post facto in its application to offenses previously committed.  (1) It cut off a defense, and (2) it changed, but did not mitigate, the penalty.  Lindsey v. State, 65 Miss., 542; Hodnett v. State, 66 Miss., 26.

The statute makes the fact of carrying a weapon concealed criminal, regardless of intent.  Strahan v. State, 68 Miss., 347.

**1028** (2986). **The same; and cartridges not sold to infant or drunk person.** —It shall not be lawful for any person to sell, give, or lend to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any deadly weapon, or other weapon the carrying of which concealed is prohibited, or pistol cartridge; and, on conviction thereof, he shall be punished by a fine not less than twenty-five dollars nor more than two hundred dollars, or imprisoned in the county jail not exceeding three months, or both.

**1029** (2987). **The same; father not to suffer infant son to have or carry.**— Any father who shall knowingly suffer or permit any son under the age of sixteen

326

years to have or to own, or to carry concealed, in whole or in part, any weapon the carrying of which concealed is prohibited, shall be guilty of a misdemeanor, and, on conviction, shall be fined not less than twenty dollars nor more than two hundred dollars, or may be imprisoned not more than sixty days in the county jail, or both.

**1030** (2988). **The same; college students not to have, etc.**—A student of any university, college, or school, who shall carry, bring, receive, own, or have on the campus, college or school grounds, or within two miles thereof, any weapon the carrying of which concealed is prohibited, or a teacher, instructor, or professor who shall knowingly suffer or permit any such weapon to be carried, or so brought, received, owned, or had by a student or pupil, shall be guilty of a misdemeanor, and, on conviction, be fined not exceeding three hundred dollars or imprisoned in the county jail not exceeding three months, or both.

**1031** (2804). **The same; exhibiting in rude, angry, or threatening manner, etc.**—If any person, having or carrying any dirk, dirk-knife, sword, sword-cane, or any deadly weapon, or other weapon the carrying of which concealed is prohibited, shall, in the presence of three or more persons, exhibit the same in a rude, angry, or threatening manner, not in necessary self-defense, or shall in any manner unlawfully use the same in any fight or quarrel, the person so offending, upon conviction thereof, shall be fined in a sum not exceeding five hundred dollars or be imprisoned in the county jail not exceeding three months, or both. In prosecutions under this section it shall not be necessary for the affidavit or indictment to aver, nor for the state to prove on the trial, that any gun, pistol, or other fire-arm was charged, loaded, or in condition to be discharged.

The omission of the word "manner," after the words "rude, angry, and threatening," in an indictment, is a formal defect, and may be amended as such. In such indictment it is unnecessary to aver that the defendant was "carrying" the weapon.   Gamblin v. State, 45 Miss., 658.

**1032** (2769). **Disturbance of family; noises and offensive conduct.**—A person who willfully disturbs the peace of any family or person by an explosion of gunpowder or other explosive substance, or by loud or unusual noise, or by any tumultuous or offensive conduct, shall be punished by fine and imprisonment, or either; the fine not to exceed one hundred dollars, and the imprisonment not to exceed six months in the county jail.

What constitutes the offensive conduct, or the nature or character of the offensive conduct, should be stated in the affidavit or indictment.  Finch v. State, 64 Miss., 461.

This section and the next one are intended to protect the peace of families.   An affidavit or indictment averring the disturbance merely of an individual, charges no offense under either section.  Brooks v. State 67 Miss., 577.

**1033** (2770). **The same; using abusive, etc., language, etc.**—Any person who enters the dwelling-house of another, or the yard or curtilage thereof, or upon the public highway, or any other place near such premises, and in the presence or hearing of the family of the possessor or occupant thereof, or of any member thereof, or of any female, makes use of abusive, profane, vulgar, or indecent language, or is guilty of any indecent exposure of his person at such place, shall be punished for a misdemeanor.

Place is material.  An indictment charging the use of abusive language in a yard, is not sustained by proof of its use near the yard.  Quin v. State, 65 Miss., 479.

**1034** (2767). **Disturbance of worship; proceedings and penalty.**—If any person shall willfully disturb any congregation of persons lawfully assembled for reli-

327

# Exhibit 159

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 106 of 177   Page ID #:1754

mitigated by any provision of this ordinance, such provision may, by the consent of the party affected, be applied to any judgment pronounced after this ordinance takes effect.

## ARTICLE 35.

### PARKS AND PUBLIC GROUNDS.

Section.

1721. Parks and Public Grounds--Superintendence of.

1722. Entrance and Egress.

1723. Animals Prohibited.

1724. Fire-arms, Missiles, etc.--Injury to Property.

1725. Sales--Peddling and Hawking--Prohibited.

Section.

1726. Indecent Words or Act--Fortune Telling—Gaming.

1727. Bill Posting Forbidden.

1728. Grass Not to be Trodden—Except.

1729. Police– Arrest of Offenders.

1730. Penalty.

**1721.  Parks and Public Grounds—Superintendence of.]** § 1.  The commissioner of public works of the city of Peoria, shall have supervision and control of all public parks, public squares, and public grounds, in the city of Peoria, and shall appoint such park janitors as the city council may authorize, and shall keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to the plans approved by the city council.

**1722.  Entrance and Egress.]** § 2.  No person shall enter or leave any of the public parks, public squares, or public grounds of the city of Peoria, except by their gateways; and no person shall climb, or walk upon their walls or fences.

**1723.  Animals Prohibited.]** § 3.  Neither cattle, horses, goats, swine, or other animals, shall be turned into, or allowed in any of the parks, public squares, or public grounds, of the city of Peoria, by any person.

**1724.  Fire Arms, Missiles, Etc.—Injury to Property.]** § 4.  All persons are forbidden to carry fire arms, or to throw stones, or other missiles, within any of the public parks, public squares, or public grounds, within said city.  All persons

Generated on 2023-10-24 18:16 GMT  /  https://hdl.handle.net/2027/uiuo.ark:/13960/t5m95pm7g
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

668 ORDINANCES.

are forbidden to cut, break, or in any way injure, or deface, the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other property, within or upon any of the public grounds heretofore mentioned.

**1725. Sales, Peddling and Hawking Prohibited.**] § 5. No person shall expose any article or thing for sale upon any of said public parks, public squares or public grounds; nor shall any hawking, or peddling be allowed therein.

**1726. Indecent Words or Acts—Fortune Telling— Gaming.**] § 6. No threatening, abusive, insulting, or indecent language shall be allowed in any part of said public grounds, whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play at any game of chance, or with any table or instrument of gaming, nor to do therein, any obscene or indecent act.

**1727. Bill Posting Forbidden.**] § 7. No person shall post, or otherwise affix, any bills, notice, or other paper upon any structure or thing, within any of the said public grounds, nor upon any of the gates or enclosures thereof.

**1728. Grass Not to be Trodden—Except.**] § 8. No person shall go upon the grass, lawn, or turf of the parks, except when and where the word "common" is posted; indicating that persons are at liberty, at that time and place, to go on the grass.

**1729. Police—Arrest of Offender.**] § 9. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**1730. Penalty.**] § 10. Any person who shall violate any or either of the provisions, of any section, or clause of this chapter or article, or who shall neglect, or fail, or refuse, to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

Generated on 2023-10-24 18:16 GMT / https://hdl.handle.net/2027/uiuo.ark:/13960/t5m95pm7g
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Exhibit 160

## ORDINANCE No. A170.

### AN ORDINANCE RELATING TO PARKS AND PUBLIC SQUARES OF THE CITY OF SPOKANE.

The City of Spokane does ordain as follows :

SECTION 1.   The management and control of all public parks and public squares of the city is vested in the Park Commission.

SECTION 2.   It shall be the duty of the Park Commission to keep the fences of all enclosed public grounds in repair, and also all sidewalks around said public grounds.

SECTION 3.   No person shall enter or leave any of the public parks or other enclosed public grounds of the City of Spokane except by their gateway.   No person shall climb or walk upon their walls or fences.

SECTION 4.   Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of said parks, public squares or public grounds by any person.   All persons are forbidden to carry firearms or to throw stone or other missiles within any one of the public parks or other public grounds of the city.   All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions or property within or upon any of the said parks or public grounds.

SECTION 5.   No person shall expose any article or thing for sale upon any of said parks or other public grounds, except such person shall have been previously licensed by the Park Commission, nor shall any peddling or hawking be allowed therein.

SECTION 6.   No threatening, abusive, insulting or indecent language shall be allowed in any parks or public grounds of the city whereby a breach of the peace may be occasioned.   No person shall be allowed to tell fortunes or to play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

SECTION 7.  The Park Commission may direct that any of the entrances to the public park be closed at any time.

SECTION 8.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any park or other public grounds of the city nor upon any of the gates or enclosures thereof

SECTION 9.  No person shall, without the consent of the Park Commission, play upon any musical instrument, nor shall any person take into or carry or display in said public parks any banner, target or transparency.  No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolution or movement.  Nor shall any fire engine, hose cart or other machine on wheels, commonly used for the extinguishing of fire. be allowed on any part of said parks or other public grounds without the previous consent of the Park Commission, except in case of fire.

SECTION 10.  No person other than employees shall light, make or use any fire in said parks or other public grounds.

SECTION 11.  No person shall go upon the grass, lawn or turf of the parks or other public grounds, except when and where the word "Common" is posted; indicating that persons are at liberty at that time and place to go on the grass.  The Park Commission shall cause printed or written copies of prohibitions of this ordinance to be posted in said parks or grounds.

SECTION 12.  Any member of the city police shall have power to arrest any person who shall not desist from any violations of this ordinance when directed, and cause him to be committed for examination.

SECTION 13.  Any person who shall violate any provisions of this ordinance, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars nor more than one hundred dollars, and the costs of prosecution.

SECTION 14.  All ordinances and parts of ordinances in conflict herewith are heredy repealed.

318                    ORDINANCES OF THE

SECTION 15.   This ordinance shall take effect ten days after its passage.

Passed the City Council March 11, 1892.

———

## ORDINANCE No. A151.

AN ORDINANCE TO PROHIBIT THE PRINTING, PUBLICATION AND SALE OF OBSCENE AND IMMORAL PUBLICATIONS.

The City of Spokane does ordain as follows:

SECTION 1.   No person, firm or corporation shall print or publish, sell, or offer for sale, or give away, or exhibit within the City of Spokane, any obscene, immoral or indecent publication, print, picture, illustration or paper.

SECTION 2.   Any person, firm or corporation violating any provision of this ordinance shall, upon conviction thereof, be fined in any sum not less than ten dollars nor more than one hundred dollars and the costs of prosecution.

SECTION 3.   All obscene, immoral and indecent prints, pictures, publications or papers, are hereby constituted and declared a nuisance, and the Chief of Police is hereby authorized at his discretion to summarily seize and abate the same, whenever found within the limits of the city.

SECTION 4.   This ordinance shall take effect ten days after its passage.

Passed the City Council January 8, 1892.

Digitized by Google

# Exhibit 161

plead and be impleaded, contract and be contracted with; to acquire property, and to hold, use, manage, improve, rent, lease, and sell and convey same; and may have a common seal, and alter same at pleasure.

§ 3. The corporate powers of each of said cities shall be divided into three distinct departments, viz: The legislative, the executive and the judicial; and no person, or collection of persons, being of one of said departments, shall exercise any power properly belonging to either of the others, except as hereinafter expressly directed or permitted.

### *Legislative Department.*

§ 4. The legislative powers shall be vested in a board of councilmen, which shall be styled the "common council."

§ 5. No person shall be a councilman who, at the time of his election, is not a citizen of Kentucky, has not attained the age of twenty-four years, and who has not actually resided within the corporate limits of the city for which he is elected for two years next preceding his election, and the last year thereof in the ward for which he may be chosen, and who is not a freeholder in the city for which he is elected, or who is interested, directly or indirectly, in any contract with said city; or person holding any franchise under, or any contract with, the city; and no collector or keeper of the city funds shall be eligible unless he shall, previous to his election, have settled with the city and obtained a quietus.

§ 6. The common council shall determine as to the qualifications, elections and returns of its members, and cases of ineligibility and contested elections shall be heard and determined by the common council in such manner as shall be defined by ordinance, and the result declared by resolution, the yeas and nays to be called and entered upon the journal.

§ 7. If, after his election, any councilman shall incur any of the disqualifications enumerated in the

Digitized by Google

and the revenue therefrom shall be expended for no other purpose than that for which it is collected.

12. To prohibit and suppress all gambling houses, disorderly houses and bawdy houses, and the selling, displaying or exhibiting obscene pictures and literature.

13. To regulate, restrain or prevent the establishment or continuance in or near said city of any trade or occupation, business or manufactory offensive to the public, or dangerous to health, or in causing or producing fire; and to regulate the sale of fire-arms, and to prevent the carrying of concealed deadly weapons.

14. To regulate the storage of gunpowder, tar, pitch, rosin, saltpetre, gun cotton, coal oil, lime and other combustible, explosive or inflammable material, and the use of lights, candles, lamps, furnaces, stoves, steam pipes and other heating and lighting appliances in all sorts of buildings and places, and to regulate or suppress the use and sale of fire-crackers, fire-works and toy pistols.

15. To make all police regulations to secure and protect the general health, comfort, convenience, morals and safety of the public; and to define, declare, prevent, suppress and remove nuisances, either within the city or within one mile thereof.

16. To establish standard weights and measures to be used in the city.

§ 17. To provide for the inspection and measuring of lumber and other building materials.

§ 18. To provide for the inspection and weighing or measuring of stone, coal, wood and fuel, hay, corn and other grain, and produce of all kinds.

19. To provide for and regulate the inspection of beef, pork, flour, meal and other provisions, oil, whisky and other spirits.

20. To provide for and regulate the inspection of milk, butter, lard and other provisions; to regulate the vending of meat, poultry, fish, eggs, vegetables

Digitized by Google

# Exhibit 162

CRIMES AND PUNISHMENT. 503

(2402) § 6. Every person who, with intent to extort any money or other property from another, sends to any person any letter or other writing, whether subscribed or not, expressing or implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat. <span class="marginal">Sending threatening letter.</span>

(2403) § 7. Every person who unsuccessfully attempts by means of any verbal threat such as is specified in the second section of this article, to extort money or other property from another is guilty of a misdemeanor. <span class="marginal">Attempting to extort money.</span>

## ARTICLE 45.—CONCEALED WEAPONS.

SECTION.
1. Prohibited weapons enumerated.
2. Same.
3. Minors.
4. Public officials, when privileged.
5. Arms, when lawful to carry.

SECTION.
6. Degree of punishment.
7. Public buildings and gatherings.
8. Intent of persons carrying weapons.
9. Pointing weapon at another.
10. Violation of certain sections.

(2404) § 1. It shall be unlawful for any person in the Territory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided. <span class="marginal">Prohibited weapons enumerated.</span>

(2405) § 2. It shall be unlawful for any person in the Territory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided. <span class="marginal">Same.</span>

(2406) § 3. It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article. <span class="marginal">Minors.</span>

(2407) § 4. Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person. <span class="marginal">Public officers, when privileged.</span>

(2408) § 5. Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise. <span class="marginal">Arms, when lawful to carry.</span>

(2409) § 6. Any person violating the provisions of any one of the foregoing sections, shall on the first conviction be adjudged guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or both at the discretion of the court. On the second and every subsequent con- <span class="marginal">Degree of punishment.</span>

CRIMES AND PUNISHMENT.

Chap. 25.

viction, the party offending shall on conviction be fined not less than fifty dollars nor more than two hundred and fifty dollars or be imprisoned in the county jail not less than thirty days nor more than three months or both, at the discretion of the court.

Public buildings and gatherings.

(2410) § 7. It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.

Intent of persons carrying weapons.

(2411) § 8. It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.

Pointing weapon at another.

(2412) § 9. It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise.

Violation of section seven.

(2413) § 10. Any person violating the provisions of section seven, eight or nine of this article; shall on conviction, be punished by a fine of not less than fifty dollars, nor more than five hundred and shall be imprisoned in the county jail for not less than three not more than twelve months.

## ARTICLE 46.—FALSE PERSONATION AND CHEATS.

SECTION.
1. False impersonation, punishment for.
2. False impersonation and receiving money.
3. Personating officers and others.
4. Unlawful wearing of grand army badge.
5. Fines, how paid.
6. Obtaining property under false pretenses.

SECTION.
7. False representation of charitable purposes.
8. Falsely representing banking corporations.
9. Using false check.
10. Holding mock auction.

Punishment for false impersonation.

(2414) § 1. Every person who falsely personates another, and in such assumed character, either:

First. Marries or pretends to marry, or to sustain the marriage relation toward another, with or without the connivance of such other person; or,

Second. Becomes bail or surety for any party, in any proceeding whatever, before any court or officer authorized to take such bail or surety; or.

Third. Subscribes, verifies, publishes, acknowledges or proves, in the name of another person, any written instrument, with intent that the same may be delivered or used as true; or,

Fourth. Does any other act whereby, if it were done by the person falsely personated, he might in any event become liable to any suit or prosecution, or to pay any sum of money, or to incur any charge, forfeiture or penalty, or whereby any benefit might accrue to the party personating, or to any other person.

# Exhibit 163

shall have power to grant a "leave of absence" to all inmates of the institution who shall prove by their diligence and upright behavior that they are entitled to the same; *provided*, that such "leave of absence" shall be given only upon the condition that such youth shall continue to lead a useful and honorable life; and the board shall have full power to recall all such absentees who may lapse into their former vicious habits.

Section 18.  Any boy or girl committed to the state reform school shall be there kept, disciplined, instructed, employed, and governed until he or she arrives at the age of majority, or is bound out, reformed, or legally discharged under the direction and discretion of the said board.  The binding out or discharge of a boy or girl as reformed, or having arrived at the age of majority, shall be a complete release from all penalties incurred by conviction of the offense for which he or she was committed, except as provided for in section 17 of this act.

Section 19.  If any boy or girl convicted of any misdemeanor, committed to the reform school, shall prove unruly or incorrigible, or if the board of trustees shall decide that his or her presence is dangerous to the welfare of the school, the board shall have power to order his or her return to the county from which he or she came and deliver to the sheriff of the said county, and proceedings against him or her shall be resumed as if no warrant or order committing him or her to the reform school had been made; and the said sheriff shall be notified of such order by the superintendent of the school, and shall immediately, or at the earliest practicable day thereafter, visit the said school and receive such youth from the authorities of said institution.

Section 20.  When any youth are committed to the reform school all expenses occurring in such cases, including the cost of transportation, both going and coming, shall be borne by the county from which such youth are committed.  Commitments to said reform school shall be made in accordance with the provisions of this act; *provided, however*, that upon the application to the proper court by any religious society or body to which said youth or the parents of said youth may belong for the custody of such youth, when such religious society or body has provided a suitable institution for the care and reform of delinquent children or minors, the court, upon satisfactory showing by such religious society or body of such fact, may commit such minor to such religious institution.

Section 21.  Upon the temporary or permanent discharge of any person committed to the reform school, the superintendent shall provide him with suitable clothing and procure transportation for him to his home, if resident in this state, or to the county in which

76                          GENERAL LAWS.

he may have been convicted; *provided*, that such discharge shall be approved by the said board of trustees; *and provided further*, that all expenses of transportation occurring in such cases shall be paid by the counties from which such youth were committed.

Section 22.  If any parent or guardian or master to whom a youth has been apprenticed, or any person occupying the position of a parent, protector, or guardian in fact or in reality by blood or marriage, shall feel aggrieved by such commitment to such institution, he [may] make written application to the board of trustees of the institution for the discharge of such youth, which application shall be filed with the superintendent, who shall inform the board thereof, and the same shall be heard and determined by such board at such time and place as they shall appoint for that purpose, not later than the next regular meeting of the board.  Such application shall state the grounds of the applicant's claim to the custody of the youth, and the reasons for claiming such custody.  Within ten days after hearing said application, the board shall make and announce their opinion thereon, and if they shall be of the opinion that the welfare of such youth would be promoted by granting the application, they shall make an order to that effect; otherwise they shall deny the application; *provided*, that all expenses occurring in such cases shall be paid by said parents, guardians, or masters.

Section 23.  Whenever the number of boys committed to the reform school shall exceed the accommodations thereof, it shall be the duty of the board of trustees to notify all the proper courts of the same, and no more commitments to the school shall be made until due proclamation shall have been made by the board of trustees that additional room has been provided.

Section 24.  If any person shall procure the escape of any youth committed to the reform school, or devise, or connive at, aid or assist in such escape, or conceal any such youth so committed after such escape, he shall, upon conviction thereof in any court of competent jurisdiction, be punished by a fine of not less than one hundred nor more than one thousand dollars, or be imprisoned in the county jail not less than two months nor more than one year, or by both such fine and imprisonment; or if such youth so convicted be under the age of sixteen years, then he shall be committed to the reform school, as in this act provided.

Section 25.  So much of the acts entitled "An act to establish a reform school for juvenile offenders, and erect necessary buildings therefor," approved February 18, 1889, and "An act to provide for the further establishment, advancement, and development of the state reform school," approved February 20, 1891, as is in conflict with the provisions of this act, is hereby repealed.

## GENERAL LAWS.                                        77

Section 26.   Inasmuch as there is urgent need for the application of the amendments herein made, this act shall be in force from and after its approval by the governor.

Filed in the office of the secretary of state, February 20, 1893.

---

### AN ACT                          [s. b. 164].

To Amend an Act entitled "An Act to Protect Hotel Keepers, Inn-keepers, and Boarding-house Keepers," approved February 25, 1889.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 1 of an act entitled "An act to protect hotel keepers, inn-keepers, and boarding-house keepers," approved February 25, 1889, be and the same is hereby amended so as to read as follows:—

Sec. 1.   Hotel keepers, inn-keepers, lodging-house keepers, and boarding-house keepers shall have a lien upon the baggage, clothing, jewelry, and other valuables of their guests, lodgers, or boarders brought into such hotel, inn, lodging-house, or boarding-house by such guest, lodger, or boarder for the reasonable charges due from such guests, lodgers, or boarders for their accommodation, board, or lodging, and such extras as are furnished at the request of such guest, lodger, or boarder; and such hotel keeper, inn-keeper, lodging-house keeper, or boarding-house keeper may retain and hold possession of such baggage, clothing, jewelry, and other valuables until such charges be paid.

Filed in the office of the secretary of state, February 20, 1893.

---

### AN ACT                          [s. b. 179.]

To Amend Section 1 of an Act entitled "An Act to Amend Sections 2246 and 2247 of the Laws of Oregon, as Compiled and Annotated by W. Lair Hill, Relating to the Boundaries of Clatsop County, and the Line of Boundary between the Counties of Clatsop and Tillamook," approved February 20, 1891.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 1 of an act entitled "An act to amend sections 2246 and 2247 of the laws of Oregon, as compiled and annotated by W. Lair Hill, relating to the boundaries of Clatsop county and the line of boundary between the counties of Clatsop and Tillamook," be and the same is hereby amended so as to read as follows:—

78                    GENERAL LAWS.

Sec. 1.  That section 2246 of the general laws of Oregon, as
compiled and annotated by W. Lair Hill, relating to the boundaries
of the county of Clatsop, be and is hereby amended so as to read as
follows:

§ 2246.  The boundaries of the county of Clatsop shall be as
follows:  Commencing at a point where the west boundary line of
Columbia county intersects the line of low tide on the south shore
of the Columbia river, and thence southerly along the west bound-
ary line of Columbia county to and along the line between ranges
five and six west of the Willamette meridian to an intersection with
the line dividing townships numbered three and four north; and
thence west along the line dividing townships numbered three and
four north to the shore of the Pacific ocean; and thence west to the
west boundary line of the state of Oregon; and thence northerly
along said west boundary line of said state to a point due west of
and opposite the middle of the north ship channel of the Columbia
river; thence easterly to and up the middle channel of said river
along the north boundary line of the state of Oregon to a point due
north of the point of beginning, and thence south to the point of
beginning.  And said Clatsop county and the courts in and for the
said county are hereby vested with jurisdiction in civil and crim-
inal cases upon the Columbia river to the north shore thereof
opposite the said county of Clatsop.

Filed in the office of the secretary of state, February 20, 1893.

————

AN  ACT                    [s. b. 207.]

To Change the Boundary Line of Multnomah and Clackamas Counties in the
State of Oregon.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.  That portion of Clackamas county, Oregon, lying
within the present boundary lines of the city of Sellwood, and
described as follows:  Commencing at a point at the ¼ post between
sections 23 and 26, township 1 south, range 1 east; thence east to
the east line of said city of Sellwood; thence south along the east
line of said city of Sellwood to the southeast corner of said city;
thence west and westerly along the south line of said city to the
center of the Willamette river; thence down the center of said
river to the line between sections 22 and 27, township 1 south,
range 1 east; thence east along the line between sections 22, 27,
23, and 26 to the place of beginning,—be and the same is hereby
detached from the county of Clackamas and annexed to the county

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 123 of 177   Page ID #:1771

of Multnomah.   All acts and parts of acts in conflict with this act are hereby repealed.

Section 2.   The county court of Multnomah county, Oregon, shall procure or cause to be procured properly attested copies of the records of Clackamas county, Oregon, affecting the title to real estate situated in the territory described in section one of this act, and have the same recorded in the records of Multnomah county, Oregon, and thereafter such records shall be recognized and become a part of the official records of said Multnomah county, Oregon.

Filed in the office of the secretary of state, February 20, 1893.

---

## AN ACT                                [S. B. 15.]

**To Prevent a Person from Trespassing upon any Enclosed Premises or Lands not His Own Being Armed with a Gun, Pistol, or other Firearm, and to Prevent Shooting upon or from the Public Highway.**

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   It shall be unlawful for any person, other than an officer on lawful business, being armed with a gun, pistol, or other firearm, to go or trespass upon any enclosed premises or lands without the consent of the owner or possessor thereof.

Section 2.   It shall be unlawful for any person to shoot upon or from the public highways.

Section 3.   It shall be unlawful for any person, being armed with a gun or other firearm, to cause, permit, or suffer any dog, accompanying such person, to go or enter upon any enclosed premises without the consent of the owner or possessor thereof; *provided,* that this section shall not apply to dogs in pursuit of deer or varmints.

Section 4.   Any person violating the provisions of this act shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not less than fifteen dollars nor more than fifty dollars, and in default of the payment of the fine imposed shall be committed to the county jail of the county in which the offense is committed, one day for every two dollars of the said fine.

Section 5.   Justices of the peace for the proper county shall have jurisdiction of the trial of offenses herein defined.

Filed in the office of the secretary of state, February 20, 1893.

Compendium
Page 510

80                          GENERAL LAWS.

## AN ACT                                [ H. B. 318.]

#### To Reimburse Certain Counties in this State, entitled to Rebate on Account of Overpaid Taxes.

Whereas under a decision of the supreme court of the state of Oregon, filed June 18, 1892, certain taxes levied by the governor, the secretary of state, and state treasurer, acting jointly as a state board of levy, were declared illegal; and whereas prior to the rendition of the decision referred to, sundry amounts were paid into the state treasury and the official receipt of the state treasurer issued therefor to the treasurers of the counties hereinafter named, thus overpaying the amount due from said counties for the year 1891; therefore,

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That the state treasurer be and hereby is authorized and directed to credit the counties hereinafter named with the amounts overpaid by them on account of state taxes for the year 1891, upon any taxes now due, or that may become due from such counties, as follows:—

To Columbia county—
Current expense tax, 1891 _____ _____ $152 54
Militia  tax, 1891 _____   6 55
University tax, 1891 _____   4 68—$163 77
   To Grant county—
Militia tax, 1891 _____ _____ $  2 56
University tax, 1891 _____   1 83—$  4 39
   To Harney county—
Militia tax, 1891 _____ _____ $ 34 95
University tax, 1891 ____ _____  24 96—$ 59 91
   To Josephine county—
Current expense tax, 1891 _____ $483 81
Militia tax, 1891 _____ _____  21 77
University tax, 1891 _____  14 83—$520 41
   To Klamath county—
Militia tax, 1891 _____ _____ $ 34 58
University tax, 1891 _____  24 68—$ 59 26
   To Lake county—
Militia tax, 1891 _____ _____ $ 67 94
University tax, 1891 _____  48 54—$116 48
   To Lane county—
Militia tax, 1891 _____ _____ $ 14 53
University tax, 1891 _____  10 37—$ 24 90

To Sherman county—

| | |
|---|---|
| Current expense tax, 1891 | $ 19 29 |
| Militia tax, 1891 | 82 |
| University tax, 1891 | 59—$ 20 70 |

Section 2.  That the state treasurer be and is hereby authorized and directed to credit to Umatilla county on account of the current expense and the special state taxes for 1891, the sum of $224.05, on account of errors in the assessment roll of said county of 1891, as shown by a statement on file in the office of the secretary of state.

Section 3.  Inasmuch as the counties named have been for several months deprived of the use of the several amounts named, this act shall take effect and be in force from and after its approval by the governor.

Approved February 21, 1893.

[NOTE.—See note respecting H. B. 318 under head of "Certificate of Secretary of State," *post.*]

---

## AN ACT                                                [S. B. 159.]

#### To Provide for the Satisfaction of Mortgages when Foreclosed.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.  That it shall be the duty of all clerks of the circuit court in the counties where there is a recorder, whenever a decree of foreclosure shall be returned in such court foreclosing a mortgage on real estate, to make out a certificate stating that such mortgage has been foreclosed, and the date of such foreclosure, and the number of the journal and page thereof in which such decree is entered, and deliver the same to the recorder, and thereupon such recorder shall enter upon the margin of the record of such mortgage the word "foreclosed," and the date of such foreclosure with the number and page of the journal of such decree.

Section 2.  In counties where the county clerk acts as recorder of conveyances, he shall, upon the entry of any decree foreclosing a mortgage on real estate, make on the margin of the record of such mortgage the record provided for in section 1 of this act.

Section 3.  Whenever any person shall present to the recorder of conveyances, or county clerk acting as such, a certificate from the clerk of the United States circuit court of the foreclosure of any mortgage on real estate, as provided in section 1 of this act, such recorder shall make the record so provided in such section.

Approved February 21, 1893.

6

82                          GENERAL LAWS.

## AN ACT                                    [ s. b. 145.]

To Authorize County Courts to Offer Rewards for the Apprehension of Crimi-
nals and Fugitives from Justice.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   If any person or persons charged with or convicted
of any felony within this state, shall break prison, escape, or flee
from justice, or abscond, or secrete himself, in such cases it shall be
lawful for the county court of such county where said crime has
been committed, if the said court shall deem necessary, to offer a
reward not to exceed the sum of one thousand ($1,000) dollars for
the apprehension and delivery of each of the bodies of said person
or persons to the custody of such officer as the said court shall
direct.

Section 2.   Any person apprehending and delivering the body
or bodies of such person or persons to the proper officer and pro-
ducing to the county court the receipt of such officer, shall be
entitled to and shall be paid the reward offered by the county
court.

Section 3.   The county court shall on the presentation of the
duly certified claim of the applicant for reward and accompanied
by the proper orders and receipts, shall certify the amount offered
in such reward to the county clerk of such county under the seal
of such county court, and the county clerk of such county shall
draw a warrant on the treasurer of such county for the amount so
authorized.

Section 4.   If the sheriff of any other county than the one
where said crime was committed apprehend the said criminal, he
shall elect to receive either the reward offered or the regular fees
allowed him by law for such service.

Approved February 21, 1893.

___

## AN  ACT                                   [ s. b. 59.]

To Amend an Act entitled "An Act to Provide Times and Places of Holding
the Terms of Court in the Sixth Judicial District of the State of Oregon,
and to Repeal all Acts and Parts of Acts in Conflict with this Act," and to
Increase the Salaries of the Judges therein.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

That an act entitled an act to provide the time and places of
holding the circuit court in the sixth judicial district in the state of
Oregon, and to repeal all acts and parts of acts in conflict with this

act, which act was approved February 20, 1891, be and the same is hereby amended so as to read as follows:—

Section 1. That the circuit court of the state of Oregon in and for the sixth judicial district of said state, shall be held each year at the county seat of the respective counties of said district as follows, to wit:—

In the county of Umatilla, on the third Monday in January, the first Monday in June, and the second Monday in October.

In the county of Union, on the fourth Monday in February, the second Monday in July, and the fourth Monday in October.

In the county of Wallowa, on the third Monday in April and the third Monday in September.

In the county of Baker, on the third Monday in June, the second Monday in November, and the second Monday in February.

In the county of Malheur, on the first Monday in June and the fourth Monday in November.

In the county of Grant, the fourth Monday in May and the second Monday in October.

In the county of Harney, on the third Monday in May and the fourth Monday in October.

Section 2. Inasmuch as there exists at the present, in order to dispatch the business of said district, a necessity for the passage of this act, it is further provided that the same shall be in force and effect from and after its approval by the governor.

Approved February 21, 1893.

---

## AN ACT [S. B. 45.]

To Amend Section 951 of Title I. of Chapter XII. of the Code of Civil Procedure, as Compiled and Annotated by W. Lair Hill, and Section 954 of Title II. of Chapter XII. of the Above-mentioned Code, and Sections 958 and 968 of Title III. of Chapter XII. of the Above-mentioned Code.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1. That section 951 of title I. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 951. A person may be excused from acting as a juror when his own health or the death or sickness of a member of his family requires his absence; but no person shall be required to serve as a petit juror at any one term of the court for more than four weeks, and shall upon application be entitled to be discharged from further attendance upon the court as such juror at such term, after he has served for such period of four weeks as aforesaid.

84                          GENERAL LAWS.

Section 2.   That section 954 of title II. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 954.   The jury list shall contain the names of at least two hundred persons, if there be that number of qualified jurors upon the assessment roll, and not more than six hundred persons.   They shall be selected from the different portions of the county in proportion to the number qualified upon the assessment roll as much as practicable.

Section 3.   That section 958 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 958.   For the circuit court, thirty-one names shall be drawn, from which number the grand and trial jurors for the term are selected, as elsewhere provided in this code; *provided*, that in districts composed of no more than one county and having more than one judge of that circuit court in said district, a large number of jurors shall be drawn when ordered by the oldest judge in commission of such circuit court, in his discretion; or, in case of his absence or inability to act, the next oldest in commission.   For the county court, twelve names shall be drawn, from which number the trial juries are selected in like manner.

Section 4.   That section 968 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 968.   Whenever, for any reason, the number of jurors, either in whole or in part, required by this code, do not attend a term of the court, or when they have served the full time required by this code as jurors, and have been discharged, as elsewhere provided, the court has power to order an additional number of jurors drawn from the jury box to fill up the regular panel in the same manner as the original panel is required to be drawn, which jurors shall be summoned and required to attend as jurors in the same manner and with like effect as if drawn on the original panel; *provided*, that whenever the regular panel becomes exhausted for any reason, the court may in its discretion direct the sheriff to summons forthwith from the body of the county, persons whose names are upon the tax roll and having the qualifications of jurors to serve in said cause, but persons so summoned from the body of the county shall not be disqualified by reason thereof from being drawn and serving as jurors upon the regular panel as hereinbefore provided and shall not be subject to challenge for that cause.

Approved February 21, 1893.

GENERAL LAWS. 85

AN ACT [ s. b. 22.]

To Define and Punish Obstruction to Railroads, Railroad Trains, Railroad Tracks, Street Cars and Street-Car Tracks in the State of Oregon, and to Protect the Passengers and Employés Riding upon any Train or Car in said State.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   Any person who shall wilfully or maliciously place any obstruction on any railroad track or roadbed, or street-car track in the state of Oregon, or who shall, without the right so to do, loosen, tear up, remove, or misplace any rail, switch, frog, guard-rail, cattle-guard, or any part of such railroad track or roadbed or street-car track, or who shall, in any manner so as to endanger the safety of any train, car, or engine, or so as to endanger or injure any passenger or person riding thereon, tamper with or molest any such road, roadbed, track, signal flag or signal torpedo, shall, upon conviction thereof, be punished by imprisonment in the penitentiary not exceeding ten years or by imprisonment in the county jail not exceeding one year.

Section 2.   Any person who shall, within the state of Oregon, wilfully or maliciously place any obstruction upon any railroad track or roadbed, or street-car track, or shall misplace, remove, obstruct, detach, damage, or destroy any rail, switch, frog, guard-rail, cattle-guard, or any other part of such railroad track or roadbed or street-car track, thereby causing the death of any passenger or employé of such railroad or street railway, shall, upon conviction thereof, be deemed guilty of murder and punished accordingly.

Section 3.   Whereas the public safety is imperiled on account of attempted train wrecks by evil-minded persons, and there is no adequate protection against the same under existing law, this act shall take effect and be in force from and after its approval by the governor.

Approved February 21, 1893.

AN ACT [ h. b. 379.]

To Provide for the Collection of Taxes.

Whereas the act known as house bill No. 125, passed at the present session of the legislature, appears to repeal the method now provided for the collection of taxes on mortgages for the year 1892 as same are now assessed and have been equalized on the assessment rolls for said year; and whereas it was not intended that

# Exhibit 164

496                    ORDINANCES—EXECUTIVE DEPARTMENTS.

### BUREAU OF PARKS.

July 31, 1893, § 1.
O. B. 9, 262.

Bureau of parks created.

Officers and employees.

1.   There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (a).

July 6, 1896.
O. B. 11, 139.

Preamble.

Preamble.

Ibid § 1.

Watchmen compensation.

2.   WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

3.   Be it ordained, &c., That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

Ibid. § 2.

4.   The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

July 27, 1893, § 1.
O. B. 9, 260.

Rules adopted.

5.   Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.*   No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.*   No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.*   No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.*   No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(a)  As amended by ordinance of Nov. 23, 1893, O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 49.

**Compendium
Page 518**

# Exhibit 165

Case 8:23-cv-01696-CJC-ADS Document 22-3 Filed 11/03/23 Page 133 of 177 Page ID #:1781

disorderly house within the limits of this city, or who shall
suffer or permit any drunkenness, quarreling, fighting, unlaw-
ful games, or riotous or disorderly conduct whatever on his
premises shall be guilty of an offense, and upon conviction
thereof shall be liable to a fine in any sum not exceeding one
hundred dollars or to be imprisoned in the city jail not exceed-
ing one hundred days, or to both fine and imprisonment.

### Intoxication.

SEC. 110. Every person found drunk or intoxicated in or
upon any street, alley, highways or public place within the
limits of this city is guilty of an offense, and upon conviction
thereof shall be liable to a fine in any sum not exceeding one
hundred dollars, or to be imprisoned in the city jail not ex-
ceeding one hundred days, or to both fine and imprisonment.

### Concealed Weapons.

SEC. 111. Every person who shall wear, or carry upon
his person any pistol, or other fire arm, slungshot, false-
knuckles, bowieknife, dagger or any other dangerous or
deadly weapon within the limits of this city is guilty of an
offense, and upon conviction thereof shall be liable to a fine in
any sum not exceeding twenty-five dollars, or to be imprisoned
in the city jail not exceeding twenty-five days, or to both
fine and imprisonment; *Provided*, That nothing in this section
shall be construed to apply to any peace officer of the United
States, the Territory of Utah, or of this city.

### Resisting an Officer.

SEC. 112. Any person who shall attempt by means of
any threat or violence, to deter or prevent any peace officer of
this city from performing any of the duties imposed upon him
by ordinance, order or resolution of the city council, or who
shall knowingly resist, by the use of force or violence, any
such officer in the performance of his duty, is guilty of an
offense, and upon conviction thereof shall be liable to a fine in
any sum not exceeding one hundred dollars, or to be imprisoned
in the city jail not exceeding one hundred days, or to both
fine and imprisonment.

### Refusing to Assist Officer.

SEC. 113. Every person refusing or neglecting, when

Generated on 2023-02-10 04:04 GMT / https://hdl.handle.net/2027/njp.32101078192596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

# Exhibit 166

Case 8:23-cv-01696-CJC-ADS Document 22-3 Filed 11/03/23 Page 135 of 177 Page ID
#:1783
The Ridgeway Journal (Ridgeway, Missouri) · Thu, Apr 6, 1893 · Page 4

https://www.newspapers.com/image/858847805

Printed on Jun 25, 2023



Copyright © 2023 Newspapers.com. All Rights Reserved.

deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people have assembled for educational, literary or social purposes, or to any election precinct on any election day in said village, or into any court room during the sitting of court, or into any public assemblage of persons met for any lawful purpose, other than military drill or meetings called under the military law of the state, having on or about his person any kind of fire arms, bowie knife, dirk, dagger, slung shot or other deadly weapon, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon on or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of his parent or guardian, he shall, upon conviction, be adjudged guilty of a misdemeanor, and fined in a sum not less than twenty-five nor more than one hundred dollars. Provided that this section shall not apply to officers or persons whose duty it is to execute warrants or suppress breaches of the peace, nor to persons traveling peaceably through said village, not a resident of said county.

SEC. 13. Every person who shall play at any game of any kind whatsoever for money or property, with dice, cards or any other devise which may be used in playing any game of chance, or in which chance is an element, or shall bet or wager on the hands, or cards or sides of such as do play in said village, shall be deemed guilty of a misdemeanor and punished by a fine of not less than ten nor more than one hundred dollars.

SEC. 14. Every person who shall either labor himself or compel or permit his apprentice or servants or any other person under his charge or

Copyright © 2023 Newspapers.com. All Rights Reserved.

# Exhibit 167

# RULES AND REGULATIONS OF THE BOARD OF PARK COMMISSIONERS,

## As Amended and in Force September 1st, 1893.

1. No person shall ride or drive upon any other part of the Park than upon such roads as may be designated for such purposes. . . . . . . . . . . . . . . . . . Penalty, $5 00

2. No person shall be permitted to bring led horses within the limits of the Park, or to turn any horses, cattle, goats, swine, dogs, or other animals loose in the Park. . . . . Penalty, $5 00

3. No person shall indulge in any threatening, abusive, insulting, or indecent language in the Park. . . . . Penalty, $5 00

4 No person shall engage in gaming, or commit any obscene or indecent act in the Park. . . . . . . Penalty, $10 00

5. No person shall go into bathe in any of the waters within the Park. . . . . . . . . . . . . . . . . . Penalty, $5 00

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook, or other water, or in any way foul any of the same, which may be within the boundaries of the Park Penalty, $5 00

7. No person shall carry fire-arms or shoot birds or other animals within the Park, or throw stones or other missiles therein.
Penalty, $5 00

8. No person shall disturb birds, or annoy, strike, injure or kill any animal, whether wild or domesticated, within the Park.
Penalty, $5 00

9. No person shall cut, break, or in anywise injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges, or other structures within the Park.
Penalty, $10 00

10 No person shall injure, deface, or destroy any notices, rules or regulations for the government of the Park posted or in any other manner permanently fixed, by order or permission of the Board of Park Commissioners or their officers or employes.
Penalty, $10 00

*Adopted October* 12, 1887.

Digitized by Google

# Exhibit 168

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 140 of 177   Page ID
#:1788

insist upon going on the trails with their road horses, animals entirely
unfit for such service.  They take the trails without guides and without
regard to the perils of passing parties that may be met mounted on the
regular trail animals, and without thought of the consequences fatal to
themselves and others that may result from their own lack of judgment
and the inexperience of their animals.  During the last season the com-
mittee has to report two accidents on the Glacier Point trail from these
causes.  In one, a road horse, ridden by a lady, went over the cliff, car-
rying with it the rider, who, fortunately, was caught by a tree top and
saved from death.  In the other, a horse unaccustomed to packing, but
used to carrying a camper's lunch up the same trail, went over and was
never seen nor heard of afterward.  Your committee need not dwell
upon the melancholy consequences, if at the occurrence of either acci-
dent, when the bodies of the animals went rolling and bouncing down
the cliff, loosening stones and dirt, there had been a mounted party
below, with the resulting scare and stampede which such a sight would
cause even amongst the regular trail animals.  Other visitors, who take
the trail on foot, were found to practice leaving the path and cutting
across the zigzags, thereby loosening stones and starting avalanches.  In
other cases it was perfectly evident that they had willfully removed the
stones of the retaining walls of the trail to use in rolling down the
cliff, across walls and parapets, and knocking them out of place, endan-
gering the trail, destroying its defensive walls, and creating risks for
others, and even for themselves.

  These several acts attracted not only the attention of your committee,
but were observed by others, and widely and correctly reported, and as
a result we received the following communication from the Sierra Club,
an organization devoted to acquiring and spreading knowledge of our
mountains, to the preservation of forests and natural scenery, all public
objects of high importance:

MARCH 9, 1894.

*To the Yosemite Commission, etc.:*

  The following named members of the Sierra Club have been appointed a committee
to consider certain reports relating to the injury and defacement of natural objects in
the Yosemite Valley, and to recommend such measures as may be found to be practica-
ble and advisable to prevent such injuries in the future : Prof. George Davidson, Judge
M. H. Myrick, Thomas Magee, James Runcie, Elliott McAllister.
  The committee has received statements setting forth the details of acts of vandalism
by visitors to the Valley, which, in the absence of any system of patrol and supervision,
may be repeated at any time.  The committee is prepared to submit these statements
to the Commisson and will be glad to be advised if it will be convenient for the Com-
missioners to confer with them with a view to taking such measures as will secure the
Valley from such injuries at the hands of visitors during the coming season.
  For the committee.

J. E. RUNCIE,
Secretary, 317 Powell Street.

  In response to this invitation members of your committee met the
representatives of the club and thoroughly canvassed the interests and
affairs of the Valley and Big Tree Grove.  The consultation developed
an active sympathy on the part of the club with this Commission and
its work.  We submitted to the club the following proposed code of
rules and discipline, aimed at correcting the abuses above named:

*Rules and Regulations for the Convenience and Safety of Campers and Tourists and the
Preservation of the Valley.*

  I. All campers must report to the Guardian upon entering the Valley, and before
pitching camp, and will occupy such location as he may assign them, and no other.
  II. Campers will deposit all firearms, unloaded, with the Guardian, taking receipt
therefor, and the same will be returned when the owners leave the Valley.

**Compendium
Page 527**

12          REPORT OF YOSEMITE VALLEY COMMISSIONERS.

III.  Persons using the trails in the Valley will not be permitted to take thereon their
road or wagon horses, either packed or under the saddle.

IV.  Persons using the trails on foot are forbidden to leave the trail by cutting across
zigzags, and are forbidden to disturb the trail walls or to roll stones down the cliff.

V.  The painting or carving of names, dates, devices, or other marks on trees, rocks,
buildings, bridges, or any other thing in the Valley, is prohibited.

VI.  Each camping party will notify the Guardian of the time of intended departure
from the Valley, and will remove from its camping place all papers, cans, and litter, and
leave the ground in a clean condition satisfactory to the Guardian.

VII.  All camp fires and other fires must be kept under control of persons using them,
and be so effectually guarded as to prevent conflagration of the grasses, plants, under-
brush, and timber.

The club, through its committee, after careful consideration, sub-
mitted the following conclusions:

MAY 5, 1894.

*To the Secretary of the Board of Yosemite Commissioners, San Francisco, California:*

SIR: The committee of members appointed by the Sierra Club to confer with the
Executive Committee of the Yosemite Commissioners, with a view to securing such
action as will prevent or punish vandalism in the Valley, having met the Executive
Committee and been asked by them to consider certain rules and regulations to be pro-
posed by them, are of the opinion that such of those rules as tend to the prevention of
vandalism are reasonable, judicious, and well calculated to accomplish their object, and
therefore deserving the cordial support of the Sierra Club.

But the existing rules for the government of the visitors to the Valley, particularly
campers, as well as the additions proposed, however judicious and comprehensive, will
not be self-operative, and will fail of their purpose unless some provision be made for
enforcing them and punishing those who violate them.  The extent of the Valley and
the burden of his other duties make it impossible for the Guardian alone to do this.

This committee therefore respectfully recommend to the consideration of the Board
the employment, during the open season, of two or more competent men (who shall
have no other employment) to serve as a patrol, furnishing their own arms and mounts,
and responsible to the Guardian, under whose orders they would be placed.  To this
force the Guardian could intrust the duty of receiving campers on their arrival in the
Valley, the charge of their arms, the inspection of their camps, and, in general, the
immediate enforcement of the police regulations.  All trails and roads within the limits
of the grant could be patroled by such a force at short intervals, securing prompt
reports of accidental damages and of depredations.  The discharge of such duties as the
Commissioners might devolve on these patrolmen would probably be facilitated by
clothing them with the powers of peace officers, and this would doubtless be readily
done by the authorities of the county of Mariposa.  The employment of such a force as
that recommended would probably reduce to a minimum the acts of vandalism which
it has been hitherto found impossible to prevent or to punish.  For such hardy offend-
ers as might still be found transgressing, prompt arrest by the patrol and punishment
at the hands of the nearest magistrate would generally be assured.  And this leads the
committee to make the additional suggestion to the Commissioners, that it is highly
desirable to secure the presence of a resident magistrate in the Valley, at least during
the open season, before whom such offenders as may be apprehended could be promptly
arraigned, without adding greatly to the expense of the county and without increasing
unduly, by delays and long journeys, the penalties incurred by offenders.  In every
effort which the Commissioners may make to these ends the committee believes that
the cordial support and assistance of the Sierra Club will be given.

The Board of Commissioners have wisely kept in view, in the regulations made by
them, and in the improvements and conveniences which they have introduced and
maintained in the Valley, the large increase in the number of visitors which will inevit-
ably follow on the filling up of the country and the improvement of the means of travel,
and this committee respectfully urges upon the Board that the same consideration
favors the establishment, at the earliest day possible, of such regulations as those referred
to, and of such provisions for enforcing them as have been suggested—things at present
comparatively easy of accomplishment, but which will become more and more difficult
of introduction as the volume of travel increases and the custom of license or, at least,
lack of restraint grows stronger with time.

This committee desires to express its hearty appreciation of the cordiality with which
its oral suggestions made at a recent conference were received by a committee of the
Yosemite Commissioners.

Very respectfully,

(Signed:)                                    GEORGE DAVIDSON.
                                             M. H. MYRICK.
                                             JAMES RUNCIE, per M.
                                             THOS. MAGEE.
                                             ELLIOTT McALLISTER.

## IX.

The Guardian shall, upon complaint of any tourist or visitor, of the conduct or behavior of a guide, inquire into the cause, and advise the complainant of the result, enforcing Rule V if necessary.

## X.

The Guardian is empowered to suspend a guide from his privilege during the investigation of charges preferred against said guide. If the guide be found in fault, he shall be dismissed, in accordance with Rule V.

## XI.

The Guardian shall inspect all horses, their trappings, and all vehicles used for hire; and if any such horses, trappings, or vehicles shall by him be deemed unsuitable or unsafe, he shall cause the same to be removed at once from the Valley or Grove.

## XII.

Any person offering for hire, or otherwise, any horse, trapping, or vehicle, or refusing or neglecting to remove the same from the grant after the Guardian shall have condemned the same, shall forfeit his privilege to reside or transact business within the grant.

## XIII.

The Guardian shall direct campers to the grounds set apart for their use while within the grant, and shall establish such rules as will contribute to their comfort.

## XIV.

No camp fires shall be permitted within the grant of either Valley or Grove without the express permission of the Guardian.

## XV.

The Guardian shall promptly cause the arrest of any person violating Rule XIV, and prosecute the offender to the full extent of the law, under Section 6 of the Act of April 2, 1866, as found elsewhere in this book.

## XVI.

No trees shall be cut or injured, or any natural object defaced.

## XVII.

The discharge of firearms, either in the Valley or Grove, is strictly prohibited.

# Exhibit 169

# THE REVISED ORDINANCES, etc.

## —OF THE—

# CITY OF HUNTSVILLE, MISSOURI,

## OF 1894.

COLLATED, REVISED, PRINTED AND PUBLISHED BY
AUTHORITY OF THE MAYOR AND BOARD OF
ALDERMEN OF THE CITY OF HUNTSVILLE,
MISSOURI, UNDER AN ORDINANCE OF
THE SAID CITY, ENTITLED:

"AN ORDINANCE IN RELATION TO ORDINANCES, AND
THE PUBLICATION THEREOF." APPROVED ON
THE 11TH DAY OF JUNE, 1894.

HERALD PRINT,
HUNTSVILLE, MISSOURI:
1894.

CC
Huntsville M
3
1894

43-612

Compendium
Page 532

58 THE REVISED ORDINANCES.

## AN ORDINANCE IN RELATION TO BUTCHERS.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1.   No person shall carry on the business of a butcher within the city without taking out license therefor, and no person shall be permitted, under such license, to sell or dispose of meats at more than one place or stand within the city.

SECTION 2.   For the purposes of this ordinance a butcher is defined to be any person engaged in selling or disposing of fresh meats for food in quantities less than one quarter

SECTION 3.   Nothing herein contained shall be so construed as to prevent any grocer, at his place of business, from selling game, poultry or cured meats.

SECTION 4.   This ordinance shall take effect and be in force from and after its passage, approval and publication, and any person violating any provision of said ordinance shall be deemed guilty of a misdemeanor and upon conviction shall be punished by a fine in any sum not exceeding one hundred dollars.

S. G. RICHESON,
Pres. of the Board of Aldermen.

Approved July 17, 1894.

Attest:                                    S. G. RICHESON, Mayor.

J. A. HEETHER, Clerk.

————o————

## AN ORDINANCE IN RELATION TO CARRYING DEADLY WEAPONS.

*Be it ordained by the Board of Aldermen of the City of Huntsville. Missouri, as follows:*

SECTION 1.   If within the city any person shall carry concealed upon or about his person any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under militia law of the state, having upon or about his person any kind of fire-arms. bowie-knife, dirk, dagger, sling-shot, or other deadly weap-

on, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, he shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the city prison not exceeding thirty days nor less than five days or by both such fine and imprisonment; provided, the Mayor may grant permisson to any person to discharge gun, pistol or other fire-arms under proper circumstances shown to him.

SECTION 2.  The next preceding section shall not apply to police officers, nor to any officer or person whose duty it is to execute process or warrants, or to suppress breaches of the peace, or to make arrests, nor to persons moving or traveling peaceably through this state; and it shall be good defense to the charge of carrying such weapon, if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his home, person or property.

SECTION 3.  This ordinance shall take effect and be in force from and after its passage, approval and publication.

<div align="right">
S. G. RICHESON,<br>
Pres. of the Board of Aldermen.
</div>

Approved July 17, 1894.

Attest:                                        S. G. RICHESON, Mayor.

 J. A. HEETHER. Clerk.

———o———

AN ORDINANCE IN RELATION TO THE USE OF FIRE-ARMS.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1.  It shall be unlawful for any person to discharge or fire off any gun, pistol or other fire-arm or other explosive within the city limits, unless by written permission of the Mayor.

SECTION 2.  Nothing in the preceding section shall be construed as applying to officers in the discharge of their duties, licensed shooting galleries, or military funerals.

SECTION 3.  Any person violating the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction shall be punished by a fine in any sum not exceeding one hundred dollars.

60                    THE REVISED ORDINANCES.

SECTION 4.   This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen.

Approved July 17, 1894.

Attest:                              S. G. RICHESON, Mayor.
  J. A. HEETHER, Clerk.

———o———

## AN ORDINANCE IN RELATION TO DISTURBANCES OF THE PEACE.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1.   If any person or persons within the city shall wilfully disturb the peace of any neighborhood, or any family or of any person by loud and offensive or indecent conversation, or by threatening, quarreling, challenging or fighting, every person so offending shall upon conviction, be adjudged guilty of a misdemeanor and punished by a fine in any sum not exceeding one hundred dollars, or by imprisonment in the city prison not exceeding thirty days.

SECTION 2.   This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen

Approved July 17, 1894

Attest:                              S. G. RICHESON, Mayor.
  J. A. HEETHER, Clerk.

———o———

## AN ORDINANCE IN RELATION TO ASSAULTS AND BATTERIES.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1.   Any person who shall within the city assault or beat or wound another, under such circumstances as not to constitute any felonious assault, shall upon conviction be deemed guilty of a misde-

# Exhibit 170

https://www.newspapers.com/image/604120328

Printed on Jun 25, 2023

# TOWN ORDINANCE NO. 21.

An Ordinance regulating and prohibiting the carrying of deadly weapons:

Be it ordained by the Board of Trustees of the town of Blackwell:

SECTION 1:—It shall be unlawful for any person within the corporate limits of the town of Blackwell to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung shot, billy, metal knucks, sand bag, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this ordinance provided.

SECTION 2:—It shall be unlawful for any person in the corporate limits of the town of Blackwell to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon except as in this ordinance provided.

SECTION 3:—Public officers, while in the discharge of their duties, or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances. Provided, however, that if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this ordinance as though he were a private person.

SECTION 4:—Persons shall be permitted to carry shotguns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills or while traveling or moving from one place to another, and not otherwise.

SECTION 5:—It shall be unlawful for any person to point any pistol, revolver, shot gun or rifle, whether loaded or not, at any other person or persons either in anger or otherwise.

SECTION 6:—Any person violating the provisions of any of the foregoing sections shall upon conviction, be adjudged guilty of a misdemeanor and be punished by a fine of not less than five dollars and costs, nor more than ten dollars and costs, and shall be committed until said fine and costs are paid.

SECTION 7.—This ordinance shall be in full force and effect ten days after its publication in the K County Democrat.

Passed August 7th 1894.

JOHN B. MAY, President.
Attest: Reuben Hoyt, Town Clerk
[by] F. M. Jones, Deputy Town Clerk.
(First published in the K County Democrat, August 9th 1894.)

Copyright © 2023 Newspapers.com. All Rights Reserved.

# Exhibit 171



Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry
https://www.newspapers.com/image/369072508

Scandia Journal (Scandia, Kansas) · Fri, Jan 5, 1894 · Page 8

Printed on Jun 25, 2023

return, they shall be deemed guilty of vagrancy, and the city marshal shall forthwith arrest such person and upon conviction they shall be fined in any sum not exceeding Fifty ($50.00) Dollars.

SECTION 6. Every person who shall, within the corporate limits of the city of Scandia, carry or have upon their person any concealed pistol, revolver, bowie-knife, dirk, sling-shot, billy, knuckles or other deadly weapon, shall upon conviction be fined in any sum not less than Two ($2.00) Dollars, nor more than Fifty ($50.00) Dollars. Provided:—That any person engaged in a lawful occupation and of good moral character, may, by the mayor, be granted a permit to carry such concealed weapons.

SECTION 7. Every person who shall, within the corporate limits of the city of Scandia, com-

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 172

# GENERAL

# ORDINANCES

AND

PRIVATE ORDINANCES OF A
PUBLIC NATURE

OF

# THE CITY OF ST. PAUL

RAMSEY COUNTY, MINNESOTA.

UP TO AND INCLUDING DECEMBER 31ST, 1895.

———————

COMPILED BY

JOHN A. GILTINAN, ESQ.,
MEMBER OF THE ST. PAUL BAR

UNDER THE SUPERVISION OF

EDWARD J. DARRAGH, ESQ., CORPORATION ATTORNEY.

———————

PUBLISHED BY AUTHORITY OF
THE COMMON COUNCIL.

# ARTICLE LII.

## PARKS.

### § 680. Rules and regulations for management and protection of parks.

The board of park commissioners of the City of St. Paul having adopted certain rules and regulations for the management and protection of the parks of the City of St. Paul, as provided by the charter, for the purpose of fixing a penalty for the violation of said rules, the common council of the City of St. Paul do ordain as follows:

First—No person shall drive or ride in any public park or grounds in the City of St. Paul at a rate of speed exceeding seven (7) miles per hour.

Second—No person shall ride or drive upon any other part of any park than the avenues and roads.

Third—No coach or vehicle used for hire shall stand upon any part of any park, for the purpose of hire, unless specially licensed by the board of park commissioners.

Fourth—No person shall engage in any threatening, abusive, insulting, indecent language in any park.

Fifth—No person or persons shall engage in any gaming, nor commit any indecent or obscene act in any park.

Sixth—No person shall carry firearms or shoot birds in any park, or within fifty (50) yards thereof, or throw stones or other missiles therein.

Seventh—No person shall throw any dead animal or offensive matter or substance of any kind into any park or into any lake, stream, pool or pond within the limits of any park.

Eighth—No person shall disturb the fish or water fowl in any lake, stream, pool or pond in any part of any park, or annoy, strike, injure, maim, or kill any birds or other animals kept by or under the direction of the board of park commissioners, either running at large or confined in any close or cage, nor discharge any fireworks within any park.

Ninth—No person shall affix any bills or notices in any park.

Tenth—No person shall bathe in any lake, stream, pool or pond within the limits of any park.

Eleventh—No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, turf, or any of the buildings, structures, fences, seats, benches, or statuary, or in any way foul or pollute any fountain, lake, stream, pool, pond, well, or spring within any park.

Twelfth—No person shall turn cattle, goats, swine, horses, dogs or any other animal loose in any park, nor shall any animals be permitted to run at large therein, unless by authority of the board of park commissioners.

Thirteenth—No person shall ride or drive any bicycle or other vehicle in or on any of the walks, paths, or grass plots, except in the avenues or roadways of any park.

(208)

Fourteenth—No person shall walk on or over flower beds in any park, or on or over any grass plot which may be designated by any fence or sign as not open to the public.

Fifteenth—No person shall use any park for business purposes, or for any transportation of farm or other products, dirt or any like material, or for the passage of any teams employed for such purposes, except by permission of the board of park commissioners.

Sixteenth—No person shall injure, deface or destroy any notices, rules or regulations for the government of any park which are posted or affixed by order or permission of the board of park commissioners within the limits of any park.

<div align="right">(Ord. 1767, June 19, 1894, § 1.)</div>

## § 681.  Penalty.

Any person or persons violating any of the provisions of this ordinance or any of the rules established by the board of park commissioners of the City of St. Paul for the orderly management and protection of the parks of the City of St. Paul shall be fined for each offense not less than five (5) nor more than one hundred dollars ($100), or shall be punished by imprisonment for not less than five (5) nor more than eight-five (85) days.

<div align="right">(Id. § 2.)</div>

14

(209)

# Exhibit 173

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 159 of 177   Page ID
#:1807
The Lake Charles Echo (Lake Charles, Louisiana) · Sat, Jul 18, 1874 · Page 4

https://www.newspapers.com/image/348612058

Printed on Jun 25, 2023



Copyright © 2023 Newspapers.com. All Rights Reserved.



Newspapers
by ancestry
https://www.newspapers.com/image/348612058

The Lake Charles Echo (Lake Charles, Louisiana) · Sat, Jul 18, 1874 · Page 4

Printed on Jun 25, 2023



On motion, an ordinance to prevent the carrying weapons within the corporate limits of the town of Lake Charles, was read twice and adopted, as follows:

Section 1st. Be it ordained by the board of Aldermen of the town of Lake Charles, that whoever shall carry a weapon or weapons upon his person, within the corporate limits of said town, such as Bowie knives, pistols, revolvers, dirks, brass-knuckles, slung-shots, or any other dangerous weapon or weapons, shall be fined not less than five dollars, and in default of payment of fine with all costs, he shall be imprisoned, in the parish jail, not less than twenty-four hours, and for a second offence the fine shall be double.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers
POWERED BY

# Exhibit 174

# The Democrat.

## CIRCUIT COURT

# Royal Baking Powder

## ABSOLUTELY PURE

Highest of all in Leavening Power.—Latest U. S. Gov't Report.



## SYRUP OF FIGS

## Star Bakery

GEORGE WAHL, PROPRIETOR.

## DRUGS

Rodgers & McFarland

## PATENTS

C. A. SNOW & CO.

## Dr PRICE'S Cream Baking Powder

The only Pure Cream of Tartar Powder.—No Ammonia; No Alum.
Used in Millions of Homes—40 Years the Standard

# Exhibit 175

# REVISED ORDINANCES



OF THE

# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney.*

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CANTON, ILL. :
DAILY REGISTER PRESS:
1895.

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20 *Sales on streets prohibited*. No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21. *Construction of foregoing section*. The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22. *Telephone and telegraph poles*. No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

Case 8:23-cv-01696-CJC-ADS Document 22-3 Filed 11/03/23 Page 166 of 177 Page ID #:1814

SEC. 23. *Public Parks shall be known by their respective names.* The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24. *Care of parks.* It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council. The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25. *Regulations of Parks.* No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26. *Depredations not to be committed in Parks.* Neither cattle, horses, goats, swine or animals, except as herein specified shall be turned into any one of the said Parks by any person. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27. *Bills are not to be posted in Parks.* No person shall post or otherwise use or affix any bills, notice or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28. *Persons in Parks must keep off the grass.* No person shall go upon the grass, lawn or turf of the Parks except when and where the word ''common'' is posted, indicating that persons are at liberty at that time and place to go on the grass. Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

# Exhibit 176

596　　　　　　　LOCAL ACTS, 1895.—No. 436.

Proviso.

charge of the said commissioners: *Provided, however,* That
ball, cricket, lawn tennis and other like games of recreation
may be played upon such portions of said parks as may be des-
ignated from time to time by the commissioners and under such
rules and regulations as may be prescribed by them.

Not to engage in
sport liable to
frighten horses.

SEC. 43.　No person shall engage in any sport or exercise
upon said boulevard or park as shall be liable to frighten
horses, injure travelers, or embarrass the passage of vehicles
thereon.

Not to discharge
firearms or
fireworks.

SEC. 44.　No person shall fire or discharge any gun or pistol
or carry firearms, or throw stones or other missiles within said
park or boulevard, nor shall any person fire, discharge or set
off any rocket, cracker, torpedo, squib or other fireworks or
things containing any substance of any explosive character on
said park or boulevard, without the permission of said commis-
sioners, and then only under such regulations as they shall
prescribe.

No person shall
expose or offer
any article or
thing for sale,
play any musical
instrument, etc.,
without permis-
sion of commis-
sioners.

SEC. 45.　No person shall expose any article or thing for
sale or do any hawking or peddling in or upon said parks or
boulevard, and no person, without the consent of said com-
missioners, shall play upon any musical instrument, or carry
or display any flag, banner, target or transparency, nor shall
any military or target company, or band or procession parade,
march, drill or perform any evolution, movement or ceremony
within any of said parks, or upon or along said boulevard,
without the permission of said commissioners, and no person
shall do or perform any act tending to the congregating of per-
sons on said boulevard or in said parks.

Gambling and
disorderly
conduct.

SEC. 46.　No person shall gamble, nor make any indecent
exposure of himself or herself, nor use any obscene language,
or be guilty of disorderly conduct, or make, aid, countenance
or assist in making any disorderly noise, riot, or breach of the
peace, within the limits of the said parks or boulevards; and

Intoxicating
liquors.

no person shall sell or dispose of any intoxicating liquors in or
upon any public park without the consent of the said commis-
sioners.

All boats, car-
riages, railroad
cars, and vehi-
cles running
for hire to be
licensed.

SEC. 47.　All boats and vessels, carriages, railroad cars and
other vehicles running for hire to and from said Belle Isle
park, or any other park, shall be duly licensed and shall be
subject to all the rules and regulations that may be established
by said commissioners or by the common council from time to
time, and no person shall carry on the business of carrying
passengers to and from either of said parks unless their vehi-
cles shall be so licensed.　And no person commanding or hav-
ing charge of any boat, carrying passengers for hire shall land
or permit any passengers therefrom to land at any dock on
Belle Isle park, excepting such as may be designated for that
purpose by the commissioners, and no person having charge of
any vessel shall fasten or tie the same at any wharf or dock in
Belle Isle park, excepting for the purpose of receiving or dis-
charging passengers as permitted by this section.

SEC. 48.　No person shall place or deposit or allow to be
placed or keep or deposit on any part of said boulevard any

**Compendium
Page 555**

# Exhibit 177

Case 8:23-cv-01696-CJC-ADS   Document 22-3   Filed 11/03/23   Page 170 of 177   Page ID #:1818
Lawrence Democrat (Lawrenceburg, Tennessee) · Fri, Jul 26, 1895 · Page 4
https://www.newspapers.com/image/174660388                                                     Printed on Jun 25, 2023



Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry
https://www.newspapers.com/image/174660388

Lawrence Democrat (Lawrenceburg, Tennessee) · Fri, Jul 26, 1895 · Page 4

Printed on Jun 25, 2023

rmit in
nement
control
or bois-
noyance
e deem-
d upon
ss than
rs with

d. That

more than twenty-five dollars with
all cost.]

Sec. 18. Be it further ordained.
That it shall be unlawful for any
person to carry about their person
any pistol, bouie knife, sling shot,
brass knucks, dirk, sword, loaded
cane, stilletto, razor or other dead-
ly wapon in this Corporation, and
it is hereby made the duty of the
City Marshal or other officer who

Corpora
city or t
have the
upon th
lanes, al
such bu
terial ne
ing fins
Provide
or mate
pede tha

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

Newspapers
by ancestry
https://www.newspapers.com/image/174660388

Lawrence Democrat (Lawrenceburg, Tennessee) · Fri, Jul 26, 1895 · Page 4

Printed on Jun 25, 2023

sees or knows of any person carrying such deadly weapons to immediately arrest every such person that they may be dealt with according to the provisions of this act, and any person found guilty of carrying any of the aboved named weapons or any other deadly weapon shall be fined not less than ten nor more than fifty dollars with all cost. Provided that this Section shall not apply to Marshals Sheriffs or other officer while on duty

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers

# Exhibit 178

Section 4821.  *Payment in installments.*
      4822.  *Delinquent tax. Penalty.*
      4823.  *Tax lien.*
      4824.  *Satisfaction of lien.*
      4825.  *Separate funds for district.*
      4826.  *Special improvement warrants.*
      4827.  *City engineer must prepare plats.*
      4828.  *Limitation.*
      4829.  *Council may order sewer connections.*
      4830.  *Correction of errors.*
      4831.  *Injurious smoke may be abated.*
      4832.  *Petition for abatement.*
      4833.  *Contract.*
      4834.  *Bonds.*
      4835.  *Election.*
      4836.  *Notice of election.*
      4837.  *Character of bonds.*
      4838.  *Sale of bonds.*
      4839.  *Payment of bonds.*
      4840.  *Modification of contract.*
      4841.  *Provisions concerning election.*

Sec. 4800. The city or town council has power:

1. To make and pass all by-laws, ordinances, orders and resolutions not repugnant to the Constitution of the United States, or of the State of Montana, or the provisions of this Title, necessary for the government and management of the affairs of a city or town, for the execution of the powers vested in the body corporate, and for carrying into effect the provisions of this Title.

2. To levy and collect taxes for general and special purposes on all property within the town or city subject to taxation under the laws of the State.

3. To license all industries, pursuits, professions, and occupations for which, under the State law, a license is required, but the amount to be paid for such license must not exceed the sum required by the State law.

4. To fix the amount, terms, and manner of issuing and revoking licenses, subject to the State law, but the council may refuse to issue a license when it is best for the public interest.

5. To build or hire all necessary buildings for the use of the city or town, and to heat and light the same.

6. To lay out, establish, open, alter, widen, extend, grade, pave or otherwise improve streets, alleys, avenues, sidewalks, parks and public grounds, and vacate the same.

7. To provide for lighting and cleaning the streets, alleys, avenues ; to regulate the use of sidewalks, and to require the owners of the premises adjoining to keep the same free from snow or other obstruction, to regulate the depositing of ashes, garbage or other offensive matter, in any street, alley, or on public grounds or on any premises.

8. To provide for and regulate street crossings, curbs and gutters; to regulate and prevent the use or obstruction of streets, sidewalks and public grounds, by signs, poles, wires, posting hand bills or advertisements, or any obstruction.

9. To regulate and prohibit traffic and sales upon the streets, sidewalks and public grounds.

10. To regulate or prohibit the fast driving of horses, animals or vehicles within the city or town.

11. To regulate and control the laying of railroad tracks, and prohibit the use of engines and locomotives propelled by steam or otherwise, or to regulate the speed thereof when used.

12. To require the lighting of any railroad track or route within a city or town, the cars of which are propelled by steam or otherwise, and fix and determine the number, style and size of the lamp posts, burners, lamps, and all other fixtures and apparatus necessary for such lighting, and the points of location of the lamp posts, and in case the owner of such railroad fails to comply with such requirements, the council may cause the same to be done, and may assess

Generated on 2023-10-25 17:17 GMT / https://hdl.handle.net/2027/mdp.35112105437703
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

50. To regulate partition fences and party walls.

51. To prescribe the thickness, strength, and manner of constructing stone, brick and other buildings, and to order the construction of fire escapes thereon.

52. To use the county jail for the confinement or punishment of offenders, subject to such conditions as are imposed by law, and with the consent of the Board of County Commissioners.

53. To erect and organize a work house in or near a city or town ; and any person who fails or neglects to pay any fine or costs imposed on him by any ordinance may be committed to the work house until such fine is paid.

54. To license and regulate hackney carriages, carts, omnibuses, wagons and drays, and to fix the rate to be charged for the carriage of persons and of property within the city or town, and to the public works and property without the limits of the city or town.

55. To regulate, restrain or prevent the carrying on of manufactories dangerous in causing or producing fires, and to prevent and suppress the sale of firearms and carrying of concealed weapons.

56. To establish standard weights and measures to be used in the city, and to appoint a sealer of standard weights and measures, who has exclusive jurisdiction within the city or town.

57. To provide for the inspection and measuring of lumber and other building material.

58. To make regulations authorizing the police of the city or town to make arrests of persons charged with crime without the limits of the city or town and within five miles thereof.

59. To provide for the planting of trees and the protection of the same.

60. To require from an officer at any time a report in detail of the transactions in his office or any matter connected therewith.

61. To regulate the sales of poisons, and to punish any person for selling or using opium or any preparation thereof, or having the same or any implement to be used in smoking it in his possession, or for keeping, maintaining, visiting, or contributing to the support of a room or place where the same is smoked or used. Druggists may sell opium or any preparation thereof, subject to the general laws of the State in relation thereto.

62. To sell, dispose of, or lease any property belonging to a city or town not held in trust for a specific purpose, and such transfer must be made by ordinance or resolution passed by a two-thirds' vote of all the members of the council.

63. To make any and all contracts necessary to carry into effect the powers granted by this Title, and to provide for the manner of executing the same.

64. To contract an indebtedness on behalf of the city or town upon the credit thereof, by borrowing money or issuing bonds for the following purposes, to-wit : Erecting public buildings, sewers, bridges, water works, supplying the city or town with water by contract, the purchase of fire apparatus, the construction or purchase of canals or ditches for supplying the city or town with water. The total amount of indebtedness authorized to be contracted in any form must not at any time exceed three per centum of the total assessed valuation of the taxable property of the city or town, as ascertained by the last assessment for State and county taxes. No money must be borrrowed or bonds issued for any of the purposes mentioned in this clause until the proposition has first been submitted to a vote of the qualified electors of the city or town, and a majority vote cast in favor thereof.

(That all cities or towns incorporated under the laws of Montana, in addition to other powers conferred upon them, are hereby authorized to contract an indebtedness on behalf of a city or town, upon the credit thereof, by borrowing money or issuing bonds for the following purposes, to-wit : Erection of public buildings, construction of sewers, bridges, water works, lighting plants, supply-

Generated on 2023-10-25 17:19 GMT / https://hdl.handle.net/2027/mdp.35112105437703
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# Exhibit 179

Newspapers
by ancestry
https://www.newspapers.com/image/662973702

The Perry Daily Times (Perry, Oklahoma) · Sat, Feb 2, 1895 · Page 2

Printed on Jun 25, 2023

An Ordinance prohibiting the carrying of concealed weapon and fixing the punishment therefor.

Be it ordained by the mayor and councilmen of the city of Perry.

SECTION 1. It shall be unlawful for any person in the city of Perry to carry concealed on or about his person, saddle or saddlebags, any pistol, revolver, bowie knife, dirk, dagger, razor, slingshot, sword, cane, spear, metal knuckles or any other kind of knife or instrument manufactured or sold for the purpose of defense except in this ordinance provided.

SEC. 2. It shall be unlawful for any person in the corporate limits of the city of Perry to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles or any other offensive or defensive weapon, except as in this article provided.

SEC. 3. It shall be unlawful for any person within the corporate limits of the city of Perry, to sell or give to any minor, any of the arms or weapons designated in sections one and two of this article.

SEC. 4. Public officers while in the discharge of their official duties or while going from their homes to their place of duty or returning therefrom shall be permitted to carry arms, but at no other time and under no other circumstances, provided, however, that if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this ordinance as though he were a private person.

SEC. 5. Persons shall be permitted to carry shot guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using them in public muster or military drills or while traveling or removing from one place to another, and not otherwise.

SEC. 6. It shall be unlawful for any person to point any pistol or any other deadly weapon, whether loaded or not at any other person or persons either in anger or otherwise.

SEC. 7. Any person violating the provisions of any one of the foregoing sections, shall, upon conviction be fined in not less than Twenty Five Dollars and not more than Fifty Dollars, or imprisonment not more than 90 days or both.

SEC. 8. All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed.

SEC. 9. This ordinance shall take effect and be in force from and after its passage approved and publication.

Approved this 23 day of Jan. 1895.
            W. A. STONE,
(ATTEST)             Mayor.
[SEAL]
G. W. PURSELL, City Clerk.

BUSINESS LOCALS.

Copyright © 2023 Newspapers.com. All Rights Reserved.

Newspapers