NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Christopher T. Casamassima (CA Bar No. 211280)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel. 213-443-5374

ATTORNEY(S) FOR: Professors of Property Law

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Reno May et al.

Plaintiff(s),

v.

Robert Bonta

Defendant(s)

CASE NUMBER:

8:23-cv-01696-CJC-ADS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Professors of Property Law_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

November 6, 2023
Date

s/ Christopher T. Casamassima
Signature

Attorney of record for (or name of party appearing in pro per):

Professors of Property Law