# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v. | Hon. Cormac J. Carney<br><br>Case No.: 8:23-cv-01696-CJC-ADS<br><br>**ORDER GRANTING PROFESSORS OF PROPERTY LAW'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE [25]**<br><br>Hearing Date: December 4, 2023<br>Time: 1:30 p.m.<br>Judge: Honorable Cormac J. Carney<br>Courtroom: 9 B |

| | |
|---|---|
| 1 | ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |
| 6 | MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Plaintiffs, |
| 13 | |
| 14 | v. |
| 15 | ROB BONTA, in his official capacity as Attorney General of the State of California, |
| 16 | |
| 17 | |
| | Defendant. |

Hon. Cormac J. Carney Case

No.: 8:23-cv-01798-CJC-ADS

Order Granting
Professors of Property Law's Unopposed Motion
For Leave To File Brief As Amici Curiae
Case Nos. 8:23-cv-01696-CJC-ADS, 8:23-cv-01798-CJC-ADS

# ORDER GRANTING PROFESSORS OF PROPERTY LAW'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE

HAVING CONSIDERED the papers in connection with Professors of Property Law's unopposed motion for leave to file brief as amici curiae, it is hereby ORDERED that the motion is GRANTED.

**IT IS SO ORDERED** this 8th day of November 2023.

By: _____

Honorable Cormac J. Carney
United States District Judge