C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua R. Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,

Plaintiffs,

v.

ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,

Defendants.

Case No.: 8:23-cv-01696 CJC (ADSx)

**EVIDENTIARY OBJECTIONS OF PLAINTIFFS TO DECLARATION OF MICHAEL KEVANE FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Hearing Date: December 20, 2023
Hearing Time: 1:30 p.m.
Courtroom: 9 B
Judge: Hon. Cormac J. Carney

**TO THIS HONORABLE COURT:**

Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Oscar A. Barretto, Jr., Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Andrew Harms, Jose Flores, Dr. Sheldon Hough, DDS, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners of California, Inc., The Liberal Gun Club, Inc., and California Rifle & Pistol Association, Incorporated, hereby jointly object, pursuant to Fed. R. Evid. 401, 402, 403, 601, 702, 703, and 704 to the Declaration of Michael Kevane, lodged by Defendant in support of his Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction. These objections are raised on the following grounds and as to the following matters contained within the declaration:

**1. Objection to Paragraph 8:**

Foundation. There is no citation or insufficient citations to facts or sources provided to support the opinion expressed by the declarant, and no other information is provided by the declarant to support the origin of or veracity of the declarant's opinion.

Relevance. Opinions of a general nature about the history of libraries are not relevant outside the identification of analogical histories or traditions of restricting firearms during the relevant period in those places. *See New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. __, 142 S. Ct. 2111, 2137, 2153-54 (2022).

**2. Objection to Paragraphs 9-10:**

Relevance. A generalized history of libraries, with no discussion of firearms laws or regulations applicable to libraries, is not relevant to the evidence of Founding through Reconstruction historical analogues that governments must produce to show a history and tradition of firearms regulation.

**3. Objection to Paragraph 15:**

Relevance. A generalized history of California libraries, with no discussion of firearms laws or regulations applicable to the state's libraries, is not relevant to the evidence of Founding through Reconstruction historical analogues

that governments must produce to show a history and tradition of firearms regulation.

**4. Objection to Paragraph 16:**

Foundation. There is no citation or insufficient citations to facts or sources provided to support the opinion expressed by the declarant, and no other information is provided by the declarant to support the origin of or veracity of the declarant's opinion.

Relevance. A generalized history of California's libraries, with no discussion of firearms laws or regulations applicable to the state's libraries, is not relevant to the evidence of Founding through Reconstruction historical analogues that governments must produce to show a history and tradition of firearms regulation.

**5. Objection to Paragraphs 17-18:**

Relevance. A generalized history of California's libraries, with no discussion of firearms laws or regulations applicable to the state's libraries, is not relevant to the evidence of Founding through Reconstruction historical analogues that governments must produce to show a history and tradition of firearms regulation.

**6. Objection to Paragraph 19:**

Relevance. A generalized history of Santa Cruz's libraries, with no discussion of firearms laws or regulations applicable to those libraries, is not relevant to the evidence of Founding through Reconstruction historical analogues that governments must produce to show a history and tradition of firearms regulation.

**7. Objection to Paragraph 20:**

Relevance. A generalized history of California school districts' libraries, with no discussion of firearms laws or regulations applicable to those libraries, is not relevant to the evidence of Founding through Reconstruction historical

analogues that governments must produce to show a history and tradition of firearms regulation.

**8. Objection to Paragraph 21:**

Foundation. There is no citation or insufficient citations to facts or sources provided to support the opinion expressed by the declarant, and no other information is provided by the declarant to support the origin of or veracity of the declarant's opinion.

Relevance. Opinions about the historical purposes of and justifications for libraries, untethered to any discussion of or citation to firearms laws or regulations applicable to libraries, are not relevant evidence of the analogical histories or traditions of restricting firearms during the relevant period within libraries.

**9. Objection to Paragraph 22:**

Relevance. Opinions about the historical purposes of and justifications for libraries, untethered to any discussion of or citation to firearms laws or regulations applicable to libraries, are not relevant evidence of the analogical histories or traditions of restricting firearms during the relevant period within libraries.

**10. Objection to Paragraph 23:**

Foundation. There is no citation or insufficient citations to facts or sources provided to support the opinion expressed by the declarant, and no other information is provided by the declarant to support the origin of or veracity of the declarant's opinion.

Relevance. Opinions about the historical purposes of and justifications for libraries, untethered to any discussion of or citation to firearms laws or regulations applicable to libraries, are not relevant evidence of the analogical histories or traditions of restricting firearms during the relevant period within libraries.

**11. Objection to Paragraph 24:**

Relevance. Opinions about the historical purposes of and justifications for libraries, untethered to any discussion of or citation to firearms laws or regulations

applicable to libraries, are not relevant evidence of the analogical histories or traditions of restricting firearms during the relevant period within libraries. And even if firearms laws and regulations were discussed as part of the declarant's opinion, Post-Reconstruction firearms regulations are manifestly not relevant to the evidence of Founding through Reconstruction historical analogues that governments must produce to show a history and tradition of firearms. *See Bruen* at 2153-54.

Dated: November 20, 2023

**MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs

Dated: November 20, 2023

**LAW OFFICES OF DON KILMER**

*/s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff The Second Amendment Foundation

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**EVIDENTIARY OBJECTIONS OF PLAINTIFFS TO DECLARATION OF MICHAEL KEVANE FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 20, 2023.

Christina Castron
Christina Castron