C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiffs,<br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx)<br><br>**PLAINTIFFS' NOTICE OF JOINDER IN REPLY BRIEF FILED IN THE COORDINATED MATTER OF *CARRALERO V. BONTA*, [ECF NO. 29 IN CASE NO. 8:23-CV-01798]**<br><br>Hearing Date:     December 20, 2023<br>Hearing Time:    1:30 p.m.<br>Courtroom:         9 B<br>Judge:                   Hon. Cormac J. Carney |

---

*MAY* PLAINTIFFS' NTC. OF JOINDER IN *CARRALERO* REPLY BRIEF

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs in this matter, in addition to their own reply brief and supporting documents (ECF No. 29 through 29-16), hereby join the reply brief filed by the plaintiffs in the matter of *Carralero et al. v. Bonta* (C.D. Cal. Case No. 8:23-cv-01798, ECF No. 29).

Both the Plaintiffs in this matter as well as the *Carralero* Plaintiffs seek to enjoin several portions of California Penal Code Section 26230(a) prior to its operative date of January 1, 2024. While some of the challenged portions of Section 26230(a) differ from case to case, both sets of Plaintiffs challenge subds. (7), (8), (9), (12), (13), (17), and (26). Moreover, the two cases have been coordinated, and the respective motions for preliminary injunction are set for hearing on December 20, 2023. ECF No. 17. Finally, Defendant filed a unified opposition to both motions. ECF No. 21. Joinder with the *Carralero* reply brief is thus appropriate here.

Respectfully Submitted,

Dated: November 27, 2023

**MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs

Dated: November 27, 2023

**LAW OFFICES OF DON KILMER**

*/s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff Second Amendment Foundation

**ATTESTATION OF E-FILED SIGNATURES**

I, C.D. Michel, am the ECF User whose ID and password are being used to file this PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: November 27, 2023  /s/ C.D. Michel
C.D. Michel

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF JOINDER IN REPLY BRIEF FILED IN THE COORDINATED MATTER OF *CARRALERO V. BONTA,* [ECF NO. 29 IN CASE NO. 8:23-CV-01798]**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 27, 2023.

*Christina Castron*
Christina Castron

CERTIFICATE OF SERVICE