C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua R. Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; GARY BRENNAN, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br> Plaintiffs, <br> v. <br><br> ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, <br><br> Defendants. | Case No.: 8:23-cv-01696 CJC (ADSx) <br><br> *MAY* PLAINTIFFS' EVIDNETIARY OBJECTIONS TO AND MOTION TO STRIKE THE *SUR*-REBUTTAL TESTIMONY OF DEFENDANT'S EXPERT WITNESSES: <br><br> 1) ADAM WINKLER, <br> 2) JOSHUA SALZMANN, <br> 3) DR. BRENNAN RIVAS, <br> 4) LEAH GLASER, <br> 5) MARY FISSELL, <br> 6) PATRICK CHARLES, AND <br> 7) HOLLY BREWER <br><br> Hearing Date: December 20, 2023 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 9 B <br> Judge: Hon. Cormac J. Carney |

*MAY* EVID. OBJS. AND MTN. TO STRIKE *SUR*-REBUTTAL DECLS.

**TO THIS HONORABLE COURT:**

Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Oscar A. Barretto, Jr., Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Andrew Harms, Jose Flores, Dr. Sheldon Hough, DDS, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners of California, Inc., The Liberal Gun Club, Inc., and California Rifle & Pistol Association, Incorporated, hereby object to the entirety of each of the *sur*-rebuttal declarations filed in support of Defendant's opposition to the preliminary injunction, such declarations authored by (1) Adam Winkler (Dkt 38), (2) Joshua Salzmann (Dkt 37), (3) Dr. Brennan Rivas (Dkt 36), (4) Leah Glaser (Dkt 35), (5) Mary Fissell (Dkt 34), (6) Patrick Charles (Dkt 33), and (7) Holly Brewer (Dkt 32). Such objections are made on the following grounds:

The *sur*-rebuttal declarations were filed in violation of C.D. Cal. Local Rule 7-9 (time for presenting opposing briefs and evidence on motions), and 7-10 (no response to reply permitted absent court permission); *see also Gebretsadike v. Travelers Home and Marine Ins. Co.*, 103 F. Supp. 3d 78, 86 (D.D.C. 2015).)

Mr. Cramer's declaration submitted on reply in direct response to the deluge of false, speculative, and irrelevant information presented by the Attorney General in opposition was not an invitation for the Attorney General to submit unapproved *sur*-reply evidence rebutting Mr. Cramer's declaration. *See Terrell v. Contra Costa Cnty.*, 232 Fed. App'x 626, 629 n.2 (9th Cir. 2007) (evidence presented in reply to opposition is not "new" when it is presented in direct response to opposition evidence), citing *In re ConAgra Foods, Inc.*, 302 F.R.D. 537, 559 (C.D. Cal. 2014) (same). Nor did the Attorney General seek the Court's permission before further using the substantial financial advantage of the State's treasury to pay experts for additional written opinions; additional opinions that not only further muddle the record, but which Plaintiffs now have no opportunity to address. *See* C.D. Cal. L.R. 7-9 & 7-10.

As Plaintiffs have the burden of persuasion as the moving party, consideration by the Court of this additional evidence without an opportunity for Plaintiffs to rebut and comment upon it denies them due process. *See generally Towery v. Brewer,* 672 F.3d 650, 657 (9th Cir. 2012). Plaintiffs move to strike these *sur*-rebuttal declarations in their entirety.

Plaintiffs further incorporate into these objections their prior objections made under, inter alia, Fed. R. Evid. 403 and 702 (Dkts 29-1, 29-5, 29-6, 29-7 & 29-14) as to the overall relevance and admissibility of any testimony of witnesses (1) Adam Winkler, (2) Joshua Salzmann, (3) Leah Glaser, and (4) Mary Fissell on the basis that their *sur*-rebuttal testimony is as irrelevant, lacking foundation, or otherwise inappropriate in informing the Court as were their declarations filed in opposition to the motion.

Dated: December 14, 2023            **MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs


Dated: December 14, 2023            **LAW OFFICES OF DON KILMER**
*/s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff The Second Amendment Foundation

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

***MAY* PLAINTIFFS' EVIDNETIARY OBJECTIONS TO AND MOTION TO STRIKE THE *SUR*-REBUTTAL TESTIMONY OF DEFENDANT'S EXPERT WITNESSES:**

1) ADAM WINKLER,
2) JOSHUA SALZMANN,
3) DR. BRENNAN RIVAS,
4) LEAH GLASER,
5) MARY FISSELL,
6) PATRICK CHARLES, AND
7) HOLLY BREWER

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
    *Attorney for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed December 14, 2023.

*[signature]*
Christina Castron

CERTIFICATE OF SERVICE