UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>      Defendant.<br><br>AND<br><br>MARCO ANTONIO CARRALERO, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>      Defendant. | Case Nos.: SACV 23-01696-CJC (ADSx)<br>SACV 23-01798-CJC (ADSx)<br><br>PRELIMINARY INJUNCTION |

-1-

This matter came before the Court on Plaintiffs' motions for a preliminary injunction. (*May* Dkt. 13; *Carralero* Dkt. 6.) On December 20, 2023, the Court issued an order determining that the challenged provisions of Senate Bill 2 are unconstitutional, and granting a preliminary injunction enjoining enforcement of those provisions.

Now, therefore, **IT IS HEREBY ORDERED** that Defendant Attorney General Robert Bonta, and his officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with him, and those duly sworn state peace officers and federal law enforcement officers who gain knowledge of this injunction order or know the existence of this injunction order, **ARE HEREBY PRELIMINARILY RESTRAINED AND ENJOINED** from implementing or enforcing California Penal Code § 26230(a)(7), (8), (9), (10), (11), (12), (13), (15), (16), (17), (19), (20), (22), (23), and (26) against any individuals with permits to carry a concealed weapon issued under California Penal Code sections 26150 or 26155. They are also **PRELIMINARILY RESTRAINED AND ENJOINED** from implementing or enforcing California Penal Code § 26230 as it pertains to parking areas.

DATED:   December 20, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE