# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Rob Bonta, in his official capacity as Attorney General of California |

Name(s) of counsel (if any):

| |
|---|
| Robert Meyerhoff, Deputy Attorney General; Todd Grabarsky, Deputy Attorney General; Lisa Plank, Deputy Attorney General; Jane Reilley, Deputy Attorney General |

Address: 300 South Spring Street Suite 1702, Los Angeles, CA 90013

Telephone number(s): (213) 269-6177

Email(s): Robert.Meyerhoff@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Oscar A. Barretto, Jr., Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Andrew Harms, Jose Flores, Dr. Sheldon Hough, Second Amendment Foundation |

Name(s) of counsel (if any):

| |
|---|
| Konstadinos T. Moros, Alexander Asch Frank, Carl Dawson Michel, Joshua R. Dale, Sean Anthony Brady |

Address: 180 East Ocean Boulevard Suite 200, Long Beach, CA 90802

Telephone number(s): (562) 216-4444

Email(s): Kmoros@michellawyers.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., Liberal Gun Owners Association, California Rifle & Pistol Association, Inc.

Name(s) of counsel (if any):

Konstadinos T. Moros, Alexander Asch Frank, Carl Dawson Michel, Joshua R. Dale, Sean Anthony Brady

Address: 180 East Ocean Boulevard Suite 200, Long Beach, CA 90802

Telephone number(s): (562) 216-4444

Email(s): Kmoros@michellawyers.com

Name(s) of party/parties:

Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Oscar A. Barretto, Jr., Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Andrew Harms, Jose Flores

Name(s) of counsel (if any):

Donald E.J. Kilmer, Jr.

Address: 14085 Silver Ridge Road, Caldwell, Idaho 83607

Telephone number(s): (408) 264-8489

Email(s): Don@dklawoffice.com

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
Dr. Sheldon Hough, Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc.

Name(s) of counsel (if any):
Donald E.J. Kilmer, Jr.

Address: 14085 Silver Ridge Road, Caldwell, Idaho 83607

Telephone number(s): (408) 264-8489

Email(s): Don@dklawoffice.com

Name(s) of party/parties:
Liberal Gun Owners Association, California Rifle & Pistol Association, Inc.

Name(s) of counsel (if any):
Donald E.J. Kilmer, Jr.

Address: 14085 Silver Ridge Road, Caldwell, Idaho 83607

Telephone number(s): (408) 264-8489

Email(s): Don@dklawoffice.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*