UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARCO ANTONIO CARRALERO, et al.;<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant - Appellant. | No. 23-4354<br><br>D.C. No. 8:23-cv-01798-CJC-ADS<br>Central District of California, Santa Ana |
| RENO MAY, an individual, et al.;<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES, 1-10,<br><br>Defendants - Appellants. | No. 23-4356<br><br>D.C. No. 8:23-cv-01696-CJC-ADS<br>Central District of California, Santa Ana<br><br>ORDER |

The court has received the emergency motion to stay the district court's December 20, 2023 preliminary injunction. The responses to the emergency motion are due by 12:00pm Pacific Time on December 27, 2023. The optional reply is due by 12:00pm Pacific Time on December 29, 2023.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT