| | |
|---|---|
| **RENO MAY, ET AL.;** | Case No. 8:23-cv-01696-CJC-ADSx |
| Plaintiffs, | **[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,** | |
| Defendant. | Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: September 26, 2023 |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until 21 days after the Ninth Circuit's resolution of Defendant's appeal of the Court's Order and Preliminary Injunction. This stipulation does not preclude a party from seeking leave from the Court to take discovery before the responsive pleading is filed.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Cormac J. Carney
United States District Court Judge