FILED
CLERK, U.S. DISTRICT COURT

May 31, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Reassignment of Cases from the Calendar<br><br>of<br><br>Judge CORMAC J. CARNEY | ORDER OF THE CHIEF JUDGE<br><br>**24-080** |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be transferred from the calendar of Judge Cormac J. Carney to the calendar of Judge Mónica Ramírez Almadani for all further proceedings:

| | |
|---|---|
| 2:22-cr-00505-CJC | USA v. Bustamante, et al |
| 8:22-cr-00048-CJC | USA v. Sealed |
| 8:23-cv-01696-CJC-ADSx | Reno May et al v. Robert Bonta et al |
| 8:23-cv-01798-CJC-ADSx | Carralero et al v. Bonta |
| 2:24-cv-00924-CJC-JPR | Ruben Herrera v. People of the State of California et al |
| 8:21-cv-00495-CJC-JDEx | The Discovery House, LLC et al v. Anthem Blue Cross Life and Health Insurance Company et al |
| 8:22-cv-01421-CJC-ADSx | Lance Boland et al v. Robert Bonta |
| 8:23-cv-00740-CJC-ADSx | Brett Russell v. Darden Restaurants, Inc. et al |
| 8:23-cv-01815-CJC-ADSx | Daniel Garcia et al v. County of San Bernardino et al |
| 8:23-cv-02318-CJC-JDEx | James Liby v. Experian Information Solutions Inc. et al |
| 8:24-cv-00332-CJC-ADSx | Andrew Flemmings v. Yash Patel et al |
| 8:24-cv-00556-CJC-JDEx | David Lieu et al v. Jonathan Tran et al |
| 8:24-cv-00743-CJC-ADSx | Xavier Baez et al v. Golflive Corp. et al |

In the Matter of the
Reassignment of Cases from the
Calendar of Judge Cormac J. Carney                                                           2

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

Dated:  May 31, 2024                        _____
                                                              Chief Judge Dolly M. Gee