FILED

OCT 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCO ANTONIO CARRALERO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant - Appellant. | No. 23-4354 <br><br> D.C. No. 8:23-cv-01798-CJC-ADS <br> Central District of California, Santa Ana |
| RENO MAY, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant - Appellant, <br><br> and <br><br> DOES, 1-10, <br><br> Defendant. | No. 23-4356 <br><br> D.C. No. 8:23-cv-01696-CJC-ADS <br> Central District of California, Santa Ana |

Before: SCHROEDER, GRABER, and SUNG, Circuit Judges.

Appellant is directed to file responses to Appellees' petitions for rehearing en banc, Docket Nos. 78 and 80 in Case No. 23-4354, and Docket Nos. 88 and 90

in Case No. 23-4356. The response shall not exceed 15 pages and shall be filed within 21 days of the date of this order.