ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
Deputy Attorney General
State Bar No. 298196
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6177
 Fax: (916) 731-2144
 E-mail: Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as
Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENO MAY, ET AL.;**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>　　　　Defendant. | Case No. 8:23-cv-01696-MRA-ADS<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 10B<br>Judge: Hon. Mónica Ramírez Almadani<br>Action Filed: September 26, 2023 |

Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Tony Barretto, Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Jose Flores, Andrew Harms, Dr. Sheldon Hough, DDS, The Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., the Liberal Gun Club, Inc., and the California Rifle & Pistol Association, Incorporated (collectively, Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiffs, the Parties) hereby stipulate and agree as follows:

**WHEREAS**, on September 12, 2023, Plaintiffs filed their Complaint (Dkt. 1) in this matter;

**WHEREAS**, on September 29, 2023, Plaintiffs filed their Motion for Preliminary Injunction (Dkt. 13);

**WHEREAS**, on October 11, 2023, the Court entered the Parties' stipulation to extend Defendant's time to answer or otherwise respond to the Complaint until 21 days after the Court ruled on Plaintiffs' Motion for Preliminary Injunction (Dkt. 19);

**WHEREAS**, on December 20, 2023, the Court issued its Order and Preliminary Injunction (Dkts. 45-46);

**WHEREAS**, on December 22, 2023, Defendant filed its notice of appeal appealing the Order and Preliminary Injunction (Dkt. 48);

**WHEREAS,** the Court entered the Parties' stipulation to extend Defendant's time to answer or otherwise respond to the Complaint until 21 days after the Ninth Circuit's resolution of Defendant's appeal of the Court's Order and Preliminary Injunction (Dkt. 51);

**WHEREAS,** on January 23, 2025, the Ninth Circuit issued its mandate in Defendant's appeal of the Court's Order and Preliminary, and thus Defendant's deadline to respond to the Complaint is now February 13, 2025 (Dkt. 61);

1  **WHEREAS,** good cause exists for this extension because (a) this case presents a constitutional challenge to numerous provisions of California Penal Code 26230(a), and (b) lead counsel for Defendant, Robert L. Meyerhoff, recently returned from parental leave on January 24, 2025;

**WHEREAS,** the Parties agree to extend Defendant's deadline to answer or otherwise respond to the Complaint to March 13, 2025, and, should Plaintiff file an Amended Complaint, the Parties agree to extend Defendant's deadline to respond to that Amended Complaint March 13, 2025, or 21 days after the filing of the Amended Complaint, whichever is later;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until March 13, 2025, and, should Plaintiff file an Amended Complaint, Defendant's deadline to respond to that Amended Complaint is extended until March 13, 2025, or 21 days after the filing of the Amended Complaint, whichever is later.

| | | |
|---|---|---|
| 1 | Dated: January 30, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | MARK R. BECKINGTON |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ Robert L. Meyerhoff |
| | | ROBERT L. MEYERHOFF |
| | | Deputy Attorney General |
| 6 | | |
| 7 | | *Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California* |
| 8 | Dated: January 30, 2025 | Respectfully submitted, |
| 9 | | |
| 10 | | /s/ Konstadinos T. Moros |
| | | C.D. MICHEL |
| 11 | | JOSHUA ROBERT DALE |
| | | ALEXANDER A. FRANK |
| 12 | | KONSTADINOS T. MOROS |
| 13 | | Michel & Associates, P.C. |
| 14 | | *Attorneys for Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and the California Rifle & Pistol Association, Incorporated* |