ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as
Attorney General of the State of California*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENO MAY, ET AL.;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 8:23-cv-01696-MRA-ADS<br><br>**[PROPOSED ORDER] GRANTING SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 10B<br>Judge: Hon. Mónica Ramírez Almadani<br>Action Filed: September 26, 2023 |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until March 13, 2025, and should Plaintiff file an Amended Complaint, Defendant's deadline to respond to that Amended Complaint is extended to March 13, 2025, or 21 days after the filing of the Amended Complaint, whichever is later.

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Mónica Ramírez Almadani
United States District Court Judge

[PROPOSED] Order Granting Stipulation to
Extend Time (Case No. 8:23-cv-01696)