IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENO MAY, ET AL.;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 8:23-cv-01696-MRA-ADS<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 10B<br>Judge: Hon. Mónica Ramírez Almadani<br>Action Filed: September 26, 2023 |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until March 13, 2025, and should Plaintiff file an Amended Complaint, Defendant's deadline to respond to that Amended Complaint is extended to March 13, 2025, or 21 days after the filing of the Amended Complaint, whichever is later.

**IT IS SO ORDERED.**

Dated: January 31, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Court Judge