C.D. Michel – SBN 144258
cmichel@michellawyers.com
Anna M. Barvir – SBN 268728
abarvir@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer – SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>    Defendants. | Case No.: 8:23-cv-01696-MRA-ADS<br><br>**JOINT STATUS REPORT** |

Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Oscar A. Barretto, Jr., Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Andrew Harms, Jose Flores, Dr. Sheldon Hough, DDS, Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., Liberal Gun Owners Association, and California Rifle & Pistol Association, Incorporated (collectively, "Plaintiffs") and Defendant Rob Bonta in his official capacity as Attorney General of California ("Defendant", and together with Plaintiffs, "the Parties") hereby submit the following status report:

*Plaintiffs' Position*:

The Court should consider coordinating this case with *Carralero v. Bonta*, No. 8:23-cv-01798-MRA-ADS, for case management purposes, including, if appropriate, for a joint briefing schedule and hearing on the parties' anticipated cross-motions for summary judgment. Because the cases involve common questions of law and fact, coordination will serve judicial economy and conserve the parties' resources.

The Court should not consolidate the matters for all purposes. Although the Plaintiffs in *Carralero* and *May* do not anticipate that their positions will diverge, coordination is preferable to consolidation to prevent any conflicts between the parties (as may be the case, for example, in the event settlement opportunities arise that would require severance if the cases are consolidated).

*Defendant's Position*:

At a minimum, the Court should consider coordinating this case and *Carralero v. Bonta*, No. 8:23-cv-01798-MRA-ADS, because, given the overlapping issues in the two cases, coordination will conserve judicial resources as well as those of the parties. Given how related the issues in these two cases are, however, the

///

///

///

Court should also consider consolidation in order to "avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a)(3).

Dated:  July 9, 2025           **MICHEL & ASSOCIATES, P.C.**

                               *s/ Anna M. Barvir*
                               Anna M. Barvir
                               Attorneys for Plaintiffs

Dated: July 9, 2025            ROB BONTA
                               Attorney General of California
                               MARK R. BECKINGTON
                               Supervising Deputy Attorney General
                               ROBERT L. MEYERHOFF
                               Deputy Attorney General

                               *s/ ROBERT L. MEYERHOFF*
                               ROBERT L. MEYERHOFF
                               Deputy Attorney General
                               Attorneys for Defendant Robert Bonta

## ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: July 9, 2025            *s/ Anna M. Barvir*
                               Anna M. Barvir

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *May, et al. v. Bonta*
Case No.: 8:23-cv-01696 CJC (ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**JOINT STATUS REPORT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email: Robert.Meyerhoff@doj.ca.gov
   *Attorney for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed July 9, 2025.

_____
Laura Fera

CERTIFICATE OF SERVICE