1   ROB BONTA
    Attorney General of California
2   MARK BECKINGTON
    Supervising Deputy Attorney General
3   ROBERT L. MEYERHOFF (SBN 298196)
    Deputy Attorney General
4    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
5    Telephone:  (213) 269-6177
     Fax:  (916) 731-2144
6    E-mail:  Robert.Meyerhoff@doj.ca.gov
    *Attorneys for Rob Bonta in his official capacity as*
7   *Attorney General of the State of California*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12                                          Case No. 8:23-cv-01798-MRA-ADS

13  **IN RE: SENATE BILL 2 LITIGATION**      **STIPULATED REQUEST FOR A
                                            STAY OR, IN THE
14                                          ALTERNATIVE, FIRST
                                            STIPULATION TO CONTINUE
15                                          PRETRIAL AND TRIAL DATES,
                                            SET BRIEFING SCHEDULE FOR
16                                          MOTIONS FOR SUMMARY
                                            JUDGMENT, AND INCREASE
17                                          WORD LIMITS**

18                                          Courtroom:   9B
                                            Judge:       Hon. Monica Ramirez
19                                                        Almadani
                                            Trial Date:  None.
20                                          Action Filed: September 26, 2023

21

22

23

24

25

26

27

28

1

## STIPULATION

Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and the Firearms Policy Coalition (the *Carralero* Plaintiffs), Plaintiffs Reno May, Anthony Miranda, Eric Hans, Gary Brennan, Tony Barretto, Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Jose Flores, Andrew Harms, Dr. Sheldon Hough, DDS, The Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., the Liberal Gun Club, Inc., and the California Rifle & Pistol Association, Incorporated (the *May* Plaintiffs), and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and collectively with the *Carralero* and *May* Plaintiffs, the Parties), hereby stipulate and agree as follows:

**WHEREAS**, the *Carralero* Plaintiffs, the *May* Plaintiffs, and Defendant believe that the Supreme Court's resolution of the recently-granted petition for a writ of certiorari in *Wolford, et al. v. Lopez*, Case No. No. 24-1046 (*Wolford*) may provide guidance to this Court on the constitutionality of the provisions of Senate Bill 2 challenged in these cases;

**WHEREAS**, the *Carralero* Plaintiffs, the *May* Plaintiffs, and Defendant agree that the Parties will not be prejudiced by a stay pending the issuance of the Supreme Court's decision in *Wolford*;

**WHEREAS**, the Parties do not intend for a stay to foreclose any Party from seeking an order from the Court to reopen discovery if that Party can satisfy the good cause standard for doing so based upon the Supreme Court's analysis (if any) in *Wolford*;

**IT IS HEREBY STIPULATED**, by and between the Parties, through their undersigned counsel, subject to the Court's approval, as follows:

1. These cases are hereby stayed pending the Supreme Court's resolution of the recently-granted petition for a writ of certiorari in *Wolford*; and

2. The parties shall file a joint status report no later than fourteen days after the issuance of the Supreme Court's opinion in *Wolford*.

In the alternative, **WHEREAS**, the *Carralero* Plaintiffs, the *May* Plaintiffs, and Defendant intend to file motions for summary judgment which they believe could resolve this case in its entirety;

**WHEREAS**, the deadline for non-discovery motions to be heard is December 22, 2025;

**WHEREAS**, good cause exists to enter a stipulated briefing schedule because given the number of provisions of Senate Bill 2 challenged by Plaintiffs and the number of experts that Defendant has identified, the Parties would benefit from additional time to prepare their dispositive motions, and the resulting more streamlined presentation of argument would conserve judicial resources;

**WHEREAS**, good cause exists to enlarge the word count of the briefs, allowing a more streamlined and fulsome presentation of the issues of the case;

**WHEREAS**, the Parties have met and conferred and agreed, subject to the Court's approval, to the following briefing schedule:

- January 12, 2025 – Deadline for the *May* Plaintiffs and *Carralero* Plaintiffs to file their motions for summary judgment;
- February 12, 2025 – Deadline for Defendant to file his combined cross-motion for summary judgment and opposition to the *May* and *Carralero* Plaintiffs' motions for summary judgment;
- March 2, 2025 – Deadline for the *May* and *Carralero* Plaintiffs to each file their respective combined opposition to Defendant's cross-motion for summary judgment and reply in support of their own motions for summary judgment;
- March 23, 2025 – Deadline for Defendant to file his reply in support of his cross-motion for summary judgment;

1    • April 13, 2025 (or as soon thereafter as the Court has availability) –

2         Hearing on Plaintiffs' motions for summary judgment and Defendant's

3         cross-motion for summary judgment.

4    **WHEREAS**, the Parties have met and conferred and agreed, subject to the

5    Court's approval, to the following additional word count for their briefs:

6    • The *May* Plaintiffs and the *Carralero* Plaintiffs shall each have a 7,000-

7         word limit for their briefs in support of their motions for summary

8         judgment and shall be due on January 12, 2025;

9    • Defendant's combined brief in opposition to the *May* Plaintiffs' and

10        *Carralero* Plaintiffs' motions for summary judgment and in support of

11        his cross-motion for summary judgment shall have a 12,500-word limit;

12   • The *May* Plaintiffs' and the *Carralero* Plaintiffs' respective combined

13        briefs opposing Defendant's motion for summary judgment and

14        replying in support of their motions for summary judgment shall each

15        have an 8,000-word limit;

16   • Defendant's reply in support of his cross-motion for summary judgment

17        shall have a 10,000-word limit.

18   **WHEREAS**, given the requested streamlined briefing schedule, the Parties

19   believe that it would promote judicial efficiency and conserve the resources of the

20   Parties to continue other pre-trial dates until after the hearing on the cross-motions

21   for summary judgment;

22   **IT IS HEREBY STIPULATED**, by and between the Parties, through their

23   undersigned counsel, subject to the Court's approval, as follows:

24   1. Plaintiffs shall file their motions for summary judgment (of no longer than

25        7,000 words each) and supporting documents by January 12, 2026;

26   2. Defendant shall file his combined opposition and cross-motion for

27        summary judgment (of no longer than 12,500 words) by February 9,

28        2026;

4

1    3. Plaintiffs shall each file their combined opposition and reply (of no longer

2        than 8,000 words each) by March 2, 2026;

3    4. Defendant shall file his reply (of no longer than 10,000 words) by March

4        23, 2026;

5    5. The matter will be heard by this Court on April 13, 2026, or as soon

6        thereafter as it has availability;

7    6. The last day to hear Daubert motions shall be continued to June 8, 2026;

8    7. The settlement conference completion date shall be continued to June 29,

9        2026;

10   8. The filing deadline for motions in limine shall be continued to July 7,

11       2026;

12   9. The filing deadline for oppositions to motions in limine shall be continued

13       to July 10, 2026;

14   10. The final pretrial conference shall be held by this Court on August 3,

15       2026, or as soon thereafter as it has availability.

16

17 Dated:  October 9, 2025                           Respectfully submitted,

18                                                    ROB BONTA
                                                      Attorney General of California
19                                                    MARK BECKINGTON
                                                      Supervising Deputy Attorney General

20

21                                                    /s/ Robert L. Meyerhoff
                                                      ROBERT L. MEYERHOFF
22                                                    *Attorneys for Defendant Rob Bonta in*
                                                      *his official capacity as Attorney*
23                                                    *General of the State of California*

24

25

26

27

28

5

1    Dated:  October 9, 2025                    Respectfully submitted,

2

3                                               /s/ Anna M. Barvir
                                                ANNA M. BARVIR
4                                               Michelle & Associates, P.C.
                                                *Attorneys for Plaintiffs*
5

6
     Dated:  October 9, 2025                    Respectfully submitted,
7

8

9                                               /s/ Stephen Duvernay
                                                STEPHEN DUVERNAY
                                                Benbrook Law Group, PC
10                                              *Attorneys for Plaintiffs*

11
     Dated:  October 9, 2025                    Respectfully submitted,
12

13

14                                              /s/ Donald Kilmer
                                                DONALD KILMER, ATTORNEY AT LAW
                                                *Attorney for Plaintiffs*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          6