# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Senate Bill 2 Litigation | Case No. 8:23-cv-01798-MRA-ADS <br><br> **[PROPOSED] ORDER GRANTING STAY AND/OR STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES, SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT, AND INCREASE WORD LIMITS** |

On October 8, 2025, the Parties filed a request for a stay or, in the alternative, a stipulation to continue certain pretrial dates, set a briefing schedule for motions for summary judgment, and increase word limits, with an accompanying attorney declaration showing good cause for such continuance.

The Court, having considered the parties' request for a stay, hereby GRANTS the requested stay and ORDERS as follows:

1. These cases are hereby stayed pending the Supreme Court's resolution of the petition for a writ of certiorari in *Wolford, et al. v. Lopez*, Case No. No. 24-1046 (*Wolford*); and

2. The parties are hereby shall file a joint status report no later than fourteen days after the issuance of the Supreme Court's opinion in *Wolford*.

In the alternative, the Court, having considered the parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The *May* Plaintiffs and the *Carralero* Plaintiffs shall file their motions for summary judgment (of no longer than 7,000 words) and supporting documents by January 12, 2026;
2. Defendant shall file his combined opposition and cross-motion for summary judgment (of no longer than 12,500 words) by February 9, 2026;
3. Plaintiffs shall each file their combined opposition and reply (of no more than 8,000 words each) by March 2, 2026;
4. Defendant shall file his reply (of no more than 10,000 words) by March 23, 2026;
5. The matter will be heard by this Court on April 13, 2026, or as soon thereafter as it has availability;
6. The last day to hear Daubert motions shall be continued to June 8, 2026;
7. The settlement conference completion date shall be continued to June 29, 2026;
8. The filing deadline for motions in limine shall be continued to July 7, 2026;
9. The filing deadline for oppositions to motions in limine shall be continued to July 10, 2026;
10. The final pretrial conference shall be held by this Court on August 3, 2026, or as soon thereafter as it has availability.

IT IS SO ORDERED.

Dated:

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE