# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: Senate Bill 2 Litigation

Case No. 8:23-cv-01696-MRA-ADS

**ORDER GRANTING STAY [78]**

On October 8, 2025, the Parties filed a request for a stay or, in the alternative, a stipulation to continue certain pretrial dates, set a briefing schedule for motions for summary judgment, and increase word limits, with an accompanying attorney declaration showing good cause for such continuance.

The Court, having considered the parties' request for a stay, hereby GRANTS the requested stay and ORDERS as follows:

1. These cases are hereby stayed pending the Supreme Court's resolution of the petition for a writ of certiorari in *Wolford, et al. v. Lopez*, Case No. No. 24-1046 (*Wolford*);

2. The parties shall file a joint status report no later than fourteen (14) days after the issuance of the Supreme Court's opinion in *Wolford*; and

3. The Clerk shall administratively remove this matter from the Court's active docket until further notice.

**IT IS SO ORDERED.**

Dated: October 14, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-1-