JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-cv-01696-MRA-ADS | Date | July 15, 2026 |
|---|---|---|---|
| Title | *In Re: Senate Bill 2 Litigation* | | |

Present: The Honorable    MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Priscilla Deason for Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER LIFTING STAY AND REQUIRING NEW PROPOSED CASE SCHEDULE**

On July 16, 2025, the Court consolidated *May v. Bonta*, 8:23-cv-01696-MRA-ADS, and *Carralero, et al. v. Bonta*, 8:23-cv-01798-MRA-ADS. ECF 77. The consolidated action, captioned *In re: Senate Bill 2 Litigation*, concerns the constitutionality of California Senate Bill 2.

On October 9, 2025, the parties filed a stipulation to stay the case pending the Supreme Court's ruling in *Wolford, et al. v. Lopez*, No. 24-1046. ECF 78. The Court granted the stay on October 14, 2025, and ordered the parties to file a joint status report no later than 14 days after the issuance of the Supreme Court's opinion in *Wolford*. ECF 79. The Court directed the Clerk to administratively remove the matter from the Court's active docket pending the ruling. *Id.*

On July 9, 2026, the parties filed a status report informing the Court of the Supreme Court's June 25, 2026, ruling in *Wolford* and attaching a copy of the opinion. ECF 84.

The Court has reviewed the parties' Joint Status Report and hereby **ORDERS** the stay in this action is **LIFTED** and the case shall be **REOPENED**. The parties shall propose a new case schedule in accordance with the procedures and forms available on the Court's website: Honorable Mónica Ramírez Almadani | Central District of California | United States District Court. The parties are directed to file a completed Proposed Schedule of Pretrial Dates Worksheet within **seven (7) days** of the date of this Order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-cv-01696-MRA-ADS | Date | July 15, 2026 |
|---|---|---|---|
| Title | *In Re: Senate Bill 2 Litigation* | | |

-   :   -

Initials of Deputy Clerk          Pd/mku