ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI A. HUGHES (SBN 235943)
VIVIANA HANLEY
CAROLYN DOWNS
Deputy Attorneys General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 321-5428
  Fax:  (916) 732-7920
  E-mail:  Kristi.Hughes@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as*
*Attorney General of the States of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SENATE BILL 2 LITIGATION** | Case No. 8:23-cv-01696-MRA-ADS<br><br>**FIRST JOINT STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED SCHEDULE OF PRETRIAL DATES WORKSHEET**<br><br>Courtroom:    9B<br>Judge:           The Honorable Mónica Rámirez Almadani<br>Trial Date:     None<br>Action Filed: September 26, 2023 |

## STIPULATION

Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and the Firearms Policy Coalition (the *Carralero* Plaintiffs), Plaintiffs Reny May, Anthony Miranda, Eric Hans, Gary Brennan, Tony Barretto, Isabelle R. Barretto, Barry Bahrami, Pete Stephenson, Jose Flores, Andrew Harms, Dr. Sheldon Hough, DDS, The Second Amendment Foundation, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Inc., the Liberal Gun Cub, Inc., and the California Rifle & Pistol Association, Incorporated (the *May* Plaintiffs), and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and collectively with the *Carralero* and *May* Plaintiffs, the Parties), hereby stipulate and agree as follows:

**WHEREAS**, on October 14, 2025, the Court granted the Parties' joint request to stay the proceedings in this case pending the Supreme Court's resolution of the petition for a writ of certiorari in *Wolford, et al. v. Lopez*, Case No. 24-1046 (*Wolford)*,

**WHEREAS**, on June 25, 2026, the Supreme Court issued its opinion resolving *Wolford*,

**WHEREAS**, on July 15, 2026 the Court lifted the stay and ordered the case reopened,

**WHEREAS**, on July 15, 2026 the Court directed the Parties to file a completed Proposed Schedule of Pretrial Dates Worksheet within seven days of the Court's Order,

**WHEREAS**, the parties met and conferred on July 21, 2026 regarding how to proceed in this case and regarding proposed dates,

**WHEREAS**, the Parties agree that additional time is necessary for Plaintiffs' counsel to confer with their clients regarding summary judgment practice and for

1

Defendant's counsel to confer with the defense experts regarding supplementing the expert reports,

**WHEREAS**, the Parties agree that they will not be prejudiced by a one-month extension to file the Worksheet,

**IT IS HEREBY STIPULATED**, by and between the Parties, through their undersigned counsel, subject to the Court's approval, that:

The deadline to file a completed Proposed Schedule of Pretrial Dates Worksheet should be extended by 30 days, from July 22, 2026 until August 21, 2026.

Dated:  July 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


/s/ *Kristi A. Hughes*
KRISTI A. HUGHES
Deputy Attorney General
*Attorneys for Attorney General Rob Bonta in his official capacity as Attorney General of the State of California*

2

Dated:  July 22, 2026

Respectfully submitted,

/s/ *Anna M. Barvir*

ANNA M. BARVIR
Michelle & Associates, P.C.
*Attorneys for Plaintiffs*

Dated:  July 22, 2026

Respectfully submitted,

/s/ *Stephen Duvernay*

STEPHEN DUVERNAY
Benbrook Law Group, PC
*Attorneys for Plaintiffs*

Dated:  July 22, 2026

Respectfully submitted,

/s/ *Donald Kilmer*

DONALD KILMER
ATTORNEY AT LAW
*Attorney for Plaintiffs*