# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Senate Bill 2 Litigation | Case No. 8:23-cv-01696-MRA-ADS<br><br>**ORDER GRANTING FIRST JOINT STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED SCHEDULE OF PRETRIAL DATES WORKSHEET [86]** |

On July 15, 2026, the Court lifted the stay, reopened this case, and ordered the parties to jointly file a completed Proposed Schedule of Pretrial Dates Worksheet within seven days of the order.

The parties met and conferred and jointly stipulated to continue the deadline to file the Worksheet by one month, until August 21, 2026.

The Court, having considered the parties' joint stipulation and finding good cause therefor, hereby GRANTS the stipulation ORDERS as follows:

The Parties are directed to file a completed Proposed Schedule of Pretrial Dates Worksheet by **August 21, 2026.**

**IT IS SO ORDERED.**

Dated: July 24, 2026

HON. MÓNICA RÁMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-1-